# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| 1969 LLC, a Wyoming limited liability company<br><br>    Plaintiff,<br><br> v.<br><br>Bitmain Technologies Georgia Limited, a Georgia Corporation<br><br>    Defendant. | Case No.: 4:25-cv-04361 |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record for Plaintiff 1969 LLC files this certificate and certifies that, to their best knowledge, the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. 1969 LLC, a Wyoming limited liability company - Plaintiff,

2. 21 Century Real Estate Inc., a Delaware corporation - 100% owner of Plaintiff,

3. Bitmain Technology Georgia Limited, a Georgia corporation - Defendant.

Respectfully submitted,

**ARCHER & GREINER P.C.**

By: */s/ Jiangang Ou*
 Jiangang Ou
 Federal Bar No. 3435797
 Texas Bar No.24127006

jou@archerlaw.com
3040 Post Oak Blvd, Suite 1800-150
Houston, Texas 77056
Telephone: (713) 970-1066
Fax: (713) 580-9518

*Counsel for Plaintiff 1969 LLC*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that in accordance with the Federal and Local rules the foregoing document is being filed on this <u>2nd</u> day of October 2025 via the Court's CM/ECF filing system, which will serve a copy electronically on all counsel of record.

                                                */s/ Jiangang Ou*
                                                Jiangang Ou