

**Brian Gargano**
*Member of Texas and New York Bars*
bgargano@archerlaw.com
281-968-5215 Direct
713-583-9518 Direct Fax

Archer & Greiner, P.C.
3040 Post Oak Blvd
Suite 1800-150
Houston, TX 77056
713-970-1066 Main
713-583-9518 Fax
www.archerlaw.com



EXHIBIT
D

September 9, 2025

**VIA EMAIL AND U.S. MAIL**
Matthew G. Lindenbaum
Randy Saunders
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA 02111
matthew.lindenbaum@nelsonmullins.com
randy.saunders@nelsonmullins.com

**Re: Response to Notice of Termination of the On-Rack Sales and Purchase Agreement**

Dear Mr. Lindenbaum and Mr. Saunders:

We represent 1969 LLC. I write in response to your letter dated August 22, 2025 ("8/22 Letter"), regarding the purported termination of the On-Rack Sales and Purchase Agreement ("Agreement") dated April 21, 2025, between Bitmain Technologies Georgia Limited ("Bitmain") and 1969 LLC ("1969").

Firstly, it is imperative to assert that the Agreement remains legally valid and enforceable. In light of 1969's consistent engagement in good-faith negotiations with Bitmain concerning the performance and modifications of the Agreement, and Bitmain's failure to raise any concerns regarding the payment terms until your 8/22 Letter, while actively participating in prolonged negotiations, Bitmain has effectively acquiesced to a modification of the payment terms under the Agreement at, at the minimum, waived its right to enforce  was estopped from enforcing the original payment terms. *See* attached as Exhibit A. Accordingly, Bitmain is precluded from terminating the Agreement on the basis of the payment terms.  Moreover, 1969 has made clear to Bitmain the material defectiveness of hundreds of mining servers, which Bitmain has acknowledged as defective. This acknowledgment forms a legitimate basis for 1969 to condition further payments upon Bitmain's full remediation of these defects.

Bitmain's failure to timely and fully repair the faulty servers constitutes a material breach of the Agreement which has and continues to cause our client irreparably harm. Indeed, Bitmain's material breach undermines Bitmain's position to terminate the Agreement, demand penalties, or declare the deposit non-refundable. The Agreement's terms do not support Bitmain's unilateral actions, especially given that Bitmain has not fulfilled its obligations to deliver fully operational servers, and thus Bitmain is estopped from taking such actions.

September 9, 2025
Page 2

    Nonetheless, 1969 is prepared to resume good-faith negotiations on the supplemental agreements and proposals previously reached by multiple parties in the email correspondence to resolve this matter amicably. *See* Exhibit A.

    This end, we propose that both parties work collaboratively to address the outstanding issues, with 1969 ready to make further payments contingent upon Bitmain's commitment to rectify the server defects. This approach aligns with the principles of fairness and mutual benefit, which should govern our business relationship.

    We trust that Bitmain will reconsider its position and engage constructively to resolve this dispute. Please confirm your willingness to resume discussions at your earliest convenience.

    All rights and remedies are expressly reserved.

    Thank you.

Very Truly Yours,


*/s/ Brian M. Gargano*
Brian M. Gargano

 Gmail

SHUNYU PAN <information@1969llc.com>

---

## 【NRDP申请】1969 LLC-美国在架S21-6,800台采购

10 messages

---

**胡慧珍 <huizhen.hu@bitmain.com>**                                          Mon, Mar 10, 2025 at 4:48 AM
To: information@1969llc.com
Cc: 刘子睿 <zirui.liu@bitmain.com>, 赫炘然 <xinran.he@bitmain.com>, 徐军 <jun.xu01@bitmain.com>, 张悦
<yue.zhang01@bitmain.com>, 张佳纯 <jiachun.zhang@bitmain.com>, invoice@bitmain.com

您好，

如沟通，贵司1969 LLC（托管方OLD CONST LLC选用的采购主体）计划购买美国OLD CONST场地在架S21机器6,800
台，一口价15U/T（不含税）。需要缴纳10%保证金，签署LOI申请，LOI请参考附件签署。
按照平均算力190T/台申请，本次采购共需保证金金额为1,938,000美金，经沟通，款项使用USDT Trc20支付，请在附
件发票中查看支付。
1USDT=0.999美元，本次共需支付保证金USDT **1,939,939.94**。
托管部分未抵扣电费以实际切算力时未发生的费用为准进行支付。
谢谢。

**2 attachments**

📄 **0310-1969 LLC-LOI for Bulk Purchaser - Bitmain.pdf**
147K

📄 **invoice-on-rack S21 6800 units for 1969 LLC.pdf**
281K

---

**胡慧珍 <huizhen.hu@bitmain.com>**                                          Tue, Mar 11, 2025 at 10:59 PM
To: information@1969llc.com, aaa567678111@qq.com
Cc: 刘子睿 <zirui.liu@bitmain.com>, 赫炘然 <xinran.he@bitmain.com>, 徐军 <jun.xu01@bitmain.com>, 张悦
<yue.zhang01@bitmain.com>, 张佳纯 <jiachun.zhang@bitmain.com>, invoice@bitmain.com

您好，

如沟通，现将付款发票中的收款账户更改为BITMAIN美金账户，收款账户信息请见发票或附件收款文件。
按照平均算力190T/台申请，本次采购共需保证金金额为1,938,000美金。**请注意转账时附言发票号，请参考：**
Description:Invoice No.18920250312001。同时，请注意使用与采购主体1969 LLC一致的美金账户进行支付。

请签署LOI及付定金，如有问题，请随时沟通，谢谢。

> -----原始邮件-----
> **发件人:** 胡慧珍 <huizhen.hu@bitmain.com>
> **发送时间:** 2025-03-10 16:48:11 (星期一)
> **收件人:** information@1969llc.com
> **抄送:** 刘子睿 <zirui.liu@bitmain.com>, 赫炘然 <xinran.he@bitmain.com>, 徐军 <jun.xu01@bitmain.com>, 张悦
> <yue.zhang01@bitmain.com>, 张佳纯 <jiachun.zhang@bitmain.com>, invoice@bitmain.com
> **主题:** 【NRDP申请】1969 LLC-美国在架S21-6,800台采购
> [Quoted text hidden]

**3 attachments**

📄 **0312-Bitmain Technologies Delaware Limited_SCB_USD_3477_收款账户信息.pdf**
93K

📄 **0312-1969 LLC-LOI for Bulk Purchaser - Bitmain.pdf**
147K

📄 **invoice-on-rack S21 6800 units for 1969 LLC.pdf**
269K

---

**SHUNYU PAN** <information@1969llc.com>                    Wed, Mar 12, 2025 at 12:31 AM
To: 胡慧珍 <huizhen.hu@bitmain.com>

Attached is the signed version of the LOI, please proceed with the signature.

Please send us the fully signed version of the LOI once your side has completed the signing.

Thank you.

Best regards.

[Quoted text hidden]

📄 **1. 0312-1969 LLC-LOI for Bulk Purchaser - Bitmain_2.pdf**
302K

---

**胡慧珍** <huizhen.hu@bitmain.com>                    Wed, Mar 12, 2025 at 3:35 AM
To: SHUNYU PAN <information@1969llc.com>

顺余您好，


请参考附件更新版本的LOI，因考虑LOI中的公司信息与银行账户信息与实际信息的不一致性给客户可能带来的困扰，BM端更新了LOI模板。

其他信息与原LOI一致，请参考并协助签署，谢谢！


> -----原始邮件-----
> **发件人:** "SHUNYU PAN" <information@1969llc.com>
> **发送时间:** 2025-03-12 12:31:42 (星期三)
> **收件人:** 胡慧珍 <huizhen.hu@bitmain.com>
> **主题:** Re: 【NRDP申请】1969 LLC-美国在架S21-6,800台采购
> [Quoted text hidden]

📄 **0312-1969 LLC-LOI for Bulk Purchase -US.pdf**
131K

---

**Shawn P** <information@1969llc.com>                    Wed, Mar 12, 2025 at 7:24 PM
To: 胡慧珍 <huizhen.hu@bitmain.com>

Hi 慧珍

Attached is the signature version of the new LOI. Please proceed with Bitmain's signature process.

Thank you.
Best Regards.
[Quoted text hidden]

---

📄 **0312-1969 LLC-LOI for Bulk Purchase -US.pdf**
285K

---

胡慧珍 <huizhen.hu@bitmain.com>                                    Thu, Mar 13, 2025 at 8:59 AM
To: Shawn P <information@1969llc.com>

顺余您好，


请参考附件双签版本的LOI，谢谢！


-----原始邮件-----
发件人: "Shawn P" <information@1969llc.com>
发送时间: 2025-03-13 07:24:16 (星期四)
收件人: 胡慧珍 <huizhen.hu@bitmain.com>
主题: Re: Re: 【NRDP申请】1969 LLC-美国在架S21-6,800台采购
[Quoted text hidden]

📄 **Delaware Limited-1969 LLC-采购意向书SALES-20250313-149 .pdf**
1355K

---

胡慧珍 <huizhen.hu@bitmain.com>                                    Thu, Mar 20, 2025 at 8:56 PM
To: information@1969llc.com

顺余您好，

请参考附件USDT收款发票：
本次采购共需保证金金额为1,938,000美金，款项使用USDT Trc20支付。1USDT=0.999美元，本次共需支付保证金
USDT **1,939,939.94**。
谢谢！


-----原始邮件-----
发件人: 胡慧珍 <huizhen.hu@bitmain.com>
发送时间: 2025-03-10 16:48:11 (星期一)
收件人: information@1969llc.com
抄送: 刘子睿 <zirui.liu@bitmain.com>、赫炘然 <xinran.he@bitmain.com>、徐军 <jun.xu01@bitmain.com>、张悦
<yue.zhang01@bitmain.com>、张佳纯 <jiachun.zhang@bitmain.com>、invoice@bitmain.com
主题: 【NRDP申请】1969 LLC-美国在架S21-6,800台采购

[Quoted text hidden]

📄 **0321-invoice-on-rack S21 6800 units for 1969 LLC.pdf**
278K

---

Shawn P <information@1969llc.com>                                 Fri, Mar 21, 2025 at 12:10 AM
To: 胡慧珍 <huizhen.hu@bitmain.com>

Dear Bitmain team,

1969 LLC has paid the invoice via USDT. Please find the payment proof attached.

Best regards
[Quoted text hidden]



**1966LLC USDT定金付款凭证.jpg**
70K

---

胡慧珍 <huizhen.hu@bitmain.com>                                   Fri, Mar 21, 2025 at 2:52 AM
To: Shawn P <information@1969llc.com>

顺余您好，

确认款项已收到，谢谢。

    -----原始邮件-----
    **发件人:** "Shawn P" <information@1969llc.com>
    **发送时间:** 2025-03-21 12:10:40 (星期五)
    **收件人:** 胡慧珍 <huizhen.hu@bitmain.com>
    **主题:** Re: 【NRDP申请】1969 LLC-美国在架S21-6,800台采购

    [Quoted text hidden]

---

胡慧珍 <huizhen.hu@bitmain.com>                                   Thu, Apr 3, 2025 at 6:52 AM
To: Shawn P <information@1969llc.com>

顺余您好，

请查收6800台在架S21合同并签字，NAME和TITLE处都需要填写，谢谢！

    -----原始邮件-----
    **发件人:** 胡慧珍 <huizhen.hu@bitmain.com>
    **发送时间:** 2025-03-21 14:52:20 (星期五)
    **收件人:** "Shawn P" <information@1969llc.com>
    **主题:** Re: Re: 【NRDP申请】1969 LLC-美国在架S21-6,800台采购

    [Quoted text hidden]

 **【销售合同】美国1969 LLC-6800台-架上S21.pdf**
2554K

M Gmail

SHUNYU PAN <information@1969llc.com>

## 【采购合同签署】1969 LLC-美国在架S21-6,933台采购
4 messages

胡慧珍 <huizhen.hu@bitmain.com>                                                    Mon, Apr 21, 2025 at 12:53 AM
To: Shawn P <information@1969llc.com>

顺余您好，


请您查收附件的销售合同，其中销售数量根据场地总算力进行折算，每台按照200T计算。

请贵司签署合同后返回，谢谢!



-----原始邮件-----
**发件人:** 胡慧珍 <huizhen.hu@bitmain.com>
**发送时间:** 2025-04-03 18:52:00 (星期四)
**收件人:** "Shawn P" <information@1969llc.com>
**主题:** Re: Re: Re: 【NRDP申请】1969 LLC-美国在架S21-6,800台采购


顺余您好，


请查收6800台在架S21合同并签字，NAME和TITLE处都需要填写，谢谢!


-----原始邮件-----
**发件人:** 胡慧珍 <huizhen.hu@bitmain.com>
**发送时间:** 2025-03-21 14:52:20 (星期五)
**收件人:** "Shawn P" <information@1969llc.com>
**主题:** Re: Re: 【NRDP申请】1969 LLC-美国在架S21-6,800台采购


顺余您好，


确认款项已收到，谢谢。


-----原始邮件-----
**发件人:** "Shawn P" <information@1969llc.com>
**发送时间:** 2025-03-21 12:10:40 (星期五)
**收件人:** 胡慧珍 <huizhen.hu@bitmain.com>
**主题:** Re: 【NRDP申请】1969 LLC-美国在架S21-6,800台采购


Dear Bitmain team,

1969 LLC has paid the invoice via USDT. Please find the payment proof attached.

Best regards

On Thu, Mar 20, 2025 at 8:56 PM 胡慧珍 <huizhen.hu@bitmain.com> wrote:

顺余您好，

请参考附件USDT收款发票：
本次采购共需保证金金额为1,938,000美金，款项使用USDT Trc20支付。1USDT=0.999美元，本次共需支付保证金USDT **1,939,939.94**。
谢谢！

-----原始邮件-----
**发件人:** 胡慧珍 <huizhen.hu@bitmain.com>
**发送时间:** 2025-03-10 16:48:11 (星期一)
**收件人:** information@1969llc.com
**抄送:** 刘子睿 <zirui.liu@bitmain.com>, 赫炘然 <xinran.he@bitmain.com>, 徐军 <jun.xu01@bitmain.com>, 张悦 <yue.zhang01@bitmain.com>, 张佳纯 <jiachun.zhang@bitmain.com>, invoice@bitmain.com
**主题:** 【NRDP申请】1969 LLC-美国在架S21-6,800台采购

您好，

如沟通，贵司1969 LLC（托管方OLD CONST LLC选用的采购主体）计划购买美国OLD CONST场地在架S21机器6,800台，一口价15U/T（不含税）。需要缴纳10%保证金，签署LOI申请，LOI请参考附件签署。
按照平均算力190T/台申请，本次采购共需保证金金额为1,938,000美金，经沟通，款项使用USDT Trc20支付，请在附件发票中查看支付。
1USDT=0.999美元，本次共需支付保证金USDT **1,939,939.94**。
托管部分未抵扣电费以实际切算力时未发生的费用为准进行支付。
谢谢。

📄 **ONRACK-XS-00120250421005.pdf**
303K

---

**Shawn P** <information@1969llc.com>                    Mon, Apr 21, 2025 at 1:25 AM
To: 胡慧珍 <huizhen.hu@bitmain.com>

请见我方签署版本，麻烦贵方尽快推进双签流程。
[Quoted text hidden]

📄 **ONRACK-XS-00120250421005-signed by 1969 LLC.pdf**
465K

---

**胡慧珍** <huizhen.hu@bitmain.com>                    Tue, Apr 22, 2025 at 4:23 AM
To: Shawn P <information@1969llc.com>

顺余您好，

请查看附件双签的销售合同，谢谢！

-----原始邮件-----
**发件人:** "Shawn P" <information@1969llc.com>
**发送时间:** 2025-04-21 13:25:14 (星期一)
**收件人:** 胡慧珍 <huizhen.hu@bitmain.com>
**主题:** Re: 【采购合同签署】1969 LLC-美国在架S21-6,933台采购

[Quoted text hidden]

📄 **Georgia Limited-1969 LLC-6933台S21销售合同SALES-20250421-221.pdf**
9215K

---

胡慧珍 <huizhen.hu@bitmain.com>                                           Wed, Jun 11, 2025 at 10:47 AM
To: Shawn P <information@1969llc.com>

顺余您好，

请您查收附件发票，并于6/15前完成机器尾款款项支付。款项完成后，BM会将该批机器在Old Const场地进行交割，后贵司将机器提走。

请参考以下款项信息：

-此前已支付定金金额为：US1,938,000；

-机器总款项（含SUT）为：6933台*200T*15U/T*（1+9.75%）=US$22,826,902.50；

-待支付尾款为：US$20,888,902.50；

-1 USDT=0.999 USD，如此前，款项通过USDT-TRC20支付，应支付款项为**USDT 20,909,812.31；**

-按照托管场地实际算力交付，根据总算力情况或可能补算力差价。

请您参考以上完成尾款支付，进而完成机器交割，谢谢！

-----原始邮件-----
**发件人:** 胡慧珍 <huizhen.hu@bitmain.com>
**发送时间:** 2025-04-22 16:23:27 (星期二)
**收件人:** "Shawn P" <information@1969llc.com>
**主题:** Re: Re: 【采购合同签署】1969 LLC-美国在架S21-6,933台采购
[Quoted text hidden]

---

**2 attachments**

📄 **Georgia Limited-1969 LLC-6933台S21销售合同SALES-20250421-221.pdf**
9215K

📄 **0611-invoice-on-rack-S21-6933 units-1969 LLC.pdf**
279K

 Gmail

SHUNYU PAN <information@1969llc.com>

**【负荷填充确认】美国Old Const-25MW-风冷存售**
33 messages

邹凯文 <kaiwen.zou@bitmain.com>                                                                        Mon, Jun 9, 2025 at 6:44 AM
To: ethan@hashvalley.us
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持
<hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal
Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭
<yangming.bai@bitmain.com>

王总您好，

BM与贵司合作的托管项目Old Const于2024/11签订托管合同，合同于2026/12到期。

该场地自2025/4/22断电以来，已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系，已就解决方案进行多次沟通。

如近期与贵司的沟通，应贵司要求，现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容
如下，我司将在收到您的邮件确认后正式推进负荷填充：

1. 1969 LLC采购的Old Const场地共7,457台S21机器，在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责，且BM和Old
   Const需同步签署补充协议；

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old场地负荷，North的托管合同需同时终止，应退还给
   BM的费用须及时退还。此事宜将另起邮件推进，请您知悉 @顺余；

3. 经前期沟通，贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调至US$0.068/kWh。如负荷填充方案达成一致，BM愿同意将其调整为
   US$0.068/kWh，但是存售折扣单价应为贵司提出的US$0.020/kWh，以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容，并务必于北京时间6/10（本周二）20:00前完成确认，以便双方更好推进业务落实，早日恢复通电，谢谢！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

Ethan W <ethan@hashvalley.us>                                                                        Wed, Jun 11, 2025 at 10:07 AM
To: 邹凯文 <kaiwen.zou@bitmain.com>
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持
<hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal
Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭
<yangming.bai@bitmain.com>

比特大陆团队你们好，

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向，并就相
关价格与贵司进行了询问与确认。遗憾的是，在关键阶段，贵司未能及时给予实质回应，且后续未能承认此前所达成的销售安排，直接导致合作推进受阻，双方因
此承受了不必要的经济损失。

在当前基础上，我司仍本着合作共赢的原则，愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old Const场地，我司将不就此前事宜追究贵司责任。
同时，Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh，并确认存售折扣单价为US$0.020/kWh，以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署，推进设备入场，争取早日恢复运营，避免进一步损失，并共同巩固双方长期合作基础。

 **Ethan Wang**

Business Development & Project Manager

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.
[Quoted text hidden]

---

邹凯文 <kaiwen.zou@bitmain.com>                                                                    Wed, Jul 2, 2025 at 10:19 AM
To: Ethan W <ethan@hashvalley.us>
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

王总您好，

感谢贵司对变更的托管信息进行确认，基于贵司邮件确认及线下沟通：

1. 应贵司要求，大陆端拟定托管机器变更补充协议供贵司审阅。如沟通，如贵司对补充协议内容无异议，大陆端将尽快推进原托管机器交割。机器交割后，将与贵司双签补充协议，共同推进7799台S19XP上架通电；
2. 针对您邮件提出的在架机器销售情况，大陆端过去始终与Old Const团队保持沟通，本次将与补充协议共同签署架上机器销售终止协议。

请贵司于5个工作日内，即<span style="color:red">北京时间2025年7月9日结束前</span>完成补充协议&架上机器销售终止协议内容确认，以尽快恢复托管场地通电，进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-06-11 22:07:49 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: 【负荷填充确认】美国Old Const-25MW-风冷存售
[Quoted text hidden]

---

**2 attachments**

 **[Clean]-SUPPLEMENTAL AGREEMENT-OLD CONST-20250702.docx**
109K

 **[Clean]-Termination and Mutual Release-OLD CONST-ONRACK-20250702.docx**
35K

---

Shawn P <information@1969llc.com>                                                                    Wed, Jul 2, 2025 at 10:28 AM
To: chen@1969llc.com

陈总，这个是比特大陆家的旧工程托管协议新文件。
[Quoted text hidden]

---

**2 attachments**

📄 **[Clean]-SUPPLEMENTAL AGREEMENT-OLD CONST-20250702.docx**
109K

📄 **[Clean]-Termination and Mutual Release-OLD CONST-ONRACK-20250702.docx**
35K

---

邹凯文 <kaiwen.zou@bitmain.com>                                                                      Mon, Jul 7, 2025 at 4:51 AM
To: Ethan W <ethan@hashvalley.us>
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持
<hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal
Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭
<yangming.bai@bitmain.com>

王总您好，

如我司2025年7月2日邮件所述，我司已根据贵司的意见起草了补充协议及销售终止协议，相关文件请见随附附件。

为确保后续合作顺利开展，我司特向贵司提醒：

- 烦请贵司于**北京时间2025年7月9日（本周三）结束前**审阅并给予确认；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

祝商祺，

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人：** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间：** 2025-07-02 22:19:02 (星期三)
**收件人：** "Ethan W" <ethan@hashvalley.us>
**抄送：** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支
持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮
<yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新
<xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题：** Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售
[Quoted text hidden]

---

**2 attachments**

📄 **[Clean]-SUPPLEMENTAL AGREEMENT-OLD CONST-20250702.docx**
109K

📄 **[Clean]-Termination and Mutual Release-OLD CONST-ONRACK-20250702.docx**
35K

---

**Ethan W** <ethan@hashvalley.us>                                                                      Tue, Jul 8, 2025 at 12:29 AM
To: 邹凯文 <kaiwen.zou@bitmain.com>
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持
<hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal
Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭
<yangming.bai@bitmain.com>

比特大陆团队你们好，

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论，目前有以下几点意见和需要进一步确认的内容，烦请协助完善：
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件，Old Const无法接受。由于该实体并不在Old Const的可控范围内，Old Const也无法对其承担或履行任何付款义务，因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未体现具体的说明，需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅，预计还需几天时间。待法律审核完成后，Old Const将尽快给予确认或反馈修改意见。

[Quoted text hidden]

---

邹凯文 <kaiwen.zou@bitmain.com>                                                              Tue, Jul 8, 2025 at 4:13 AM
To: Ethan W <ethan@hashvalley.us>
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持
<hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal
Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭
<yangming.bai@bitmain.com>

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于北京时间2025年7月9日（本周三）24:00前返回修改版本；

- 如逾期未获回复，将视为贵司放弃本次业务合作。

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-08 12:29:42 (星期二)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持
<hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>,
"Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭
<yangming.bai@bitmain.com>
主题: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售
[Quoted text hidden]

---

Ethan W <ethan@hashvalley.us>                                                               Wed, Jul 9, 2025 at 1:44 AM
To: 邹凯文 <kaiwen.zou@bitmain.com>
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持
<hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal
Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭
<yangming.bai@bitmain.com>

请查收留意，附件中的两份协议系我方基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承诺。

[Quoted text hidden]

**2 attachments**

 **2025.07.09-Redline with Old Const's comments-Termination and Mutual Release-OLD CONST-ONRACK.docx**
36K

 **2025.07.09-Redline with OLD CONST's Comments-SUPPLEMENTAL AGREEMENT-OLD CONST.docx**
57K

---

**aaa567678111 <aaa567678111@qq.com>**
To: information <information@1969llc.com>

Wed, Jul 9, 2025 at 10:36 PM

---原始件---

发件人: "Ethan W"<ethan@hashvalley.us>
发送时间: 2025年7月9日(周三) 凌晨1:44
收件人: "邹凯文"<kaiwen.zou@bitmain.com>;
抄送: "info"<info@hashvalley.us>;"pan"<pan@hashvalley.us>;"legal"<legal@bitgarden.us>;"fen"<fen@bitgarden.us>;"aaa567678111"<aaa567678111@qq.com>;"information"<information@1969llc.com>;"矿场支持"<hostingsupport@bitmain.com>;"胡慧珍"<huizhen.hu@bitmain.com>;"YuhaoLiu(刘禹昊)"<yuhao.liu@bitmain.com>;"郭翼亮"<yiliang.guo@bitmain.com>;"Legal Support"<legal.support@bitmain.com>;"ZhengShang(政商)"<zheng.shang@bitmain.com>;"黄新"<xin.huang01@bitmain.com>;"白洋铭"<yangming.bai@bitmain.com>;
主题: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

[Quoted text hidden]

**2 attachments**

 **2025.07.09-Redline with Old Const's comments-Termination and Mutual Release-OLD CONST-ONRACK.docx**
36K

 **2025.07.09-Redline with OLD CONST's Comments-SUPPLEMENTAL AGREEMENT-OLD CONST.docx**
57K

---

**邹凯文 <kaiwen.zou@bitmain.com>**
To: Ethan W <ethan@hashvalley.us>
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(政商)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

Fri, Jul 11, 2025 at 10:54 AM

王总您好,

感谢贵司反馈,针对贵司提出的异议,我司已审阅并回复如下:

1. 合同到期时间:

按照贵司要求,修改为补充协议双签后的2年,预计为2027年7月;

2. 合作定金:

按照贵司要求,合作定金差价不再退还,但该部分费用需从重新通电后的首月电费中扣除;

3. 1969付款:

针对贵司场地原托管机器S21售出给1969 LLC事宜,我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求,文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准;

请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通,补充协议达成一致后,我司将推进机器交割撤出。后双签两份协议,尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见,希望贵司能够理解并考虑事件的紧迫性,推动合同于近期双签与落地。

Best Regards,

Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-09 13:44:36 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售
[Quoted text hidden]

---

**2 attachments**

 **2025.07.11-BM Legal cmts-Termination and Mutual Release-OLD CONST-ONRACK.docx**
35K

**2025.07.11-BM Legal cmts-SUPPLEMENTAL AGREEMENT-OLD CONST.docx**
53K

---

**Shawn P** <information@1969llc.com>                                                    Fri, Jul 11, 2025 at 4:11 PM
To: chen@1969llc.com

陈总，这个是比特大陆今早新发来的回复邮件。

---------- Forwarded message ---------
From: 邹凯文 <kaiwen.zou@bitmain.com>
Date: Fri, Jul 11, 2025 at 10:54 AM
Subject: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售
To: Ethan W <ethan@hashvalley.us>
[Quoted text hidden]
[Quoted text hidden]

---

**2 attachments**

 **2025.07.11-BM Legal cmts-Termination and Mutual Release-OLD CONST-ONRACK.docx**
35K

**2025.07.11-BM Legal cmts-SUPPLEMENTAL AGREEMENT-OLD CONST.docx**
53K

---

邹凯文 <kaiwen.zou@bitmain.com>                                                    Tue, Jul 15, 2025 at 6:34 AM
To: Ethan W <ethan@hashvalley.us>
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于北京时间2025年7月16日（本周三）24:00前返回修改版本；

- 如逾期未获回复，将视为贵司放弃本次业务合作。

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*

M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-11 22:54:38 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售
[Quoted text hidden]

---

**2 attachments**

 **2025.07.11-BM Legal cmts-Termination and Mutual Release-OLD CONST-ONRACK.docx**
35K

 **2025.07.11-BM Legal cmts-SUPPLEMENTAL AGREEMENT-OLD CONST.docx**
53K

---

**Ethan W** <ethan@hashvalley.us>                                                            Wed, Jul 16, 2025 at 10:10 AM
To: 邹凯文 <kaiwen.zou@bitmain.com>
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

比特大陆团队你们好：
请查收修改后的协议，Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中，Old Const已经基于与合作诚意向贵方提供了2美分的折扣电费，Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体，其事务并不在Old Const的控制范围内，Old Const也无法对其承担或履行任何付款义务。1969 LLC的采购无论从法律还是实操上，都不是机器上架通电的障碍，不应该将1969 LLC的行为作为托管生效条件。

[Quoted text hidden]

　📄 **2025.07.16-Redline with OLD CONST's Comments-SUPPLEMENTAL AGREEMENT-OLD CONST.docx**
50K

---

**邹凯文** <kaiwen.zou@bitmain.com>                                                            Fri, Jul 18, 2025 at 10:39 AM
To: Ethan W <ethan@hashvalley.us>
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>


王总您好，


感谢贵司反馈，请见我司如下回复：


1.合同期限

Initial date事关合作事实，无法改动。

BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。

请贵司确认。


2.合作定金

根据合同附件的1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还，而是在通电第一个月抵扣差价，已做出让步。

请贵司确认。

合同约定：

> 1.4  Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已经按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

请贵司于<span style="color:red">**北京时间7月21日24点前**</span>完成确认，谢谢。

--------------------
Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-16 22:10:13 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售
[Quoted text hidden]

📄 **2025.07.18-SUPPLEMENTAL AGREEMENT-OLD CONST.docx**
54K

---

**Shawn P** <information@1969llc.com>                                         Fri, Jul 18, 2025 at 10:51 AM
To: chen@1969llc.com

陈总，比特大陆最新的回复邮件

---------- Forwarded message ---------
From: 邹凯文 <kaiwen.zou@bitmain.com>
Date: Fri, Jul 18, 2025 at 10:39 AM
Subject: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售
To: Ethan W <ethan@hashvalley.us>
[Quoted text hidden]
[Quoted text hidden]

📄 **2025.07.18-SUPPLEMENTAL AGREEMENT-OLD CONST.docx**
54K

---

**Ethan W** <ethan@hashvalley.us>                                           Mon, Jul 21, 2025 at 9:23 AM
To: 邹凯文 <kaiwen.zou@bitmain.com>

Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

比特大陆团队你们好：

对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题，Old Const方仍然认为这不应该成为新托管协议的条件，不应将1969 LLC的付款作为新托管协议的生效条件。

但基于推动合作的诚意及减少双方损失的考虑，Old Const与1969 LLC就贵方提出的条件进行了沟通协商，我们和1969 LLC沟通后，Old Const方和1969 LLC讨论得出的解决方案如下：

1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款，Old Const也可以考虑同意将相关条款纳入新托管合同之中，但需要请贵方答应协助解决以下列段落2、3中列出的问题；

2. 1969 LLC提出，其关联公司BitGarden，于2024年1-6月间从贵方采购了数千台S21机器（BitGarden销售合同于附件中提供），贵方对这些机器提供质保服务。在2024年8月，BitGarden在贵方官网下了维修工单，将600台S21机器寄往贵方官方维修网点-DE网点寄修，结果这些寄修机器被挪用并切走了算力，直至2025年年中才�† 续续得到返还，导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决；

3. 1969 LLC提出，2025年上半年，BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单，要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务（工单号包括但不限于：03320250425075657927oP5H0QEF0652、03320250502085801147ymn60Jdu06D5等）。但在驻场维修中，贵方及维修网点的人员一直以物料不足等理由拖延，拒绝全部维修，导致这些机器一直无法运行，这其中的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷填充沟通的邮件链条中，可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3中的问题，OLD CONST也能够积极推进负荷填充与新托管合同的签订，并协商1969 LLC支付原托管机器采购款，尽早开展新的托管合作弥补双方损失

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

感谢贵司反馈，请见我司如下回复：

1.合同期限

Initial date事关合作事实，无法改动。

BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件的1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还，而是在通电第一个月抵扣差价，已做出让步。

请贵司确认。

合同约定：

> 1.4　Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

请贵司于**北京时间7月21日24点前**完成确认，谢谢。


--------------------
Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**


-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-16 22:10:13 (星期三)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售


比特大陆团队你们好：
请查收修改后的协议，Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中，Old Const已经基于合作诚意向贵方提供了2美分的折扣电费，Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体，其事务并不在Old Const的控制范围内，Old Const也无法对其承担或履行任何付款义务。1969 LLC的采购无论从法律还是实操上，都不是机器上架通电的障碍，不应该将1969 LLC的行为作为托管生效条件。


On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，


为确保后续合作顺利开展：

- 烦请贵司于**北京时间2025年7月16日（本周三）24:00前**返回修改版本；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**


请王总尽早回复，以便我们及时跟进后续事宜。


Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: 邹凯文 <kaiwen.zou@bitmain.com>
发送时间: 2025-07-11 22:54:38 (星期五)

收件人: "Ethan W" <ethan@hashvalley.us>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好,

感谢贵司反馈,针对贵司提出的异议,我司已审阅并回复如下:

1. 合同到期时间:

按照贵司要求,修改为补充协议双签后的2年,预计为2027年7月;

2. 合作定金:

按照贵司要求,合作定金差价不再退还,但该部分费用需从重新通电后的首月电费中扣除;

3. 1969付款:

针对贵司场地原托管机器S21售出给1969 LLC事宜,我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求,文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准;

请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通,补充协议达成一致后,我司将推进机器交割撤出。后双签两份协议,尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见,希望贵司能够理解并考虑事件的紧迫性,推动合同于近期双签与落地。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-09 13:44:36 (星期三)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意,附件中的两份协议系我方基于目前讨论内容提出的初步修改意见,其内容不应被视为Old Const的最终立场或承诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好,

为确保后续合作顺利开展：

- 烦请贵司于**北京时间2025年7月9日（本周三）24:00前**返回修改版本；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-08 12:29:42 (星期二)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论，目前有以下几点意见和需要进一步确认的内容，烦请协助完善：
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件，Old Const无法接受。由于该实体并不在Old Const的可控范围内，Old Const也无法对其承担或履行任何付款义务，因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未体现具体的说明，需要进一步知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅，预计还需几天时间。待法律审核完成后，Old Const将尽快给予确认或反馈修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

如我司2025年7月2日邮件所述，我司已根据贵司的意见起草了补充协议及销售终止协议，相关文件请见随附附件。

为确保后续合作顺利开展，我司特向贵司提醒：

- 烦请贵司于**北京时间2025年7月9日（本周三）结束前**审阅并给予确认；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

祝商祺，

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*

M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-02 22:19:02 (星期三)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好,

感谢贵司对变更的托管信息进行确认,基于贵司邮件确认及线下沟通:

1. 应贵司要求,大陆端拟定托管机器变更补充协议供贵司审阅。如沟通,如贵司对补充协议内容无异议,大陆端将尽快推进原托管机器交割。机器交割后,将与贵司双签补充协议,共同推进7799台S19XP上架通电;
2. 针对您邮件提出的在架机器销售情况,大陆端过去始终与Old Const团队保持沟通,本次将与补充协议共同签署架上机器销售终止协议。

请贵司在5个工作日内,即<span style="color:red">**北京时间2025年7月9日结束前**</span>完成补充协议&架上机器销售终止协议内容确认,以尽快恢复托管场地通电,进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-06-11 22:07:49 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好,

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向,并就相关价格与贵司进行了询问与确认。遗憾的是,在关键阶段,贵司未能及时给予实质回应,且后续未能认可此前所达成的销售安排,直接导致合作推进受阻,双方因此承受了不必要的经济损失。

在当前基础上,我司仍本着合作共赢的原则,愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old Const场地,我司将不就此前事宜追究贵司责任。同时,Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh,并确认存售折扣单价为US$0.020/kWh,以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署,推进设备入场,争取早日恢复运营,避免进一步损失,并共同巩固双方长期合作基础。

**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好,

BM与贵司合作的托管项目Old Const于2024/11签订托管合同,合同于2026/12到期。

该场地自2025/4/22断电以来,已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系,已就解决方案进行多次沟通。

如近期与贵司的沟通,应贵司要求,现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容如下,我司将在收到您的邮件确认后正式推进负荷填充:

1. 1969 LLC采购的Old Const场地共7,457台S21机器,在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责,且BM和Old Const需同步签署补充协议;

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old场地负荷,North的托管合同需同时终止,应退还给BM的费用须及时退还。此事宜将另起邮件推进,请您知悉 @顺余;

3. 经前期沟通,贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调至US$0.068/kWh。如负荷填充方案达成一致,BM愿意将其调整为US$0.068/kWh,但是存售折扣单价应为贵司提出的US$0.020/kWh,以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容,并务必于**北京时间6/10 (本周二) 20:00**前完成确认,以便双方更好推进业务落实,早日恢复通电,谢谢!

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

📄 **SALES_20231008_465_Delaware_Limited_Bit_Garden_Inc_S21销售合同.pdf**
8874K

---

邹凯文 <kaiwen.zou@bitmain.com>                                                    Tue, Jul 22, 2025 at 2:04 PM
To: Ethan W <ethan@hashvalley.us>
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

王总您好，

以North Campbell（现托管合约已到期）的S19XP机器填充Old Const负荷为贵司最初提出的方案，我司同意该方案且在补充协议中做出多次让步。针对Old Const托管业务及补充协议，请见我司如下确认：

1. 合同期限
Initial date事关合作事实，无法改动。BM已做出让步，同意将合同期限改为合同签署并生效后的两年。

2. 合作定金
针对因BM托管机器更换导致合作定金差异的情况，矿场需及时退还deposit或prepayment的差价，请见合同附件1.4条款约定。BM已做出让步无需贵司提前退还差异款，仅在通电首月抵扣差价。

3. 1969 LLC款项问题
BM已接受贵司要求，<span style="color:red">于协议中删除了1969 LLC的相关付款信息</span>。但BM负荷填充的前提依然是原托管机器S21的售出与交割完成，以从逻辑和法律上约束本协议的合法性。

4. 事项处理流程
Step 1：请贵司参考附件补充协议<span style="color:red">单签返回</span>；
Step 2：如沟通，BM将与采购主体处理原托管机器售出&交割；
Step 3：如沟通，BM完成协议双签生效，Old Const用其仓库中的S19XP进行负荷填充。

5. 售后事宜
贵司提出的售后事宜与Old Const托管协议无任何关联性。但BM托管部门充分理解贵司诉求，待Old Const恢复通电后，将会积极协同推进事项处理。

针对Old Const场地的断电问题，我司多次向贵司表达希望能够尽快恢复通电降低双方损失。鉴于此，请于<span style="color:red">北京时间7月25日中午12点前（本周五）</span>返回附件协议的单签版本，逾期未收到将视为业务谈判终止。

感谢贵司一直以来的支持，期待尽快恢复业务合作！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-21 21:23:20 (星期一)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题，Old Const方仍然认为这不应该成为新托管协议的条件，不应将1969 LLC的付款作为新托管协议的生效条件。

但基于推动合作的诚意及减少双方损失的考虑，Old Const与1969 LLC就贵方提出的条件进行了沟通协商，我们和1969 LLC沟通后，Old Const方和1969 LLC讨论得出的解决方案如下：

1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款，Old Const也可以考虑同意将相关条款纳入新托管合同之中，但需要请贵方答应协助解决以下段落2、3中列出的问题；

2. 1969 LLC提出，其关联公司BitGarden，于2024年1-6月间从贵方采购了数千台S21机器（BitGarden销售合同于附件中提供），贵方对这些机器提供质保服务。在2024年8月，BitGarden在贵方官网下了4维修工单，将600台S21机器寄往贵方官方维修网点-DE网点寄修，结果这些寄修机器被挪用并切走了算力，直至2025年年中才陆续得到返还，导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决；

3. 1969 LLC提出，2025年上半年，BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单，要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务（工单号包括但不限于：0332025042507565792 7oP5H0QEF0652、0332025050208580 1147ymn60Jdu06D5等）。但在驻场维修中，贵方及维修网点的人员一直以物料不足等理由拖延，拒绝全部维修，导致这些机器一直无法运行，这其中的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷填充沟通的邮件链条中，可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3中的问题，OLD CONST也能够积极推进负荷填充与新托管合同的签订，并协商1969 LLC支付原托管机器采购款，尽早开展新的托管合作弥补双方损失

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

感谢贵司反馈，请见我司如下回复：

1.合同期限

Initial date事关合作事实，无法改动。

BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件的1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还，而是在通电第一个月抵冲差价，已做出让步。

请贵司确认。

合同约定：

> 1.4    Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

请贵司于北京时间7月21日24点前完成确认，谢谢。

---------------------

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-16 22:10:13 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:
请查收修改后的协议, Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中, Old Const已经基于合作诚意向贵方提供了2美分的折扣电费, Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体, 其事务并不在Old Const的控制范围内, Old Const也无法对其承担或履行任何付款义务。1969 LLC的采购无论从法律还是实操上, 都不是机器上架通电的障碍, 不应该将1969 LLC的行为作为托管生效条件。

On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好,

为确保后续合作顺利开展:

- 烦请贵司于北京时间2025年7月16日（本周三）24:00前返回修改版本;

- 如逾期未获回复, 将视为贵司放弃本次业务合作。

请王总尽早回复, 以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-11 22:54:38 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好,

感谢贵司反馈, 针对贵司提出的异议, 我司已审阅并回复如下:

1. 合同到期时间:

按照贵司要求, 修改为补充协议双签后的2年, 预计为2027年7月;

2. 合作定金:

按照贵司要求，合作定金差价不再退还，但该部分费用需从重新通电后的首月电费中扣除；

3. 1969付款：

针对贵司场地原托管机器S21售出给1969 LLC事宜，我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求，文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准；

请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通，补充协议达成一致后，我司将推进机器交割撤出。后双签两份协议，尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见，希望贵司能够理解并考虑事件的紧迫性，推动合同于近期双签与落地。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-09 13:44:36 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意，附件中的两份协议系我方基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于<span style="color:red">北京时间2025年7月9日（本周三）24:00前</span>返回修改版本；

- <span style="color:red">如逾期未获回复，将视为贵司放弃本次业务合作。</span>

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-08 12:29:42 (星期二)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存储

比特大陆团队你们好，

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论，目前有以下几点意见和需要进一步确认的内容，烦请协助完善：
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件，Old Const无法接受。由于该实体并不在Old Const的可控范围内，Old Const也无法对其承担或履行任何付款义务，因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未体现具体的说明，需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅，预计还需几天时间。待法律审核完成后，Old Const将尽快给予确认或反馈修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

如我司2025年7月2日邮件所述，我司已根据贵司的意见起草了补充协议及销售终止协议，相关文件请见随附附件。

为确保后续合作顺利开展，我司特向贵司提醒：

- 烦请贵司于**北京时间2025年7月9日（本周三）结束前**审阅并给予确认；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

祝商祺，

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-02 22:19:02 (星期三)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存储

王总您好，

感谢贵司对变更的托管信息进行确认，基于贵司邮件确认及线下沟通：

1. 应贵要求，大陆端拟托管机器变更补充协议供贵司审阅。如沟通，如贵司对补充协议内容无异议，大陆端将尽快推进原托管机器交割。机器交割后，将与贵司双签补充协议，共同推进7799台S19XP上架通电；
2. 针对您邮件提出的在架机器销售情况，大陆端过去始终与Old Const团队保持沟通，本次将与补充协议共同签署架上机器销售终止协议。

请贵司于5个工作日内，即**北京时间2025年7月9日结束前**完成补充协议&架上机器销售终止协议内容确认，以尽快恢复托管场地通电，进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-06-11 22:07:49 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向，并就相关价格与贵司进行了询问与确认。遗憾的是，在关键阶段，贵司未能及时给予实质回应，且后续未能承认此前所达成的销售安排，直接导致合作推进受阻，双方因此承受了不必要的经济损失。

在当前基础上，我司仍本着合作共赢的原则，愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old Const场地，我司将不就此前事宜追究贵司责任。同时，Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh，并确认存售折扣单价为US$0.020/kWh，以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署，推进设备入场，争取早日恢复运营，避免进一步损失，并共同巩固双方长期合作基础。



**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

BM与贵司合作的托管项目Old Const于2024/11签订托管合同，合同于2026/12到期。

该场地自2025/4/22断电以来，已给双方造成巨大经济损失。考虑不必要的损失及双方业务的合作关系，已就解决方案进行多次沟通。

如近期与贵司的沟通，应贵司要求，现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容如下，我司将在收到您的邮件确认后正式推进负荷填充：

1. 1969 LLC采购的Old Const场地共7,457台S21机器，在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责，且BM和Old Const需同步签署补充协议；

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old场地负荷，North的托管合同需同时终止，应退还给BM的费用须及时退还。此事宜将另起邮件推进，请您知悉 @顺余；

3. 经前期沟通，贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调至US$0.068/kWh。如负荷填充方案达成一致，BM愿将其调整为US$0.068/kWh，但是存售折扣单价应为贵司提出的US$0.020/kWh，以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容，并务必于**北京时间6/10（本周二）20:00**前完成确认，以便双方更好推进业务落实，早日恢复通电，谢谢！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

📄 **2025.07.18-SUPPLEMENTAL AGREEMENT-OLD CONST.docx**
54K

---

**Shawn P** <information@1969llc.com>                                    Tue, Jul 22, 2025 at 2:11 PM
To: chen@1969llc.com

最新邮件

---------- Forwarded message ----------
From: **邹凯文** <kaiwen.zou@bitmain.com>
Date: Tue, Jul 22, 2025 at 2:04 PM
Subject: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售
To: Ethan W <ethan@hashvalley.us>

Cc: <info@hashvalley.us>, <pan@hashvalley.us>, <legal@bitgarden.us>, <fen@bitgarden.us>, <aaa567678111@qq.com>, <information@1969llc.com>, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, YuhaoLiu(刘禹昊) <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, ZhengShang(商政) <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

王总您好，

以North Campbell（现托管合约已到期）的S19XP机器填充Old Const负荷为贵司最初提出的方案，我司同意该方案且在补充协议中做出多次让步。针对Old Const托管业务及补充协议，请见我司如下确认：

1. 合同期限
Initial date事关合作事实，无法改动。BM已做出让步，同意将合同周期改为合同签署并生效后的两年。

2. 合作定金
针对因BM托管机器更换导致合作定金差异的情况，矿场需及时退还deposit或prepayment的差价，请见合同附件1.4条款约定。BM已做出让步无需贵司提前退还差异款，仅在通电宣月抵扣差价。

3. 1969 LLC款项问题
BM已接受贵司要求，于 <span style="color:red">协议中删除了1969 LLC的相关付款信息</span>。但BM负荷填充的前提依然是原托管机器S21的售出与交割完成，以从逻辑和法律上约束本协议的合法性。

4. 事项处理流程
Step 1：请贵司参考附件补充协议 <span style="color:red">单签返回</span>；
Step 2：如沟通，BM将与采购主体处理原托管机器售出&交割；
Step 3：如沟通，BM完成协议双签生效，Old Const用其仓库中的S19XP进行负荷填充。

5. 售后事宜
贵司提出的售后事宜与Old Const托管协议无任何关联性。但BM托管部门充分理解贵司诉求，待Old Const恢复通电后，将会积极协同推进事项处理。

针对Old Const场地的断电问题，我司多次向贵司表达希望能够尽快恢复通电降低双方损失。鉴于此，请于 <span style="color:red">北京时间7月25日中午12点前（本周五）</span> 返回附件协议的单签版本，逾期未收到将视为业务谈判终止。

感谢贵司一直以来的支持，期待尽快恢复业务合作！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-21 21:23:20 (星期一)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** <info@hashvalley.us>, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题，Old Const方仍然认为这不应该成为新托管协议的条件，不应将1969 LLC的付款作为新托管协议的生效条件。

但基于推动合作的诚意及减少双方损失的考虑，Old Const与1969 LLC就贵方提出的条件进行了沟通协商，我们和1969 LLC沟通后，Old Const方和1969 LLC讨论得出的解决方案如下：

1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款，Old Const也可以考虑同意将相关条款纳入新托管合同之中，但需要请贵方答应协助解决以下段落2、3中列出的问题；

2. 1969 LLC提出，其关联公司BitGarden，于2024年1-6月间从贵方采购了数千台S21机器（BitGarden销售合同于附件中提供），贵方对这些机器提供质保服务。在2024年8月，BitGarden在贵方官网下了维修工单，将600台S21机器寄往贵方官方维修网点-DE网点寄修，结果这些寄修机器被挪用并切龙走了算力，直至2025年年中才陆续得到返还，导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决；

3. 1969 LLC提出，2025年上半年，BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单，要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务（工单号包括但不限于：03320250425075657927oP5H0QEF0652、03320250502085801147ymn60Jdu06D5等）。但在驻场维修

中，贵方及维修网点的人员一直以物料不足等理由拖延，拒绝全部维修，导致这些机器一直无法运行，这其中的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷充沟通的邮件链条中，可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3中的问题，OLD CONST也能够积极推进负荷填充与新托管合同的签订，并协商1969 LLC支付原托管机器采购款，尽早开展新的托管合作弥补双方损失

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

感谢贵司反馈，请见我司如下回复：

1.合同期限

Initial date事关合作事实，无法改动。

BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件中的1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还，而是在通电第一个月抵冲差价，已做出让步。

请贵司确认。

合同约定：

> 1.4    Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才生效，从逻辑和法律上约束本协议的合法性。

请贵司于北京时间7月21日24点前完成确认，谢谢。

---------------------
Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-16 22:10:13 (星期三)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(政商)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭

<yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售


比特大陆团队你们好：
请查收修改后的协议，Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中，Old Const已经基于合作诚意向贵方提供了2美分的折扣电费，Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体，其事务并不在Old Const的控制范围内，Old Const也无法对其承担或履行任何付款义务。1969 LLC的采购无论从法律还是实操上，都不是机器上架通电的障碍，不应该将1969 LLC的行为作为托管生效条件。


On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，


为确保后续合作顺利开展：

- 烦请贵司于**北京时间2025年7月16日（本周三）24:00前**返回修改版本；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**


请王总尽早回复，以便我们及时跟进后续事宜。




Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**
-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-11 22:54:38 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售


王总您好，


感谢贵司反馈，针对贵司提出的异议，我司已审阅并回复如下：


1. 合同到期时间：

按照贵司要求，修改为补充协议双签后的2年，预计为2027年7月；

2. 合作定金：

按照贵司要求，合作定金差价不再退还，但该部分费用需从重新通电后的首月电费中扣除；

3. 1969付款：

针对贵司场地原托管机器S21售出给1969 LLC事宜，我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求，文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准；

请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通，补充协议达成一致后，我司将推进机器交割撤出。后双签两份协议，尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见，希望贵司能够理解并考虑事件的紧迫性，推动合同于近期双签与落地。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

　-----原始邮件-----
　**发件人:** "Ethan W" <ethan@hashvalley.us>
　**发送时间:** 2025-07-09 13:44:36 (星期三)
　**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
　**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
　**主题:** Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意，附件中的两份协议系我方基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

　王总您好，

　为确保后续合作顺利开展：

　<span style="color:red">- 烦请贵司于**北京时间2025年7月9日（本周三）24:00前**返回修改版本；</span>

　<span style="color:red">- **如逾期未获回复，将视为贵司放弃本次业务合作。**</span>

　请王总尽早回复，以便我们及时跟进后续事宜。

　Best Regards,
　Kaiwen Zou
　*Project Manager, Mining Farm Operation*
　M: +86 17853146487
　E: kaiwen.zou@bitmain.com
　**Bitmain Technologies Inc**

　　-----原始邮件-----
　　**发件人:** "Ethan W" <ethan@hashvalley.us>
　　**发送时间:** 2025-07-08 12:29:42 (星期二)
　　**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
　　**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)"

<yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论，目前有以下几点意见和需要进一步确认的内容，烦请协助完善：
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件，Old Const无法接受。由于该实体并不在Old Const可控范围内，Old Const也无法对其承担或履行任何付款义务，因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未体现具体的说明，需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅，预计还需几天时间。待法律审核完成后，Old Const将尽快给予确认或反馈修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

如我司2025年7月2日邮件所述，我司已根据贵司的意见起草了补充协议及销售终止协议，相关文件请见随附附件。

为确保后续合作顺利开展，我司特向贵司提醒：

- 烦请贵司于北京时间2025年7月9日（本周三）结束前审阅并给予确认；

- 如逾期未获回复，将视为贵司放弃本次业务合作。

请王总尽早回复，以便我们及时跟进后续事宜。

祝商祺，

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-02 22:19:02 (星期三)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司对变更的托管信息进行确认，基于贵司邮件确认及线下沟通：

1. 应贵司要求，大陆端拟定托管机器变更补充协议供贵司审阅。如沟通，如贵司对补充协议内容无异议，大陆端将尽快推进原托管机器交割。机器交割后，将与贵司双签补充协议，共同推进7799台S19XP上架通电；
2. 针对您邮件提出的在架机器销售情况，大陆端过去始终与Old Const团队保持沟通，本次将与补充协议共同签署架上机器销售终止协议。

请贵司于5个工作日内，即北京时间2025年7月9日结束前完成补充协议&架上机器销售终止协议内容确认，以尽快恢复复托管场地通电，进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-06-11 22:07:49 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向，并就相关价格与贵司进行了询问与确认。遗憾的是，在关键阶段，贵司未能及时给予实质回应，且后续未能承认此前所达成的销售安排，直接导致双方合作推进受阻，双方因此承受了不必要的经济损失。

在当前基础上，我司仍本着合作共赢的原则，愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old Const场地，我司将不再就此前事宜追究贵司责任。同时，Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh，并确认存售折扣单价为US$0.020/kWh，以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署，推进设备入场，争取早日恢复运营，避免进一步损失，并共同巩固双方长期合作基础。


**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

BM与贵司合作的托管项目Old Const于2024/11签订托管合同，合同于2026/12到期。

该场地自2025/4/22断电以来，已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系，已就解决方案进行多次沟通。

如近期与贵司的沟通，应贵司要求，现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容如下，我司将在收到您的邮件确认后正式推进负荷填充：

1. 1969 LLC采购的Old Const场地共7,457台S21机器，在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责，且BM和Old Const需同步签署补充协议）

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old场地负荷，North的托管合同需同时终止，应退还给BM的费用须及时退还。此事宜务另起邮件推进，请您知悉 @顺余

3. 经前期沟通，贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调至US$0.068/kWh。如负荷填充方案达成一致，BM愿同意将其调整为US$0.068/kWh，但是存售折扣单价应为贵司提出的US$0.020/kWh，以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容，并务必于**北京时间6/10（本周二）20:00**前完成确认，以便双方更好推进业务落实，早日恢复通电，谢谢！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

---

📄 **2025.07.18-SUPPLEMENTAL AGREEMENT-OLD CONST.docx**
54K

---

**Ethan W** <ethan@hashvalley.us>                                      Thu, Jul 24, 2025 at 3:41 AM
To: 邹凯文 <kaiwen.zou@bitmain.com>
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

比特大陆团队你们好：

Old Const方经过审慎考虑，出于推动合作的诚意，决定向贵方作出让步。

Old Const方原则上决定接受贵方托管补充协议中的条件与贵方7月22日邮件中提出的事项处理流程。另外，出于推动合作的诚意，在合同的生效条件上，OLD CONST决定做出最大让步，接受贵方在谈判早期提出的，将1969 LLC的付款与交割作为合同生效前提这一条件，由贵方与1969 LLC处理原托管机器售出&交割的事宜。

上述让步，我们已经在本邮件的托管协议附件中体现。另外，我们对原合同第7条除1969 LLC付款外的内容进行了一定修改(增加了mutual release条款，以确保双方在此补充协议生效后都不再有后顾之忧)，供贵方审阅。

如果贵方同意，Old Const一方计划将在北京时间25日中午12：00之前单签该份协议。

请贵方尽快对此封邮件的内容进行回复。

On Tue, Jul 22, 2025 at 2:04 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

以North Campbell（现托管合约已到期）的S19XP机器填充Old Const负荷为贵司最初提出的方案，我司同意该方案且在补充协议中做出多次让步。针对Old Const托管业务及补充协议，请见我司如下确认：

1. 合同期限
Initial date事关合作事实，无法改动。BM已做出让步，同意将合同期限改为合同签署并生效后的两年。

2. 合作定金
针对因BM托管机器更换导致合作定金差异的情况，矿场需及时退还deposit或prepayment的差价，请见合同附件1.4条款约定。BM已做出让步无需贵司提前退还差异款，仅在通电首月抵扣差价。

3. 1969 LLC款项问题
BM已接受贵司要求，于协议中删除了1969 LLC的相关付款信息。但BM负荷填充的前提依然是原托管机器S21的售出与交割完成，以从逻辑和法律上约束本协议的合法性。

4. 事项处理流程
Step 1：请贵司参考附件补充协议单签返回；
Step 2：如沟通，BM将与采购主体处理原托管机器售出&交割；
Step 3：如沟通，BM完成协议双签生效，Old Const用其仓库中的S19XP进行负荷填充。

5. 售后事宜
贵司提出的售后事宜与Old Const托管协议无任何关联性。但BM托管部门充分理解贵司诉求，待Old Const恢复通电后，将会积极协同推进事项处理。

针对Old Const场地的断电问题，我司多次向贵司表达希望能够尽快恢复通电降低双方损失。鉴于此，请于北京时间7月25日中午12点前（本周五）返回附件协议的单签版本，逾期未收到将视为业务谈判终止。

感谢贵司一直以来的支持，期待尽快恢复业务合作！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-21 21:23:20 (星期一)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题，Old Const方仍然认为这不应该成为新托管协议的条件，不应将1969 LLC的付款作为新托管协议的生效条件。

但基于推动合作的诚意及减少双方损失的考虑，Old Const与1969 LLC就贵方提出的条件进行了沟通协商，我们和1969 LLC沟通后，Old Const方和1969 LLC讨论得出的解决方案如下：

1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款，Old Const也可以考虑同意将相关条款纳入新托管合同之中，但需要请贵方答应协助解决以下段落2、3中列出的问题；

2. 1969 LLC提出，其关联公司BitGarden，于2024年1-6月间从贵方采购了数千台S21机器（BitGarden销售合同中附件中提供），贵方对这些机器提供质保服务。在2024年8月，BitGarden在贵方官网下下了维修工单，将600台S21机器寄往贵方官网点-DE网点寄修，结果这些寄修机器被挪用并切走了算力，直至2025年年中才陆续得到返还，导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决；

3. 1969 LLC提出，2025年上半年，BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单，要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务（工单号包括但不限于：03320250425075657927oP5H0QEF0652、03320250502085801147ymn60Jdu06D5等）。但在驻场维

修中，贵方及维修网点的人员一直以物料不足等理由拖延，拒绝全部维修，导致这些机器一直无法运行，这其中的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷填充沟通的邮件链条中，可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3中的问题，OLD CONST也能够积极推进负荷填充与新托管合同的签订，并协商1969 LLC支付原托管机器采购款，尽早开展新的托管合作弥补双方损失

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

感谢贵司反馈，请见我司如下回复：

1.合同期限

Initial date事关合作事实，无法改动。

BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件I的1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还，而是在通电第一个月抵扣差价，已做出让步。

请贵司确认。

合同约定：

> 1.4    Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

<span style="color:red">请贵司于**北京时间7月21日24点前**完成确认，谢谢。</span>

\----------------------

Best Regards,

Kaiwen Zou

*Project Manager, Mining Farm Operation*

M: +86 17853146487

E: kaiwen.zou@bitmain.com

**Bitmain Technologies Inc**

-----原始邮件-----

**发件人:** "Ethan W <ethan@hashvalley.us>

**发送时间:** 2025-07-16 22:10:13 (星期三)

**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>

**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新

<xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re:【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：
请查收修改后的协议，Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中，Old Const已经基于合作诚意向贵方提供了2美分的折扣电费，Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体，其事务并不在Old Const的控制范围内，Old Const也无法对其承担或履行任何付款义务。1969 LLC的采购无论从法律还是实操上，都不是机器上架通电的障碍，不应该将1969 LLC的行为作为托管生效条件。

On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于 <span style="color:red">北京时间2025年7月16日（本周三）24:00前</span>返回修改版本；

- <span style="color:red">如逾期未获回复，将视为贵司放弃本次业务合作。</span>

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-11 22:54:38 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re:【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司反馈，针对贵司提出的异议，我已审阅并回复如下：

1. 合同到期时间：

按照贵司要求，修改为补充协议双签后的2年，预计为2027年7月；

2. 合作定金：

按照贵司要求，合作定金差价不再退还，但该部分费用需从重新通电后的首月电费中扣除；

3. 1969付款：

针对贵司场地原托管机器S21售出给1969 LLC事宜，我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求，文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准；

请贵司在北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通，补充协议达成一致后，我司将推进机器交割撤出。后双签两份协议，尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见，希望贵司能够理解并考虑事件的紧迫性，推动合同于近期双签与落地。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

　　-----原始邮件-----
　　**发件人:** "Ethan W" <ethan@hashvalley.us>
　　**发送时间:** 2025-07-09 13:44:36 (星期三)
　　**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
　　**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
　　**主题:** Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

　　请查收留意，附件中的两份协议系我方基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承诺。

　　On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

　　　　王总您好，

　　　　为确保后续合作顺利开展：

　　　　- 烦请贵司于<span style="color:red">北京时间2025年7月9日（本周三）24:00前</span>返回修改版本；

　　　　- <span style="color:red">如逾期未获回复，将视为贵司放弃本次业务合作。</span>

　　　　请王总尽早回复，以便我们及时跟进后续事宜。

　　　　Best Regards,
　　　　Kaiwen Zou
　　　　*Project Manager, Mining Farm Operation*
　　　　M: +86 17853146487
　　　　E: kaiwen.zou@bitmain.com
　　　　**Bitmain Technologies Inc**

　　　　　　-----原始邮件-----
　　　　　　**发件人:** "Ethan W" <ethan@hashvalley.us>
　　　　　　**发送时间:** 2025-07-08 12:29:42 (星期二)
　　　　　　**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
　　　　　　**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com,

information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论，目前有以下几点意见和需要进一步确认的内容，烦请协助完善：
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件，Old Const无法接受。由于该实体并不在Old Const的可控范围内，Old Const也无法对其承担或履行任何付款义务，因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未体现具体的说明，需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅，预计还需几天时间。待法律审核完成后，Old Const将尽快给予确认或反馈修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

如我司2025年7月2日邮件所述，我司已根据贵司的意见起草了补充协议及销售终止协议，相关文件请见随附附件。

为确保后续合作顺利开展，我司特向贵司提醒：

- 烦请贵司于北京时间2025年7月9日（本周三）结束前审阅并给予确认；

- 如逾期未获回复，将视为贵司放弃本次业务合作。

请王总尽早回复，以便我们及时跟进后续事宜。

祝商祺，

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: 邹凯文 <kaiwen.zou@bitmain.com>
发送时间: 2025-07-02 22:19:02 (星期三)
收件人: "Ethan W" <ethan@hashvalley.us>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司对变更的托管信息进行确认，基于贵司邮件确认及线下沟通：

1. 应贵司要求，大陆端拟定托管机器变更补充协议供贵司审阅。如沟通，如贵司对补充协议内容无异议，大陆端将尽快推进原托管机器交割。机器交割后，将与贵司双签补充协议，共同推进7799台S19XP上架通电；
2. 针对您邮件提出的在架机器销售情况，大陆端过去始终与Old Const团队保持沟通，本次将与补充协议共同签署架上机器销售终止协议。

请贵司于5个工作日内，即<mark>北京时间2025年7月9日结束前</mark>完成补充协议&架上机器销售终止协议内容确认，以尽快恢复托管场地通电，进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-06-11 22:07:49 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向，并就相关价格与贵司进行了询问与确认。遗憾的是，在关键阶段，贵司未能及时给予实质回应，且后续未能承认此前所达成的销售安排，直接导致合推进受阻，双方因此承受了不必要的经济损失。

在当前基础上，我司仍本着合作共赢的原则，愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old Const场地，我司将不就此前事宜追究贵司责任。同时，Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh，并确认存售折扣单价为US$0.020/kWh，以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署，推进设备入场，争取早日恢复运营，避免进一步损失，并共同巩固双方长期合作基础。



**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

BM与贵司合作的托管项目Old Const于2024/11签订托管合同，合同于2026/12到期。

该场地自2025/4/22断电以来，已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系，已就解决方案进行多次沟通。

如近期与贵司的沟通，应贵司要求，现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容如下，我司将在收到您的邮件确认后正式推进负荷填充：

1. 1969 LLC采购的Old Const场地共7,457台S21机器，在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责，且BM和Old Const需同步签署补充协议；

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old地负荷，North的托管合同需同时终止，应退还给BM的费用须及时退还。此事宜将另起邮件推进，请您知悉 @顺余；

3. 经前期沟通，贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调至US$0.068/kWh。如负荷填充方案达成一致，BM愿同意将其调整为US$0.068/kWh，但是存售折扣单价应为贵司提出的US$0.020/kWh，以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容，并务必于**北京时间6/10（本周二）20:00**前完成确认，以便双方更好推进业务落实，早日恢复通电，谢谢！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

---

📄 **2025.07.23-Redline w Old Const's Comments-SUPPLEMENTAL AGREEMENT-OLD CONST.docx**
50K

---

邹凯文 <kaiwen.zou@bitmain.com>                                              Thu, Jul 24, 2025 at 11:14 PM
To: Ethan W <ethan@hashvalley.us>
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持
<hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal
Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭
<yangming.bai@bitmain.com>

王总您好，

针对贵司最新反馈的补充协议修改版本，我司无异议。

请参考附件与贵司达成一致的机器填充补充协议及原架上机器采购终止协议，请贵司于**北京时间2025年7月25日24:00前**签回两份协议。

我司将尽快推进后续流程，尽快推动S19XP机器通电。感谢贵司的支持！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-24 15:41:10 (星期四)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

Old Const方经过审慎考虑，出于推动合作的诚意，决定向贵方作出让步。

Old Const方原则上决定接受贵方托管补充协议中的条件与贵方7月22日邮件中提出的事项处理流程。另外，出于推动合作的诚意，在合同的生效条件上，OLD CONST决定做出最大让步，接受贵方在谈判早期提出的，将1969 LLC的付款与交割作为合同生效前提这一条件，由贵方与1969 LLC处理原托管机器售出&交割的事宜。

上述让步，我们已经在本邮件的托管协议附件中体现。另外，我们对原合同第7条除1969 LLC付款外的内容进行了一定修改(增加了mutual release条款，以确保双方在此补充协议生效后都不再有后顾之忧)，供费方审阅。

如果贵方同意，Old Const一方计划将在北京时间25日中午12：00之前单签该份协议。

请贵方尽快对此封邮件的内容进行回复。

On Tue, Jul 22, 2025 at 2:04 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

> 王总您好，
>
> 以North Campbell（现托管合约已到期）的S19XP机器填充Old Const负荷为贵司最初提出的方案，我司同意该方案且在补充协议中做出多次让步。
> 针对Old Const托管业务& 补充协议，请见我司如下确认：
>
> 1. 合同期限
> Initial date事关合作事实，无法改动。BM已做出让步，同意将合同期限改为合同签署并生效后的两年。
>
> 2. 合作定金
> 针对因困托管机器更换导致合作定金差异的情况，矿场需及时退还deposit或prepayment的差价，请见合同附件1.4条款约定。BM已做出让步无需贵司提前退还差异款，仅在通电首月抵扣差价。
>
> 3.1969 LLC款项问题
> BM已接受贵司要求，于协议中删除了1969 LLC的相关付款信息。但BM负荷填充的前提依然是原托管机器S21的售出与交割完成，以从逻辑和法律上约束本协议的合法性。
>
> 4. 事项处理流程
> Step 1: 请贵司参考附件补充协议单签返回；
> Step 2: 如沟通，BM将与采购主体处理原托管机器售出&交割；
> Step 3: 如沟通，BM完成协议双签生效，Old Const用其仓库中的S19XP进行负荷填充。
>
> 5. 售后事宜
> 贵司提出的售后事宜与Old Const托管协议无任何关联性。但BM托管部门充分理解贵司诉求，待Old Const恢复通电后，将会积极协同推进事项处理。
>
> 针对Old Const场地的断电问题，我司多次向贵司表达希望能够尽快恢复通电降低双方损失。鉴于此，请于北京时间7月25日中午12点前（本周五）返回附件协议的单签版本，逾期未收到将视为业务谈判终止。
>
> 感谢贵司一直以来的支持，期待尽快恢复业务合作！
>
>
>
> Best Regards,

Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

------原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-21 21:23:20 (星期一)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(政政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题，Old Const方仍然认为这不应该成为新托管协议的条件，不应将1969 LLC的付款作为新托管协议的生效条件。

但基于推动合作的诚意及减少双方损失的考虑，Old Const与1969 LLC就贵方提出的条件进行了沟通协商，我们和1969 LLC沟通后，Old Const方和1969 LLC讨论得出的解决方案如下：

1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款，Old Const也可以考虑同意将相关条款纳入新托管合同之中，但需要请贵方答应协助解决以下段落2、3中列出的问题；

2. 1969 LLC提出，其关联公司BitGarden，于2024年1-6月间从贵方采购了数千台S21机器（BitGarden销售合同于附件中提供），贵方对这些机器提供质保服务。在2024年8月，BitGarden在贵方官网下了维修工单，将600台S21机器寄往贵方官方维修网点-DE网点寄修，结果这些寄修机器被挪用并切走了算力，直至2025年年中才陆续得到返还，导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决；

3. 1969 LLC提出，2025年上半年，BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单，要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务（工单号包括但不限于：0332025042507565792 7oP5H0QEF0652、0332025050208580114 7ymn60Jdu06D5等）。但在驻场维修中，贵方及维修网点的人员一直以物料不足等理由拖延，拒绝全部维修，导致这些机器一直无法运行，这其中的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷填充沟通的邮件链条中，可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3中的问题，OLD CONST也能够积极推进负荷填充与新托管合同的签订，并协商1969 LLC支付原托管机器采购款，尽早开展新的托管合作弥补双方损失

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

感谢贵司反馈，请见我司如下回复：

1.合同期限

Initial date事关合作事实，无法改动。

BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件中1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还，而是在通电第一个月抵扣差价，已做出让步。

请贵司确认。

合同约定:

> 1.4 Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

**请贵司于北京时间7月21日24点前完成确认，谢谢。**

--------------------

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-16 22:10:13 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：
请查收修改后的协议，Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中，Old Const已经基于合作诚意向贵方提供了2美分的折扣电费，Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体，其事务并不在Old Const的控制范围内，Old Const也无法对其承担或履行任何付款义务。1969 LLC的采购无论从法律还是实操上，都不是机器上架通电的障碍，不应该将1969 LLC的行为作为托管生效条件。

On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

> 王总您好，
>
> 为确保后续合作顺利开展：
>
> - 烦请贵司于**北京时间2025年7月16日（本周三）24:00前**返回修改版本；
>
> - **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: 邹凯文 <kaiwen.zou@bitmain.com>
发送时间: 2025-07-11 22:54:38 (星期五)
收件人: "Ethan W" <ethan@hashvalley.us>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司反馈，针对贵司提出的异议，我司已审阅并回复如下：

1. 合同到期时间：

按照贵司要求，修改为补充协议双签后的2年，预计为2027年7月；

2. 合作定金：

按照贵司要求，合作定金差价不再退还，但该部分费用需从重新通电后的首月电费中扣除；

3. 1969付款：

针对贵司场地原托管机器S21售出给1969 LLC事宜，我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求，文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准；

请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通，补充协议达成一致后，我司将推进机器交割撤出。后双签两份协议，尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见，希望贵司能够理解并考虑事件的紧迫性，推动合同于近期双签与落地。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*

M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W <ethan@hashvalley.us>
**发送时间:** 2025-07-09 13:44:36 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意，附件中的两份协议系我方基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于<span style="color:red">北京时间2025年7月9日（本周三）24:00前</span>返回修改版本；

- <span style="color:red">如逾期未获回复，将视为贵司放弃本次业务合作。</span>

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W <ethan@hashvalley.us>
**发送时间:** 2025-07-08 12:29:42 (星期二)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论，目前有以下几点意见和需要进一步确认的内容，烦请协助完善：
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件，Old Const无法接受。由于该实体并不在Old Const的可控范围内，Old Const也无法对其承担或履行任何付款义务，因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未体现具体的说明，需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅，预计还需几天时间。待法律审核完成后，Old Const将尽快给予确认或反馈修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

如我司2025年7月2日邮件所述，我司已根据贵司的意见起草了补充协议及销售终止协议，相关文件请见随附附件。

为确保后续合作顺利开展，我司特向贵司提醒：

- 烦请贵司于**北京时间2025年7月9日（本周三）结束前**审阅并给予确认；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

祝商祺，

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人：** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间：** 2025-07-02 22:19:02 (星期三)
**收件人：** "Ethan W" <ethan@hashvalley.us>
**抄送：** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题：** Re：Re：【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司对变更的托管信息进行确认，基于贵司邮件确认及线下沟通：

1. 应贵司要求，大陆端拟定托管机器变更补充协议供贵司审阅。如沟通，如贵司对补充协议内容无异议，大陆端将尽快推进原托管机器交割。机器交割后，将与贵司双签补充协议，共同推进7799台S19XP上架通电；
2. 针对您邮件提出的在架机器销售情况，大陆端过去始终与Old Const团队保持沟通，本次将与补充协议共同签署架上机器销售终止协议。

请贵司于5个工作日内，即**北京时间2025年7月9日结束前**完成补充协议&架上机器销售终止协议内容确认，以尽快恢复托管场地通电，进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人：** "Ethan W" <ethan@hashvalley.us>
**发送时间：** 2025-06-11 22:07:49 (星期三)
**收件人：** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送：** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题：** Re：【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向，并就相关价格与贵司进行了询问与确认。遗憾的是，在关键阶段，贵司未能及时给予实质回应，且后续未能确认此前所达成的销售安排，直接导致合作推进受阻，双方因此承受了不必要的经济损失。

在当前基础上，我司仍本着合作共赢的原则，愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old Const场地，我司将不就此前事宜追究贵司责任。同时，Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh，并确认存售折扣单价为US$0.020/kWh，以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署，推进设备入场，争取早日恢复运营，避免进一步损失，并共同巩固双方长期合作基础。



**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

BM与贵司合作的托管项目Old Const于2024/11签订托管合同，合同于2026/12到期。

该场地自2025/4/22断电以来，已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系，已就解决方案进行多次沟通。

如近期与贵司的沟通，应贵司要求，现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容如下，我司将在收到您的邮件确认后正式推进负荷填充：

1. 1969 LLC采购的Old Const场地共7,457台S21机器，在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责，且BM和Old Const需同步签署补充协议；

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old场地负荷，North的托管合同需同时终止，应退还给BM的费用须及时退还。此事宜将另起邮件推进，请您知悉 @顺余；

3. 经前期沟通，贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调至US$0.068/kWh。如负荷填充方案达成一致，BM愿同意将其调整为US$0.068/kWh，但是存售折扣单价应为贵司提出的US$0.020/kWh，以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容，并务必于**北京时间6/10（本周二）20:00**前完成确认，以便双方更好推进业务落实，早日恢复通电，谢谢!

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**



**2 attachments**

📄 **2025.07.25-SUPPLEMENTAL AGREEMENT-OLD CONST.pdf**
398K

📄 **2025.07.25-Termination and Mutual Release-OLD CONST-ONRACK.pdf**
123K



邹凯文 <kaiwen.zou@bitmain.com>                                                                    Sun, Jul 27, 2025 at 1:31 AM
To: Ethan W <ethan@hashvalley.us>
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持
<hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal
Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭
<yangming.bai@bitmain.com>

王总您好，

请Old Const按照7月24日邮件约定尽快签回两份协议。

为确保Old Const场地尽快恢复通电，请于北京时间7月28日(下周一）24:00点前签回两份文件。
**如逾期未获回复，将视为贵司放弃本次业务合作。**

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: 邹凯文 <kaiwen.zou@bitmain.com>
发送时间: 2025-07-25 11:14:46 (星期五)
收件人: "Ethan W" <ethan@hashvalley.us>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

针对贵司最新反馈的补充协议修改版本，我司无异议。

请参考附件与贵司达成一致的机器填充补充协议及原架上机器采购终止协议，请贵司于**北京时间2025年7月25日24:00前**签回两份协议。

我司将尽快推进后续流程，尽快推动S19XP机器通电。感谢贵司的支持！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-24 15:41:10 (星期四)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

Old Const方经过审慎考虑，出于推动合作的诚意，决定向贵方作出让步。

Old Const方原则上决定接受贵方托管补充协议中的条件与贵方7月22日邮件中提出的事项处理流程。另外，出于推动合作的诚意，在合同的生效条件上，OLD CONST决定做出最大让步，接受贵方在谈判早期提出的，将1969 LLC的付款与交割作为合同生效前提这一条件，由贵方与1969 LLC处理原托管机器售出&交割的事宜。

上述让步，我们已经在本邮件的托管协议附件中体现。另外，我们对原合同第7条除1969 LLC付款外的内容进行了一定修改(增加了mutual release条款，以确保双方在此补充协议生效后都不再有后顾之忧)，供贵方审阅。

如果贵方同意，Old Const一方计划将在北京时间25日中午12：00之前单签该份协议。

请贵方尽快对此封邮件的内容进行回复。

On Tue, Jul 22, 2025 at 2:04 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
> 王总您好，
>
> 以North Campbell（现托管合约已到期）的S19XP机器填充Old Const负荷为贵司最初提出的方案，我司同意该方案且在补充协议中做出多次让步。针对Old Const托管业务&补充协议，请见我司如下确认：
>
> 1. 合同期限
> Initial date事关合作事实，无法改动。BM已做出让步，同意将合同期限改为合同签署并生效后的两年。
>
> 2. 合作定金
> 针对因BM托管机器更换导致合作定金差异的情况，矿场需及时退还deposit或prepayment的差价，请见合同附件1.4条款约定。BM已做出让步无需贵司提前退还差异，仅在通电首月抵扣差价。
>
> 3.1969 LLC款项问题
> BM已接受贵司要求，于协议中删除了1969 LLC的相关付款信息。但BM负荷填充的前提依然是原托管机器S21的售出与交割完成，以从逻辑和法律上约束本协议的合法性。

4. 事项处理流程
Step 1：请贵司参考附件补充协议单签返回；
Step 2：如沟通，BM将与采购主体处理原托管机器售出&交割；
Step 3：如沟通，BM完成协议双签生效，Old Const用其仓库中的S19XP进行负荷填充。

5. 售后事宜
贵司提出的售后事宜与Old Const托管协议无任何关联性。但BM托管部门充分理解贵司诉求，待Old Const恢复通电后，将会积极协同推进事项处理。

针对Old Const场地的断电问题，我司多次向贵司表达希望能够尽快恢复通电降低双方损失。鉴于此，请于北京时间7月25日中午12点前（本周五）返回附件协议的单签版本，逾期未收到将视为业务谈判终止。

感谢贵司一直以来的支持，期待尽快恢复业务合作！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人：** "Ethan W" <ethan@hashvalley.us>
**发送时间：** 2025-07-21 21:23:20 (星期一)
**收件人：** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送：** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题：** Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题，Old Const方仍然认为这不应该成为新托管协议的条件，不应将1969 LLC的付款作为新托管协议的生效条件。

但基于推动合作的诚意及减少双方损失的考虑，Old Const与1969 LLC就贵方提出的条件进行了沟通协商，我们和1969 LLC沟通后，Old Const方和1969 LLC讨论得出的解决方案如下：

1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款，Old Const也可以考虑同意将相关条款纳入新托管合同之中，但需要请贵方答应协助解决以下段落2、3中列出的问题；

2. 1969 LLC提出，其关联公司BitGarden，于2024年1-6月间从贵方采购了数千台S21机器（BitGarden销售合同于附件中提供），贵方对这些机器提供质保服务。在2024年8月，BitGarden将贵方官网下了维修工单，将600台S21机器寄往贵方官方维修网点-DE网点寄修，结果这些寄修机器被挪用并切走了算力，直至2025年年中才陆续得到返还，导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决；

3. 1969 LLC提出，2025年上半年，BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单，要求贵方为BitGarden 2024年采购的S21机器提供维修服务（工单号包括但不限于：03320250425075657927oP5H0QEF0652、03320250502085801147ymn60Jdu06D5等）。但在驻场维修中，贵方及维修网点的人员一直以物料不足等理由拖延，拒绝全部维修，导致这些机器一直无法运行，这其中的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷填充沟通的邮件链条中，可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3中的问题，OLD CONST也能够积极推进负荷填充与新托管合同的签订，并协商1969 LLC支付原托管机器采购款，尽早开展新的托管合作补补双方损失

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

感谢贵司反馈，请见我司如下回复：

1.合同期限

Initial date事关合作事实，无法改动。

BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件III的1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还，而是在通电第一个月抵扣差价，已做出让步。

请贵司确认。

合同约定：

> 1.4    Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

请贵司于<span style="color:red">北京时间7月21日24点前</span>完成确认，谢谢。

---------------------
Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-16 22:10:13 (星期三)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(政商)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：
请查收修改后的协议，Old Const主要有以下修改意见

1.合同期限

Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中，Old Const已经基于了合作诚意向贵方提供了2美分的折扣电费，Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体，其事务并不在Old Const的控制范围内，Old Const也无法对其承担或履行任何付款义务。1969 LLC的采购无论从法律还是实操上，都不是机器上架通电的障碍，不应该将1969 LLC的行为作为托管生效条件。

On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于北京时间2025年7月16日（本周三）24:00前返回修改版本；

- 如逾期未获回复，将视为贵司放弃本次业务合作。

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-11 22:54:38 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司反馈，针对贵司提出的异议，我司已审阅并回复如下：

1. 合同到期时间：

按照贵司要求，修改为补充协议双签后的2年，预计为2027年7月；

2. 合作定金：

按照贵司要求，合作定金差价不再退还，但该部分费用需从重新通电后的首月电费中扣除；

3. 1969付款：

针对贵司场地原托管机器S21售出给1969 LLC事宜，我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求，文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准；

请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通，补充协议达成一致后，我司将推进机器交割撤出。后双签两份协议，尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见，希望贵司能够理解并考虑事件的紧迫性，推动合同于近期双签与落地。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-09 13:44:36 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意，附件中的两份协议系我方基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于北京时间2025年7月9日（本周三）24:00前返回修改版本；

- 如逾期未获回复，将视为贵司放弃本次业务合作。

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-08 12:29:42 (星期二)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)"

yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>,
"ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好,

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论,目前有以下几点意见和需要进一步确认的内容,烦请协助完
善:
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件,Old Const无法接受。由于该实体并不在Old Const的可控范围内,Old Const也无法对其承担
或履行任何付款义务,因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未体现具体的说明,需要进一步告知计算的原因和过程。

两级补充协议仍需由Old Const的律师团队进一步审阅,预计还需几天时间。待法律审核完成后,Old Const将尽快给予确认或反
馈修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好,

如我司2025年7月2日邮件所述,我司已根据贵司的意见起草了补充协议及销售终止协议,相关文件请见随附附件。

为确保后续合作顺利开展,我司特向贵司提醒:

- 烦请贵司于<span style="color:red">北京时间2025年7月9日(本周三)结束前</span>审阅并给予确认;

- <span style="color:red">如逾期未获回复,将视为贵司放弃本次业务合作。</span>

请王总尽早回复,以便我们及时跟进后续事宜。

祝商祺,

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-02 22:19:02 (星期三)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com,
information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹
昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>,
"ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭
<yangming.bai@bitmain.com>
**主题:** Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好,

感谢贵司对变更的托管信息进行确认,基于贵司邮件确认及线下沟通:

1. 应贵司要求,大陆端拟定托管机器变更补充协议供贵司审阅。如沟通,如贵司对补充协议内容无异议,大陆端将尽快
   推进原托管机器交割。机器交割后,将与贵司双签补充协议,共同推进7799台S19XP上架通电;
2. 针对您邮件提出的在架机器销售情况,大陆端过去始终与Old Const团队保持沟通,本次将与补充协议共同签署架上
   机器销售终止协议。

请贵司于5个工作日内，即**北京时间2025年7月9日结束前**完成补充协议&架上机器销售终止协议内容确认，以尽快恢复托管场地通电，进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

　　-----原始邮件-----
　　**发件人:** "Ethan W" <ethan@hashvalley.us>
　　**发送时间:** 2025-06-11 22:07:49 (星期三)
　　**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
　　**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
　　**主题:** Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向，并就相关价格与贵司进行了询问与确认。遗憾的是，在关键阶段，贵司未能及时给予实质回应，且后续未能承认此前所达成的销售安排，直接导致合作推进受阻，双方因此承受了不必要的经济损失。

在当前基础上，我司仍本着合作共赢的原则，愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old Const场地，我司将不就此前事宜追究贵司责任。同时，Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh，并确认存售扣单价为US$0.020/kWh，以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署，推进设备入场，争取早日恢复运营，避免进一步损失，并共同巩固双方长期合作基础。



**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
　　王总您好，

　　BM与贵司合作的托管项目Old Const于2024/11签订托管合同，合同于2026/12到期。

　　该场地自2025/4/22断电以来，已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系，已就解决方案进行多次沟通。

　　如近期与贵司的沟通，应贵司要求，现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容如下，我司将在收到您的邮件确认后正式推进负荷填充：

　　1. 1969 LLC采购的Old Const场地共7,457台S21机器，在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责，且BM和Old Const需同步签署补充协议；

　　2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old场地负荷，North的托管合同需同时终止，应退还给BM的费用须及时退还。此事宜将另起邮件推进，请您知悉 @顺余；

3. 经前期沟通，贵司要求将Settlement Hosting Unit Price从US\$0.065/kWh调至US\$0.068/kWh。如负荷填充方案达成一致，BM愿意将其调整为US\$0.068/kWh，但是存售折扣单价应为贵司提出的US\$0.020/kWh，以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容，并务必于**北京时间6/10（本周二）20:00**前完成确认，以便双方更好推进业务落实，早日恢复通电，谢谢！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

---

**2 attachments**

📄 **2025.07.25-SUPPLEMENTAL AGREEMENT-OLD CONST.pdf**
398K

📄 **2025.07.25-Termination and Mutual Release-OLD CONST-ONRACK.pdf**
123K

Ethan W <ethan@hashvalley.us>                                    Mon, Jul 28, 2025 at 11:54 AM

To: 邹凯文 <kaiwen.zou@bitmain.com>

Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

比特大陆团队你们好！

Old Const方在签署贵方提供的文件时，注意到贵方发来的两份文件中没有修改日期，目前托管合同补充协议仍然写着7月18号，解除协议写着7月9号并将其定义为了生效日，贵方此前同意的将托管协议期限改为合同签署并生效后的两年也没有在托管协议中体现，目前托管协议期限仍然是合同签署后的两年。

Old Const方此前默认贵方会修改协议时间至最新日期，但目前协议中这些日期相关的内容，与事实以及贵方此前的承诺不符，均需要调整为合同实际签署和生效日期，这些修改意见已通过修订模式在附件中体现。

此外，Old Const方在签署页增加了签署人的姓名和title便于届时的签署，并对两份协议的mutual release条款进行了调整，明确协议生效前各方保留/不放弃现有权利。

以上修正内容，若贵方没有问题，请发回pdf版本，Old Const方将在该版本的基础上安排签署。

On Sun, Jul 27, 2025 at 1:31 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，


请Old Const按照7月24日邮件约定尽快签回两份协议。


为确保Old Const场地尽快恢复通电，请于北京时间7月28日(下周一) 24:00点前签回两份文件。

**如逾期未获回复，将视为贵司放弃本次业务合作。**




Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-25 11:14:46 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re:【负荷填充确认】美国Old Const-25MW-风冷存售


王总您好，



针对贵司最新反馈的补充协议修改版本，我司无异议。


请参考附件与贵司达成一致的机器填充补充协议及原架上机器采购终止协议，请贵司于**北京时间2025年7月25日24:00前**签回两份协议。




我司将尽快推进后续流程，尽快推动S19XP机器通电。感谢贵司的支持！




Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com

Bitmain Technologies Inc

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-24 15:41:10 (星期四)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:

Old Const方经过审慎考虑,出于推动合作的诚意,决定向贵方作出让步。

Old Const方原则上决定接受贵方托管补充协议中的条件与贵方7月22日邮件中提出的事项处理流程。另外,出于推动合作的诚意,在合同的生效条件上,OLD CONST决定做出最大让步,接受贵方在谈判早期提出的,将1969 LLC的付款与交割作为合同生效前提这一条件,由贵方与1969 LLC处理原托管机器售出&交割的事宜。

上述让步,我们已经在本邮件的托管协议附件中体现。另外,我们对原合同第7条除1969 LLC付款外的内容进行了一定修改(增加了mutual release条款,以确保双方在此补充协议生效后都不再有后顾之忧),供贵方审阅。

如果贵方同意,Old Const一方计划将在北京时间25日中午12: 00之前单签该协议。

请贵方尽快对此封邮件的内容进行回复。

On Tue, Jul 22, 2025 at 2:04 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好,

以North Campbell(现托管合约已到期)的S19XP机器填充Old Const负荷为贵司最初提出的方案,我司同意该方案且在补充协议中做出多次让步。针对Old Const托管业务及补充协议,请见我司如下确认:

1. 合同期限
Initial date事关合作事实,无法改动。BM已做出让步,同意将合同期限改为合同签署并生效后的两年。

2. 合作定金
针对因BM托管机器更换导致合作定金差异的情况,矿场需及时退还deposit或prepayment的差价,请见合同附件1.4条款约定。BM已做出让步无需贵司提前退还差异款,仅在通电首月抵扣差价。

3. 1969 LLC款项问题
BM已接受贵司要求,<span style="color:red">于协议中删除了1969 LLC的相关付款信息</span>。但BM负荷填充的前提依然是原托管机器S21的售出与交割完成,以从逻辑和法律上约束本协议的合法性。

4. 事项处理流程
Step 1: 请贵司参考附件补充协议<span style="color:red">单签返回</span>;
Step 2: 如沟通,BM将与采购主体处理原托管售出&交割;
Step 3: 如沟通,BM完成协议双签生效,Old Const用其仓库中的S19XP进行负荷填充。

5. 售后事宜
贵司提出的售后事宜与Old Const托管协议无任何关联性。但BM托管部门会充分理解贵司诉求,待Old Const恢复通电后,将会积极协同推进事项处理。

针对Old Const场地的断电问题,我司多次向贵司表达希望能够尽快恢复通电降低双方损失。鉴于此,请于<span style="color:red">北京时间7月25日中午12点前(本周五)</span>返回附件协议的单签版本,逾期未收到将视为业务谈判终止。

感谢贵司一直以来的支持,期待尽快恢复业务合作!


Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-21 21:23:20 (星期一)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

**主题:** Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:

对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题,Old Const方仍然认为这不应该成为新托管协议的条件,不应将1969 LLC的付款作为新托管协议的生效条件。

但基于推动合作的诚意及减少双方损失的考虑,Old Const与1969 LLC就贵方提出的条件进行了沟通协商,我们和1969 LLC沟通后,Old Const方和1969 LLC讨论得出的解决方案如下:

1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款,Old Const也可以考虑同意将相关条款纳入新托管合同之中,但需要请贵方答应协助解决以下段落2、3中列出的问题;

2. 1969 LLC提出,其关联公司BitGarden,于2024年1-6月间从贵方采购了数千台S21机器(BitGarden销售合同于附件中提供),贵方对这些机器提供质保服务。在2024年8月,BitGarden在贵方官网下了维修工单,将600台S21机器寄往贵方官方维修网点-DE网点寄修,结果这些寄修机器被挪用并切走了算力,直至2025年年中才陆续得到返还,导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失,1969 LLC指出,希望贵方能在本次谈判中一并协助解决;

3. 1969 LLC提出,2025年上半年,BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单,要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务(工单号包括但不限于:03320250425075657927oP5H0QEF0652、03320250502085801147ymn60Jdu06D5等)。但在驻场维修中,贵方及维修网点的人员一直以物料不足等理由拖延、拒绝全部维修,导致这些机器一直无法运行,这其中的损失,1969 LLC指出,希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷填充沟通的邮件链条中,可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3中的问题,OLD CONST也能够积极推进负荷填充与新托管合同的签订,并协商1969 LLC支付原托管机器采购款,尽早开展新的托管合作弥补双方损失

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好,

感谢贵司反馈,请见我司如下回复:

1.合同期限

Initial date事关合作事实,无法改动。

BM已做出让步,同意将合同期限改为合同签署并生效后的两年,以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件ID的1.4中的条款约定,BM更换机器导致合作定金产生差异后,矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还,而是在通电第一个月抵扣差价,已做出让步。

请贵司确认。

合同约定:

> 1.4    Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

请贵司于**北京时间7月21日24点前**完成确认，谢谢。

--------------------
Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-16 22:10:13 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：
请查收修改后的协议，Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中，Old Const已经基于合作诚意向贵方提供了2美分的折扣电费，Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体，其事务并不在Old Const的控制范围内，Old Const也无法对其承担或履行任何付款义务。
1969 LLC的采购无论从法律还是实操上，都不是机器上架通电的障碍，不应该将1969 LLC的行为作为托管生效条件。

On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于**北京时间2025年7月16日（本周三）24:00前**返回修改版本；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*

M: +86 17853146487

E: kaiwen.zou@bitmain.com

**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-11 22:54:38 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com,
information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)"
<yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商
政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司反馈，针对贵司提出的异议，我司已审阅并回复如下：

1. 合同到期时间：

按照贵司要求，修改为补充协议双签后的2年，预计为2027年7月；

2. 合作定金：

按照贵司要求，合作定金差价不再退还，但该部分费用需从重新通电后的首月电费中扣除；

3. 1969付款：

针对贵司场地原托管机器S21售出给1969 LLC事宜，我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求，文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准；

请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通，补充协议达成一致后，我司将推进机器交割撤出。
后签两份协议，尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见，希望贵司能够理解并考虑事件的紧迫性，推动合同于
近期双签与落地。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-09 13:44:36 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com,
information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)"
<yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商

政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意，附件中的两份协议系我方基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展:

- 烦请贵司于<span style="color:red">北京时间2025年7月9日（本周三）24:00前</span>返回修改版本;

- <span style="color:red">如逾期未获回复，将视为贵司放弃本次业务合作。</span>

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-08 12:29:42 (星期二)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论，目前有以下几点意见和需要进一步确认的内容，烦请协助完善:
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件，Old Const无法接受。由于该实体并不在Old Const的可控范围内，Old Const也无法对其承担或履行任何付款义务，因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未体现具体的说明，需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅，预计还需几天时间。待法律审核完成后，Old Const将尽快给予确认或反馈修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

如我司2025年7月2日邮件所述，我司已根据贵司的意见起草了补充协议及销售终止协议，相关文件请见随附附件。

为确保后续合作顺利开展，我司特向贵司提醒:

- 烦请贵司于<span style="color:red">北京时间2025年7月9日（本周三）结束前</span>审阅并给予确认;

- <span style="color:red">如逾期未获回复，将视为贵司放弃本次业务合作。</span>

请王总尽早回复，以便我们及时跟进后续事宜。


祝商祺，


Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-02 22:19:02 (星期三)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售


王总您好，

感谢贵司对变更的托管信息进行确认，基于贵司邮件确认及线下沟通：

1. 应贵司要求，大陆端拟定托管机器变更补充协议供贵司审阅。如沟通，如贵司对补充协议内容无异议，大陆端将尽快推进原托管机器交割。机器交割后，将与贵司双签补充协议，共同推进7799台S19XP上架通电；
2. 针对您前所提出的在架机器销售情况，大陆端过去始终与Old Const团队保持沟通，本次将与补充协议共同签署架上机器销售终止协议。

请贵司于5个工作日内，即**北京时间2025年7月9日结束前**完成补充协议&架上机器销售终止协议内容确认，以尽快恢复托管场地通电，进一步降低双方损失。


Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-06-11 22:07:49 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: 【负荷填充确认】美国Old Const-25MW-风冷存售


比特大陆团队你们好，

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向，并就相关价格与贵司进行了询问与确认。遗憾的是，在关键阶段，贵司未能及时给予实质回应，且后续未能承认此前所达成的销售安排，直接导致合作推进受阻，双方因此承受了不必要的经济损失。

在当前基础上，我司仍本着合作共赢的原则，愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old Const场地，我司将不就此前事宜追究贵司责任。同时，Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh，并确认存售折扣单价为US$0.020/kWh，以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署，推进设备入场，争取早日恢复运营，避免进一步损失，并共同巩固双方长期合作基础。



**Ethan Wang**

Business Development & Project Manager

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，


BM与贵司合作的托管项目Old Const于2024/11签订托管合同，合同于2026/12到期。

该场地自2025/4/22断电以来，已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系，已就解决方案进行多次沟通。


如近期与贵司的沟通，应贵司要求，现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const地负荷基本达成一致。核心内容如下，我司将在收到您的邮件确认后正式推进负荷填充：

1. 1969 LLC采购的Old Const场地共7,457台S21机器，在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责，且BM和Old Const需同步签署补充协议；

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old场地负荷，North的托管合同需同时终止，应退还给BM的费用须及时退还。此事宜将另起邮件推进，请您知悉 @顺余；

3. 经前期沟通，贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调至US$0.068/kWh。如负荷填充方案达成一致，BM愿意将其调整为US$0.068/kWh，但是存售折扣单价应为贵司提出的US$0.020/kWh，以确保存售折扣可于存售期内偿还完毕。


请您参考以上内容，并务必于**北京时间6/10（本周二）20:00**前完成确认，以便双方更好推进业务落实，早日恢复通电，谢谢！


Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**



**2 attachments**

📄 **2025.07.28-Redline w Old Const's Comments-Termination and Mutual Release-OLD CONST-ONRACK.docx**
39K

📄 **2025.07.28-Redline w Old Const's Comments-SUPPLEMENTAL AGREEMENT-OLD CONST.docx**
58K

---

邹凯文 <kaiwen.zou@bitmain.com>                                                    Tue, Jul 29, 2025 at 11:02 AM
To: Ethan W <ethan@hashvalley.us>
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持
<hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal
Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭
<yangming.bai@bitmain.com>

王总您好，

1. 针对补充协议，BM对贵司最终修订的内容无异议，并已同步更新协议日期。

2. 针对终止协议，BM也接受增加的mutual release条款，并已同步更新协议日期。对于本文件中其他意义不明确的修改处，我司要求与此前内容保持不变。

考虑Old Const场地已断电多月，为尽快恢复场地通电，附件中的两份文件为最终沟通版本。

请贵司于**北京时间7月30日24:00前签回**。如逾期未获回复，将视为贵司放弃本次业务合作。

Best Regards,
Kaiwen Zou

*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-28 23:54:21 (星期一)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:

Old Const方在签署贵方提供的文件时，注意到贵方发来的两份文件中没有修改日期，目前托管合同补充协议仍然写着7月18号，解除协议写着7月9号并将其定义为了生效日，贵方此前同意的将托管协议期限改为合同签署并生效后的两年也没有在托管协议中体现，目前托管协议期限仍然是合同签署后的两年。

Old Const方此前默认贵方会修改协议时间至最新日期，但目前协议中这些日期相关的内容，与事实以及贵方此前的承诺不符，均需要调整为合同实际签署和生效日期，这些修改意见已通过修订模式在附件中体现。

此外，Old Const方在签署页增加了签署人的姓名和title便于届时的签署，并对两份协议的mutual release条款进行了调整，明确协议生效前各方保留/不放弃现有权利。

以上修正内容，若贵方没有问题，请发回pdf版本，Old Const方将在该版本的基础上安排签署。

On Sun, Jul 27, 2025 at 1:31 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，


请Old Const按照7月24日邮件约定尽快签回两份协议。


为确保Old Const场地尽快恢复通电，请于北京时间7月28日(下周一) 24:00点前签回两份文件。

**如逾期未获回复，将视为贵司放弃本次业务合作。**




Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-25 11:14:46 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售


王总您好，


针对贵司最新反馈的补充协议修改版本，我司无异议。

请参考附件与贵司达成一致的机器填充补充协议及原架上机器采购终止协议，请贵司于**北京时间2025年7月25日24:00前**签回两份协议。

我司将尽快推进后续流程，尽快推动S19XP机器通电。感谢贵司的支持!

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-24 15:41:10 (星期四)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:

Old Const方经过审慎考虑，出于推动合作的诚意，决定向贵方作出让步。

Old Const方原则上决定接受贵方托管补充协议中的条件与贵方7月22日邮件中提出的事项处理流程。另外，出于推动合作的诚意，在合同的生效条件上，OLD CONST决定做出最大让步，接受贵方在谈判早期提出的，将1969 LLC的付款与交割作为合同生效前提这一条件，由贵方与1969 LLC处理原托管机器售出&交割的事宜。

上述让步，我们已经在本邮件的托管协议附件中体现。另外，我们对合同第7条除1969 LLC付款外的内容进行了一定修改(增加了mutual release条款，以确保双方在此补充协议生效后都不再有后顾之忧)，供贵方审阅。

如果贵方同意，Old Const一方计划将在北京时间25日中午12：00之前单签该份协议。

请贵方尽快对此封邮件的内容进行回复。

On Tue, Jul 22, 2025 at 2:04 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

以North Campbell（现托管合约已到期）的S19XP机器填充Old Const负荷为贵司最初提出的方案，我司同意该方案且在补充协议中做出多次让步。针对Old Const托管业务及补充协议，请我司现可如下确认：

1. 合同期限
Initial date事关合作事实，无法改动。BM已做出让步，同意将合同期限改为合同签署并生效后的两年。

2. 合作定金
针对因BM托管机器更换导致合作定金金额差异的情况，矿场需及时退还deposit或prepayment的差价，请见合同附件1.4条款约定。BM已做出让步无需贵司提前退还差异款，仅在通电首月抵扣差价。

3. 1969 LLC款项问题
BM已接受贵司要求，<span style="color:red">于协议中删除了1969 LLC的相关付款信息</span>。但BM负荷填充的前提依然是原托管机器S21的售出与交割完成，以从逻辑和法律上约束本协议的合法性。

4. 事项处理流程
Step 1: 请贵司参考附件补充协议<span style="color:red">单签返回</span>；
Step 2: 如沟通，BM将与采购主体处理原托管机器售出&交割；
Step 3: 如沟通，BM完成协议双签生效，Old Const用其仓库中的S19XP进行负荷填充。

5. 售后事宜
贵司提出的售后事宜与Old Const托管协议无任何关联性。但BM托管部门充分理解贵司诉求，待Old Const恢复通电后，将会积极协同推进事项处理。

针对Old Const场地的断电问题，我司多次向贵司表达希望能够尽快恢复通电降低双方损失。鉴于此，请于<span style="color:red">北京时间7月25日中午12点前（本周五）</span>返回附件协议的单签版本，逾期未收到将视为业务谈判终止。

感谢贵司一直以来的支持，期待尽快恢复业务合作!

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-21 21:23:20 (星期一)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题，Old Const方仍然认为这不应该成为新托管协议的条件，不应将1969 LLC的付款作为新托管协议的生效条件。

但基于推动合作的诚意及减少双方损失的考虑，Old Const与1969 LLC就贵方提出的条件进行了沟通协商，我们和1969 LLC沟通后，Old Const方和1969 LLC讨论得出的解决方案如下：

1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款，Old Const也可以考虑同意将相关款纳入新托管合同之中，但需要请贵方答应协助解决以下段落2、3中列出的问题；

2. 1969 LLC提出，其关联公司BitGarden，于2024年1-6月间从贵方采购了数千台S21机器（BitGarden销售合同于附件中提供），贵方对这些机器提供质保服务。在2024年8月，BitGarden在贵方官网下了维修工单，将600台S21机器寄往贵方官方维修网点-DE网点寄修，结果这些寄修机器被挪用并切走了算力，直至2025年年中才陆续得到返还，导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决；

3. 1969 LLC提出，2025年上半年，BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单，要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务（工单号包括但不限于：03320250425075657927oP5H0QEF0652、03320250502085801147ymn60Jdu06D5等）。但在驻场维修中，贵方及维修网点的人员一直以物料不足等理由拖延，拒绝全部维修，导致这些机器一直无法运行，这其中的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷填充沟通的邮件链条中，可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3的问题，OLD CONST也能够积极推进负荷填充与新托管合同的签订，并协商1969 LLC支付原托管机器采购款，尽早开展新的托管合作弥补双方损失

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

> 王总您好，
>
> 感谢贵司反馈，请见我司如下回复：
>
> 1.合同期限
> Initial date事关合作事实，无法改动。
> BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。
> 请贵司确认。
>
> 2.合作定金
> 根据合同附件1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还，而是在通电第一个月抵扣差价，已做出让步。

请贵司确认。

合同约定：

> 1.4    Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

请贵司于**北京时间7月21日24点前**完成确认，谢谢。

\----------------------
Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-16 22:10:13 (星期三)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:
请查收修改后的协议,Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中,Old Const已经基于合作诚意向贵方提供了2美分的折扣电费,Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体,其事务并不在Old Const的控制范围内,Old Const也无法对其承担或履行任何付款义务。
1969 LLC的采购无论从法律还是实操上,都不是机器上架通电的障碍,不应该将1969 LLC的行为作为托管生效条件。

On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好,

为确保后续合作顺利开展:

- 烦请贵司于**北京时间2025年7月16日（本周三）24:00前**返回修改版本;

- 如逾期未获回复，将视为贵司放弃本次业务合作。

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: 邹凯文 <kaiwen.zou@bitmain.com>
发送时间: 2025-07-11 22:54:38 (星期五)
收件人: "Ethan W" <ethan@hashvalley.us>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司反馈，针对贵司提出的异议，我司已审阅并回复如下：

1. 合同到期时间：

按照贵司要求，修改为补充协议双签后的2年，预计为2027年7月；

2. 合作定金：

按照贵司要求，合作定金差价不再退还，但该部分费用需从重新通电后的首月电费中扣除；

3. 1969付款：

针对贵司场地原托管机器S21售出给1969 LLC事宜，我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求，文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准；

请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通，补充协议达成一致后，我司将推进机器交割撤出。后双签两份协议，尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见，希望贵司能够理解并考虑事件的紧迫性，推动合同于近期双签与落地。

Best Regards,

Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-09 13:44:36 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com,
information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)"
<yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>,
"ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意，附件中的两份协议系我方基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承
诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于<span style="color:red">北京时间2025年7月9日（本周三）24:00前</span>返回修改版本；

- <span style="color:red">如逾期未获回复，将视为贵司放弃本次业务合作。</span>

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-08 12:29:42 (星期二)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com,
information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹
昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>,
"ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭
<yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论，目前有以下几点意见和需要进一步确认的内容，烦请协助
完善：
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件，Old Const无法接受。由于该实体并不在Old Const的可控范围内，Old Const也无法对其
承担或履行任何付款义务，因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未体现具体的说明，需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅，预计还需几天时间。待法律审核完成后，Old Const将尽快给予确认
或反馈修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

如我司2025年7月2日邮件所述，我司已根据贵司的意见起草了补充协议及销售终止协议，相关文件请见随附附件。

为确保后续合作顺利开展，我司特向贵司提醒：

- 烦请贵司于**北京时间2025年7月9日（本周三）结束前**审阅并给予确认；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

祝商祺，

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-02 22:19:02 (星期三)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司对变更的托管信息进行确认，基于贵司邮件确认及线下沟通：

1. 应贵司要求，大陆端拟定托管机器变更补充协议供贵司审阅。如沟通，如贵司对补充协议内容无异议，大陆端将尽快推进原托管机器交割。机器交割后，将与贵司双签补充协议，共同推进7799台S19XP上架通电；
2. 针对您邮件提出的在架机器销售情况，大陆端过去始终与Old Const团队保持沟通，本次将与补充协议共同签署架上机器销售终止协议。

请贵司于5个工作日内，即**北京时间2025年7月9日结束前**完成补充协议&架上机器销售终止协议内容确认，以尽快恢复托管场地通电，进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-06-11 22:07:49 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>

抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

**主题:** Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向，并就相关价格与贵司进行了询问与确认。遗憾的是，在关键阶段，贵司未能及时给予实质回应，且后续未能承认此前所达成的销售安排，直接导致合作推进受阻，双方还承受了不必要的经济损失。

在当前基础上，我司仍本着合作共赢的原则，愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old Const场地，同时，Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh，并确以存售折扣单价为US$0.020/kWh，以支持整体合作进展顺利落实。

烦请贵司尽快完成相关部署，推进设备入场，争取早日恢复运营，避免进一步损失，并共同巩固双方长期合作基础。



**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

BM与贵司合作的托管项目Old Const于2024/11签订托管合同，合同于2026/12到期。

该场地自2025/4/22断电以来，已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系，已就解决方案进行多次沟通。

如近期与贵司的沟通，应贵司要求，现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容如下，我司将在收到您的邮件确认后正式推进负荷填充:

1. 1969 LLC采购的Old Const场地共7,457台S21机器，在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责，且BM和Old Const需同步签署补充协议;

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old场地负荷，North的托管合同需同时终止，应退还给BM的费用须及时退还。此事宜另起邮件推进，请您知悉 @顺余;

3. 经前期沟通，贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调至US$0.068/kWh。如负荷填充方案达成一致，BM愿同意将其调整为US$0.068/kWh，但是存售折扣单价应为贵司提出的US$0.020/kWh，以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容，并务必于**北京时间6/10 （本周二）20:00**前完成确认，以便双方更好推进业务落实，早日恢复通电，谢谢!

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

---

2 attachments

📄 **2025.07.29-Redline w Old Const's Comments-Termination and Mutual Release-OLD CONST-ONRACK.pdf**
123K

📄 **2025.07.29-Redline w Old Const's Comments-SUPPLEMENTAL AGREEMENT-OLD CONST.pdf**
399K

---

**Ethan W** <ethan@hashvalley.us>                                                                        Wed, Jul 30, 2025 at 11:56 AM
To: 邹凯文 <kaiwen.zou@bitmain.com>
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持
<hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal
Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭
<yangming.bai@bitmain.com>

比特大陆团队你们好：

请见Old Const方的签字版本，Old Const方在签字页处，mark了姓名首字母，用于标记该版本是来自我方。因之前贵司发来的都是pdf，并未mark up贵司修改之
处，我们容易混淆哪个版本来自我方，哪个版本来自贵方。

待贵方提出的事项进一步推进后，Old Const方将会进一步推进该两份协议的签署。

谢谢

On Tue, Jul 29, 2025 at 11:02 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

1. 针对补充协议，BM对贵司最终修订的内容无异议，并已同步更新协议日期。

2. 针对终止协议，BM也接受增加的mutual release条款，并已同步更新协议日期。对于本文件中其他意义不明确的修改处，我司要求与此前内容保持不变。

考虑Old Const场地已断电多月，为尽快恢复场地通电，附件中的两份文件为最终沟通版本。

**请贵司于北京时间7月30日24:00前签回。如逾期未获回复，将视为贵司放弃本次业务合作。**

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-28 23:54:21 (星期一)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: Re:【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好！

Old Const方在签署贵方提供的文件时，注意到贵方发来的两份文件中没有修改日期，目前托管合同补充协议仍然写着7月18号，解除协议写着7月9号并并其定义为了生效日，贵方此前同意的将托管协议期限改为合同签署并生效后的两年也没有在托管协议中体现，目前托管协议期限仍然是合同签署后的两年。

Old Const方此前默认贵方会修改议时间至最新日期，但目前协议中这些日期相关的内容，与事实以及贵方此前的承诺不符，均需要调整为合同实际签署和生效日期，这些修改意见已通过修订模式在附件中体现。

此外，Old Const方在签署页增加了签署人的姓名和title便于届时的签署，并对两份协议的mutual release条款进行了调整，明确协议生效前各方保留/不放弃现有权利。

以上修正内容，若贵方没有问题，请发回pdf版本，Old Const方将在该版本的基础上安排签署。

On Sun, Jul 27, 2025 at 1:31 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

请Old Const按照7月24日邮件约定尽快签回两份协议。

为确保Old Const场地尽快恢复通电，请于北京时间7月28日(下周一) 24:00点前签回两份文件。

**如逾期未获回复，将视为贵司放弃本次业务合作。**

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-25 11:14:46 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好,

针对贵司最新反馈的补充协议修改版本,我司无异议。

请参考附件与贵司达成一致的机器填充补充协议及原架上机器采购终止协议,请贵司于**北京时间2025年7月25日24:00前**签回两份协议。

我司将尽快推进后续流程,尽快推动S19XP机器通电。感谢贵司的支持!

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-24 15:41:10 (星期四)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好!

Old Const方经过审慎考虑,出于推动合作的诚意,决定向贵方作出让步。

Old Const方原则上决定接受贵方托管补充协议中的条件与贵方7月22日邮件中提出的事项处理流程。另外,出于推动合作的诚意,在合同的生效条件上,OLD CONST决定做出最大让步,接受贵方在谈判早期提出的,将1969 LLC的付款与交割作为合同生效前提这一条件,由贵方与1969 LLC处理原托管机器售出&交割的事宜。

上述让步,我们已经在本邮件的托管协议附件中体现。另外,我们对原合同第7条除1969 LLC付款外的内容进行了一定修改(增加了mutual release条款,以确保双方在此补充协议生效后都不再有后顾之忧),供贵方审阅。

如果贵方同意,Old Const一方计划将在北京时间25日中午12:00之前单签该份协议。

请贵方尽快对此封邮件的内容进行回复。

On Tue, Jul 22, 2025 at 2:04 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

以North Campbell（现托管合约已到期）的S19XP机器填充Old Const负荷为贵司最初提出的方案，我司同意该方案且在补充协议中做出多次让步。针对Old Const托管业务及补充协议，请见我司如下确认：

1. 合同期限
Initial date事关合作事实，无法改动。BM已做出让步，同意将合同期限改为合同签署并生效后的两年。

2. 合作定金
针对因BM托管机器更换导致合作定金差异的情况，矿场需及时退还deposit或prepayment的差价，请见合同附件1.4条款约定。BM已做出让步无需贵司提前退还差异款，仅在通电首月抵扣差价。

3. 1969 LLC款项问题
BM已接受贵司要求，于协议中删除了1969 LLC的相关付款信息。但BM负荷填充的前提依然是原托管机器S21的售出与交割完成，以从逻辑和法律上约束本协议的合法性。

4. 事项处理流程
Step 1：请贵司参考附件补充协议单签返回；
Step 2：如沟通顺，BM将与采购主体处理原托管机器售出&交割；
Step 3：如沟通顺，BM完成协议双签生效，Old Const用其仓库中的S19XP进行负荷填充。

5. 售后事宜
贵司提出的售后事宜与Old Const托管协议无任何关联性。但BM托管部门充分理解贵司诉求，待Old Const恢复通电后，将会积极协同推进事项处理。

针对Old Const场地的断电问题，我司多次向贵司表达希望能够尽快恢复通电降低双方损失。鉴于此，请于北京时间7月25日中午12点前（本周五）返回附件协议的单签版本，逾期未收到将视为业务谈判终止。

感谢贵司一直以来的支持，期待尽快恢复业务合作！




Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-21 21:23:20 (星期一)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售


比特大陆团队你们好，


对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题，Old Const方仍然认为这不应该成为新托管协议的条件，不应将1969 LLC的付款作为新托管协议的生效条件。


但基于推动合作的诚意及减少双方损失的考虑，Old Const与1969 LLC就贵方提出的条件进行了沟通协商，我们和1969 LLC沟通后，Old Const方和1969 LLC讨论得出的解决方案如下：


1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款，Old Const也可以考虑同意将相关条款纳入新托管合同之中，但需要请贵方答应协助解决以下段落2、3中列出的问题；


2. 1969 LLC提出，其关联公司BitGarden，于2024年1-6月间从贵方采购了数千台S21机器（BitGarden销售合同于附件中提供），贵方对这些机器提供质保服务。在2024年8月，BitGarden在贵方官网下了维修工单，将600台S21机器寄往贵方官方维修网点-DE网点寄修，结果这些寄修机器被拖押并�import进了算力，直至2025年年中才陆续得到返还，导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决；

3. 1969 LLC提出，2025年上半年，BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单，要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务（工单号包括但不限于：03320250425075657927oP5H0QEF0652、03320250502085801147ymn60Jdu06D5等）。但在驻场维修中，贵方及维修网点的人员一直以物料不足等理由拖延，拒绝全部维修，导致这些机器一直无法运行，这其中的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷填充沟通的邮件链条中，可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3中的问题，OLD CONST也能够积极推进负荷填充与新托管合同的签订，并协商1969 LLC支付原托管机器采购款，尽早开展新的托管合作弥补双方损失

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

感谢贵司反馈，请见我司如下回复：

1.合同期限

Initial date事关合作事实，无法改动。

BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件I的1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还，而是在通电第一个月抵扣差价，已做出让步。

请贵司确认。

合同约定：

> 1.4    Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

请贵司于北京时间7月21日24点前完成确认，谢谢。

--------------------
Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-16 22:10:13 (星期三)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售


比特大陆团队你们好:
请查收修改后的协议，Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中，Old Const已经基于合作诚意向贵方提供了2美分的折扣电费，Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体，其事务并不在Old Const的控制范围内，Old Const也无法对其承担或履行任何付款义务。
1969 LLC的采购无论从法律还是实操上，都不是机器上架通电的障碍，不应该将1969 LLC的行为作为托管生效条件。


On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，


为确保后续合作顺利开展:

- 烦请贵司于**北京时间2025年7月16日（本周三）24:00前**返回修改版本;

- **如逾期未获回复，将视为贵司放弃本次业务合作。**


请王总尽早回复，以便我们及时跟进后续事宜。



Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: 邹凯文 <kaiwen.zou@bitmain.com>
发送时间: 2025-07-11 22:54:38 (星期五)
收件人: "Ethan W" <ethan@hashvalley.us>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售



王总您好，


感谢贵司反馈，针对贵司提出的异议，我司已审阅并回复如下:

1. 合同到期时间：

按照贵司要求，修改为补充协议双签后的2年，预计为2027年7月；

2. 合作定金：

按照贵司要求，合作定金差价不再退还，但该部分费用需从重新通电后的首月电费中扣除；

3. 1969付款：

针对贵司场地原托管机器S21售出给1969 LLC事宜，我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求，文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准；

请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通，补充协议达成一致后，我司将推进机器交割撤出。后双签两份协议，尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见，希望贵司能够理解并考虑事件的紧迫性，推动合同于近期双签与落地。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-09 13:44:36 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意，附件中的两份协议系我方基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于**北京时间2025年7月9日（本周三）24:00前**返回修改版本；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-08 12:29:42 (星期二)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好,

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论,目前有以下几点意见和需要进一步确认的内容,烦请协助完善:
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件,Old Const无法接受。由于该实体并不在Old Const的可控范围内,Old Const也无法对其承担或履行任何付款义务,因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未体现具体的说明,需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅,预计还需几天时间。待法律审核完成后,Old Const将尽快给予确认或反馈修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好,

如我司2025年7月2日邮件所述,我司已根据贵司的意见起草了补充协议及销售终止协议,相关文件请见随附附件。

为确保后续合作顺利开展,我司特向贵司提醒:

- 烦请贵司于 <span style="color:red">北京时间2025年7月9日(本周三)结束前</span>审阅并给予确认;

- <span style="color:red">如逾期未获回复,将视为贵司放弃本次业务合作。</span>

请王总尽早回复,以便我们及时跟进后续事宜。

祝商祺,

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-02 22:19:02 (星期三)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com,

information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>,
"YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support"
<legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新
<xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司对变更的托管信息进行确认，基于贵司邮件确认及线下沟通:

1. 应贵司要求，大陆端拟定托管机器变更补充协议供贵司审阅。如沟通，如贵司对补充协议内容无异议，大陆端
   将尽快推进原托管机器交割。机器交割后，将与贵司双签补充协议，共同推进7799台S19XP上架通电；
2. 针对您邮件提出的在架机器销售情况，大陆端过去始终与Old Const团队保持沟通，本次将与补充协议共同签
   署架上机器销售终止协议。

请贵司于5个工作日内，即**北京时间2025年7月9日结束前**完成补充协议&架上机器销售终止协议内容确认，以尽快恢
复托管场地通电，进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-06-11 22:07:49 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com,
information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>,
"YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support"
<legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新
<xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司
亦于2025年3月7日明确表达了采购意向，并就相关价格与贵司进行了询问与确认。遗憾的是，在关键阶段，贵司未
能及时给予实质回应，且后续未能承认此前所达成的销售安排，直接导致合作推进受阻，双方因此承受了不必要的
经济损失。

在当前基础上，我司仍本着合作共赢的原则，愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old
Const场地，我司将不就此前事宜追究贵司责任。同时，Old Const接受将Settlement Hosting Unit Price调整为
US$0.068/kWh，并确认存售折扣单价为US$0.020/kWh，以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署，推进设备入场，争取早日恢复运营，避免进一步损失，并共同巩固双方长期合作基
础。



**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

BM与贵司合作的托管项目Old Const于2024/11签订托管合同，合同于2026/12到期。

该场地自2025/4/22断电以来，已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系，已就解决方案进行多次沟通。

如近期与贵司的沟通，应贵司要求，现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容如下，我司将在收到您的邮件确认后正式推进负荷填充：

1. 1969 LLC采购的Old Const场地共7,457台S21机器，在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责，且BM和Old Const需同步签署补充协议；

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old场地负荷，North的托管合同需同时终止，应退还给BM的费用须及时退还。此事宜将另起邮件推进，请您知悉 @顺余；

3. 经前期沟通，贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调至US$0.068/kWh。如负荷填充方案达成一致，BM愿同意将其调整为US$0.068/kWh，但是存售折扣单价应为贵司提出的US$0.020/kWh，以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容，并务必于**北京时间6/10（本周二）20:00**前完成确认，以便双方更好推进业务落实，早日恢复通电，谢谢！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

**2 attachments**

📄 **2025.07.30Termination and Mutual Release-OLD CONST-ONRACk.pdf**
221K

📄 **2025.07.30-SUPPLEMENTAL AGREEMENT-OLD CONSTpdf.pdf**
495K

---

胡慧珍 <huizhen.hu@bitmain.com>                                                                                       Wed, Jul 30, 2025 at 11:27 PM
To: information@1969llc.com
Cc: 赫炘然 <xinran.he@bitmain.com>, 潘相合 <xianghe.pan@bitmain.com>, 邹凯文 <kaiwen.zou@bitmain.com>, Ethan W <ethan@hashvalley.us>, info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

1969 LLC团队你们好,

贵司与BM的在架机器采购合同于2025年4月21日完成签署。经过3月有余的沟通确认,已按照贵司要求与托管方Old Const达成一致,即贵司付尾款交割后将采购机器提走。

请查收附件发票,该付款有效期为<span style="color:red">北京时间8月1日24:00前</span>。请于发票要求时间内完成机器尾款款项支付,请参考以下款项信息:

-此前已支付定金金额为:US1,938,000;

-机器总款项(含SUT)为:6933台*200T*15U/T*(1+9.75%)=US$22,826,902.50;

-待支付尾款为:US$20,888,902.50;

-1 USDT=0.999 USD,如此前,款项通过USDT-TRC20支付,应支付款项为<span style="color:red">USDT 20,909,812.31;</span>

-按照托管场地实际总算力交付,根据总算力情况或可能补算力差价。

按照采购合同约定,逾期未支付款项将按照12%的年利率收取违约利息。请贵司尽快在规定时间内完成款项支付,尽快推进机器交割完成,谢谢!

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-30 23:56:22 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好!

请见Old Const方的签字版本,Old Const方在签字页处,mark了姓名首字母,用于标记这版本是来自我方。因之前贵司发来的都是pdf,并未mark up贵司修改之处,我们容易混淆哪个版本来自我方,哪个版本来自贵方。

待贵方提出的事项进一步推进后,Old Const方将会进一步推进该两份协议的签署。

谢谢

On Tue, Jul 29, 2025 at 11:02 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

1. 针对补充协议，BM对贵司最终修订的内容无异议，并已同步更新协议日期。

2. 针对终止协议，BM也接受增加的mutual release条款，并已同步更新协议日期。对于本文件中其他意义不明确的修改处，我司要求与此前内容保持不变。

考虑Old Const场地已断电多月，为尽快恢复场地通电，附件中的两份文件为最终沟通版本。

请贵司于**北京时间7月30日24:00前签回**。如逾期未获复，将视为贵司放弃本次业务合作。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-28 23:54:21 (星期一)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

Old Const方在签署贵方提供的文件时，注意到贵方发来的两份文件中没有修改日期，目前托管合同补充协议仍然写着7月18号，解除协议写着7月9号并将其定义为了生效日，贵方此前同意的将托管协议期限改为合同签署并生效后的两年也没有在托管协议中体现，目前托管协议期限仍然是合同签署后的两年。

Old Const方此前默认贵方会修改协议时间至最新日期，但目前协议中这些日期相关的内容，与事实以及贵方此前的承诺不符，均需要调整为合同实际签署和生效日期，这些修改意见已通过修订模式在附件中体现。

此外，Old Const方在签署页增加了签署人的姓名和title便于届时的签署，并对两份协议的mutual release条款进行了调整，明确协议生效前各方保留/不放弃现有权利。

以上修正内容，若贵方没有问题，请发回pdf版本，Old Const方将在该版本的基础上安排签署。

On Sun, Jul 27, 2025 at 1:31 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

请Old Const按照7月24日邮件约定尽快签回两份协议。

为确保Old Const场地尽快恢复通电，请于北京时间7月28日(下周一) 24:00点前签回两份文件。

**如逾期未获回复，将视为贵司放弃本次业务合作。**

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-25 11:14:46 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

针对贵司最新反馈的补充协议修改版本，我司无异议。

请参考附件与贵司达成一致的机器填充补充协议及原架上机器采购终止协议，请贵司于**北京时间2025年7月25日24:00前**签回两份协议。

我司将尽快推进后续流程，尽快推动S19XP机器通电。感谢贵司的支持！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-24 15:41:10 (星期四)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

Old Const方经过审慎考虑，出于推动合作的诚意，决定向贵方作出让步。

Old Const方原则上决定接受贵方托管补充协议中的条件与贵方7月22日邮件中提出的事项处理流程。另外，出于推动合作的诚意，在合同的生效条件上，OLD CONST决定做出最大让步，接受贵方在谈判早期提出的，将1969 LLC的付款与交割作为合同生效前提这一条件，由贵方与1969 LLC处理原托管机器售出&交割的事宜。

上述让步，我们已经在本邮件的托管协议附件中体现。另外，我们对原合同第7条除1969 LLC付款外的内容进行了一定修改(增加了mutual release条款，以确保双方在此补充协议生效后都不再有后顾之忧)，供贵方审阅。

如果贵方同意，Old Const一方计划将在北京时间25日中午12：00之前单签该份协议。

请贵方尽快对此封邮件的内容进行回复。

On Tue, Jul 22, 2025 at 2:04 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
> 王总您好，
>
> 以North Campbell（现托管合约已到期）的S19XP机器填充Old Const负荷为贵司最初提出的方案，我司同意该方案且在补充协议中做出多次让步。针对Old Const托管业务&补充协议，请见我司如下确认：

1. 合同期限
Initial date事关合作事实，无法改动。BM已做出让步，同意将合同期限改为合同签署并生效后的两年。

2. 合作定金
针对因BM托管机器更换导致合作定金差异的情况，矿场将及时退还deposit或prepayment的差价，请见合同附件1.4条款约定。BM已做出让步无需贵司提前退还差异款，仅在通电首月抵扣差价。

3.1969 LLC款项问题
BM已接受贵司要求，于协议中删除了1969 LLC的相关付款信息。但BM负荷填充的前提依然是原托管机器S21的售出与交割完成，以从逻辑和法律上约束本协议的合法性。

4. 事项处理流程
Step 1：请贵司参考附件补充协议单签返回；
Step 2：如沟通，BM将与采购主体处理原托管机器售出&交割；
Step 3：如沟通，BM完成协议双签生效，Old Const用其仓库中的S19XP进行负荷填充。

5. 售后事宜
贵司提出的售后事宜与Old Const托管协议无任何关联性。但BM托管部门充分理解贵司诉求，待Old Const恢复通电后，会会积极协同推进事务处理。

针对Old Const场地的断电问题，我司多次向贵司表达希望能够尽快恢复通电降低双方损失。鉴于此，请于北京时间7月25日中午12点前（本周五）返回附件协议的单签版本，逾期未收到将视为业务谈判终止。

感谢贵司一直以来的支持，期待尽快恢复复业务合作！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-21 21:23:20 (星期一)
**收件人:** kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.cn, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC问题，Old Const方仍然认为这不应该成为新托管协议的条件，不应将1969 LLC的付款作为新托管协议的生效条件。

但基于推动合作的诚意及减少双方损失的考虑，Old Const与1969 LLC就贵方提出的条件进行了沟通协商，我们和1969 LLC沟通后，Old Const方和1969 LLC讨论得出的解决方案如下：

1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款，Old Const也可以考虑同意将相关条款纳入新托管合同之中，但需要请贵方答应协助解决以下段落2、3中列出的问题；

2. 1969 LLC提出，其关联公司BitGarden，于2024年1-6月间从贵方采购了数千台S21机器（BitGarden销售合同于附件中提供），贵方对这些机器提供质保服务。在2024年8月，BitGarden在贵方官网下了维修工单，将600台S21机器寄往贵方官方维修网点-DE网点寄修，结果这些寄修机器被挪用并切走了算力，直至2025年年中才陆续得到返还，导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决；

3. 1969 LLC提出，2025年上半年，BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单，要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务（工单号包括但不限于：03320250425075657927oP5H0QEF0652、03320250502085801147ymn60Jdu06D5等）。但在驻场维修中，贵方及维修网点的人员一直以物料不足等理由拖延、拒绝全部维修，导致这些机器一直无法运行，这其中的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷填充沟通的邮件链条中，可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3中的问题，OLD CONST也能够积极推进负荷填充与新托管合同的签订，并协商1969 LLC支付原托管机器采购款，尽早开展新的托管合作弥补双方损失

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

感谢贵司反馈，请见我司如下回复：

1.合同期限

Initial date事关合作事实，无法改动。

BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件I的1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还，而是在通电第一个月抵扣差价，已做出让步。

请贵司确认。

合同约定：

> 1.4    Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

请贵司于<span style="color:red">北京时间7月21日24点前</span>完成确认，谢谢。

--------------------
Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-16 22:10:13 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商

政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:
请查收修改后的协议, Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中, Old Const已经基于合作诚意向贵方提供了2美分的折扣电费, Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体, 其事务并不在Old Const的控制范围内, Old Const也无法对其承担或履行任何付款义务。1969 LLC的采购无论从法律还是实操上, 都不是机器上架通电的障碍, 不应该将1969 LLC的行为作为托管生效条件。

On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好,

为确保后续合作顺利开展:

- 烦请贵司于 北京时间2025年7月16日（本周三）24:00前返回修改版本;

- 如逾期未获回复, 将视为贵司放弃本次业务合作。

请王总尽早回复, 以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-11 22:54:38 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好,

感谢贵司反馈, 针对贵司提出的异议, 我司已审阅并回复如下:

1. 合同到期时间:

按照贵司要求, 修改为补充协议双签后的2年, 预计为2027年7月;

2. 合作定金:

按照贵司要求, 合作定金差价不再退还, 但该部分费用需从重新通电后的首月电费中扣除;

3. 1969付款：

针对贵司场地原托管机器机器S21售出给1969 LLC事宜，我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求，文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准；

请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通，补充协议达成一致后，我司将推进机器交割撤出。后双签两份协议，尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见，希望贵司能够理解并考虑事件的紧迫性，推动合同于近期双签与落地。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-09 13:44:36 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意，附件中的两份协议系我方基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于北京时间2025年7月9日（本周三）24:00前返回修改版本；

- 如逾期未获回复，将视为贵司放弃本次业务合作。

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487

E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-08 12:29:42 (星期二)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售


比特大陆团队你们好，

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论，目前有以下几点意见和需要进一步确认的内容，烦请协助完善：
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件，Old Const无法接受。由于该实体并不在Old Const的可控范围内，Old Const也无法对其承担或履行任何付款义务，因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未能体现具体的说明，需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅，预计还需几天时间。待法律审核完成后，Old Const将尽快给予确认或反馈修改意见。


On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，


如我司2025年7月2日邮件所述，我司已根据贵司的意见起草了补充协议及销售终止协议，相关文件请见随附附件。


为确保后续合作顺利开展，我司特向贵司提醒：

- 烦请贵司于北京时间2025年7月9日（本周三）结束前审阅并给予确认；

- 如逾期未获回复，将视为贵司放弃本次业务合作。

请王总尽早回复，以便我们及时跟进后续事宜。


祝商祺，




Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-02 22:19:02 (星期三)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司对变更的托管信息进行确认，基于贵司邮件确认及线下沟通：

1. 应贵司要求，大陆端拟定托管机器变更补充协议供贵司审阅。如沟通，如贵司对补充协议内容无异议，大陆端将尽快推进原托管机器交割。机器交割后，将与贵司双签补充协议，共同推进7799台S19XP上架通电；
2. 针对您邮件提出的在架机器销售情况，大陆端过去始终与Old Const团队保持沟通，本次将与补充协议共同签署架上机器销售终止协议。

请贵司于5个工作日内，即**<span style="color:red">北京时间2025年7月9日结束前</span>**完成补充协议&架上机器销售终止协议内容确认，以尽快恢复托管场地通电，进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-06-11 22:07:49 (星期三)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹皇)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向，并就相关价格与贵司进行了询问与确认。遗憾的是，在关键阶段，贵司未能及时给予实质回应，且后续未能承认此前所达成的销售安排，直接导致合作推进受阻，双方因此承受了不必要的经济损失。

在当前基础上，我司仍本着合作共赢的原则，愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old Const场地，我司将不就此前事宜追究贵司责任。同时，Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh，并确认存售折扣单价为US$0.020/kWh，以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署，推进设备入场，争取早日恢复运营，避免进一步损失，并共同巩固双方长期合作基础。



**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

BM与贵司合作的托管项目Old Const于2024/11签订托管合同，合同于2026/12到期。

该场地自2025/4/22断电以来，已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系，已就解决方案进行多次沟通。

如近期与贵司的沟通，应贵司要求，现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容如下，我司将在收到您的邮件确认后正式推进负荷填充：

1. 1969 LLC采购的Old Const场地共7,457台S21机器，在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责，且BM和Old Const需同步签署补充协议；

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old场地负荷，North的托管合同需同时终止，应退还给BM的费用须及时退还。此事宜将另起邮件推进，请您知悉@顺余；

3. 经前期沟通，贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调至US$0.068/kWh。如负荷填充方案达成一致，BM愿同意将其调整为US$0.068/kWh，但是存售扣单价应为贵司提出的US$0.020/kWh，以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容，并务必于**北京时间6/10（本周二）20:00**前完成确认，以便双方更好地推进业务落实，早日恢复通电，谢谢！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

**2 attachments**

📄 **0731-invoice-on rack S21-1969 LLC.pdf**
329K

📄 **Georgia Limited-1969 LLC-6933台S21销售合同SALES-20250421-221.pdf**
9215K

---

**Shawn P** <information@1969llc.com>                                    Fri, Aug 1, 2025 at 12:54 PM
To: 胡慧珍 <huizhen.hu@bitmain.com>

Cc: 赫圻然 <xinran.he@bitmain.com>, 潘相合 <xianghe.pan@bitmain.com>, 邹凯文 <kaiwen.zou@bitmain.com>, Ethan W <ethan@hashvalley.us>,
info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘
禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(商政)"
<zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>


比特大陆团队你们好：


1969 LLC向发票中列明的地址打了20 USDT作为测试币，Hash值b5543deedba1610d6981ed0b5a08e97ecb29ceb6f9b383c134cd80d3d3322675，请贵方确认是
否收到。


1969 LLC方目前已经做好了付款交割的准备，但目前要交割的这批机器中，有数百台机器在前架上托管的阶段已经出现了故障，此前一直没有得到修理仍处于
故障状态。1969 LLC方希望在付款交割前，贵方能协助测试这些机器的状态及修理好这批机器，确保双方交割的机器不存在质量瑕疵。


On Wed, Jul 30, 2025 at 11:28 PM 胡慧珍 <huizhen.hu@bitmain.com> wrote:

1969 LLC团队你们好，


贵司与BM的在架机器采购合同于2025年4月21日完成签署。经过3月有余的沟通确认，已按照贵司要求与托管方Old Const达成一致，即贵司付尾款后将采
购机器提走。

请查收附件发票，该付款有效期为北京时间8月1日24:00前。请于发票要求时间内完成机器尾款款项支付，请参考以下款项信息：

-此前已支付定金金额为：US1,938,000；

-机器总款项（含SUT）为：6933台*200T*15U/T*（1+9.75%）=US$22,826,902.50；

-待支付尾款为：US$20,888,902.50；

-1 USDT=0.999 USD，如此前，款项通过USDT-TRC20支付，应支付款项为USDT 20,909,812.31；

-按照托管场地实际总算力交付，根据总算力情况或可能补算力差价。


按照采购合同约定，逾期未支付款项将按照12%的年利率收取违约利息。请贵司尽快在规定时间内完成款项支付，尽快推进机器交割完成，谢谢！


-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-30 23:56:22 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持
<hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>,
"Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭
<yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re:【负荷填充确认】美国Old Const-25MW-风冷存售


比特大陆团队你们好：

请见Old Const方的签字版本，Old Const方在签字页底，mark了姓名首字母，用于标记该版本是来自我方。因之前贵司发来的都是pdf，并未mark up贵司修改之处，我们容易混淆哪个版本来自我方，哪个版本来自贵方。

待贵方提出的事项进一步推进后，Old Const方将会进一步推进该两份协议的签署。

谢谢

On Tue, Jul 29, 2025 at 11:02 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，


1. 针对补充协议，BM对贵司最终修订的内容无异议，并已同步更新协议日期。


2. 针对终止协议，BM也接受增加的mutual release条款，并已同步更新协议日期。对于本文件中其他意义不明确的修改处，我司要求与此前内容保持不变。


考虑Old Const场地已断电多月，为尽快恢复场地通电，附件中的两份文件为最终沟通版本。


请贵司于**北京时间7月30日24:00前签回**。如逾期未获回复，将视为贵司放弃本次业务合作。




Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

　-----原始邮件-----
　**发件人:** "Ethan W" <ethan@hashvalley.us>
　**发送时间:** 2025-07-28 23:54:21 (星期一)
　**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
　**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
　**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: Re:  【负荷填充确认】美国Old Const-25MW-风冷存售

　比特大陆团队你们好：

　Old Const方在签署贵方提供的文件时，注意到贵方发来的两份文件中没有修改日期，目前托管合同补充协议仍然写着7月18号，解除协议写着7月9号并将其定义为7生效日，贵方此前同意的将托管协议期限改为合同签署并生效后的两年也没有在托管协议中体现，目前托管协议期限仍然是合同签署后的两年。

　Old Const方此前默认贵方会修改协议时间至最新日期，但目前协议中这些日期相关的内容，与事实以及贵方此前的承诺不符，均需要调整为合同实际签署和生效日期，这些修改意见已通过修订模式在附件中体现。

　此外，Old Const方在签署页增加了签署人的姓名和title便于届时的签署，并对两份协议的mutual release条款进行了调整，明确协议生效前各方保留/不放弃其权利。

　以上修正内容，若贵方没有问题，请发回pdf版本，Old Const方将在该版本的基础上安排签署。

　On Sun, Jul 27, 2025 at 1:31 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

　　王总您好，


　　请Old Const按照7月24日邮件约定尽快签回两份协议。

为确保Old Const场地尽快恢复通电，请于北京时间7月28日(下周一) 24:00点前签回两份文件。

**如逾期未获回复，将视为贵司放弃本次业务合作。**

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: 邹凯文 <kaiwen.zou@bitmain.com>
发送时间: 2025-07-25 11:14:46 (星期五)
收件人: "Ethan W" <ethan@hashvalley.us>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

针对贵司最新反馈的补充协议修改版本，我司无异议。

请参考附件与贵司达成一致的机器填充补充协议及原架上机器采购终止协议，请贵司于**北京时间2025年7月25日24:00前**签回两份协议。

我司将尽快推进后续流程，尽快推动S19XP机器通电。感谢贵司的支持！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-24 15:41:10 (星期四)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

Old Const方经过审慎考虑，出于推动合作的诚意，决定向贵方作出让步。

Old Const方原则上决定接受贵方托管补充协议中的条件与贵方7月22日邮件中提出的事项处理流程。另外，出于推动合作的诚意，在合同的生效条件上，OLD CONST决定做出最大让步，接受贵方在谈判早期提出的，将1969 LLC的付款与交割作为合同生效前提这一条件，由贵方与1969 LLC处理原托管机器售出及交割的事宜。

上述让步，我们已经在本邮件的托管协议附件中体现。另外，我们对原合同第7条除1969 LLC付款外的内容进行了一定修改(增加了 mutual release条款)，以确保双方在此补充协议生效后都不再有后顾之忧)，供贵方审阅。

如果贵方同意，Old Const一方计划将在北京时间25日中午12：00之前单签份份协议。

请贵方尽快对此封邮件的内容进行回复。

On Tue, Jul 22, 2025 at 2:04 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

以North Campbell（现托管合约已到期）的S19XP机器填充Old Const负荷为贵司最初提出的方案，我司同意该方案且在补充协议中做出多次让步。针对Old Const托管业务&补充协议，请见我司如下确认：

1.合同期限
Initial date事关合作事实，无法改动。BM已做出让步，同意将合同期限改为合同签署并生效后的两年。

2.合作定金
针对因BM托管机器更换导致合作定金差异的情况，矿场需及时退还deposit或prepayment的差价，请见合同附件1.4条款约定。BM已做出让步无需贵司提前退还差异款，仅在通电首月抵扣差价。

3.1969 LLC款项问题
BM已接受贵司要求，于协议中删除了1969 LLC的相关付款信息。但BM负荷填充的前提依然是原托管机器S21的售出与交割完成，以从逻辑和法律上约束本协议的合法性。

4.事项处理流程
Step 1：请贵司参考附件补充协议单签返回；
Step 2：如沟通，BM将与采购主体处理原托管机器售出&交割；
Step 3：如沟通，BM完成协议双签生效，Old Const用其仓库中的S19XP进行负荷填充。

5.售后事宜
贵司提出的售后事宜与Old Const托管协议无任何关联性。但BM托管部门充分理解贵司诉求，待Old Const恢复通电后，将会积极协同推进事项处理。

针对Old Const场地的断电问题，我司多次向贵司表达希望能够尽快恢复通电降低双方损失。鉴于此，请于北京时间7月25日中午12点前（本周五）返回附件协议的单签版本，逾期未收到将视为业务谈判终止。

感谢贵司一直以来的支持，期待尽快恢复业务合作！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-21 21:23:20 (星期一)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题，Old Const方仍然认为这不应该成为新托管协议的条件，不应将1969 LLC的付款作为新托管协议的生效条件。

但基于推动合作的诚意及减少双方损失的考虑，Old Const与1969 LLC就贵方提出的条件进行了沟通协商，我们和1969 LLC沟通后，Old Const方和1969 LLC讨论得出的解决方案如下：

1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款，Old Const也可以考虑同意将相关条款纳入新托管合同之中，但需要请贵方答应协助解决以下段落2、3中列出的问题；

2. 1969 LLC提出，其关联公司BitGarden，于2024年1-6月间从贵方采购了数千台S21机器（BitGarden销售合同于附件中提供），贵方对这些机器提供质保服务。在2024年8月，BitGarden在贵方官网下了维修工单，将600台S21机器寄往贵方官方维修网点-DE网点

寄修，结果这些寄修机器被挪用并切走了算力，直至2025年年中才陆续得到返还，导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决；

3. 1969 LLC提出，2025年上半年，BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单，要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务（工单号包括但不限于：03320250425075657927oP5H0QEF0652、03320250502085801147ymn60Jdu06D5等）。但在驻场维修中，贵方及维修网点的人员一直以物料不足等理由拖延，拒绝全部维修，导致这些机器一直无法运行，这其中的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷填充沟通的邮件链条中，可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3中的问题，OLD CONST也能够积极推进负荷填充与新托管合同的签订，并协商1969 LLC支付原托管机器采购款，尽早开展新的托管合作弥补双方损失。

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

感谢贵司反馈，请见我司如下回复：

1.合同期限

Initial date事关合作事实，无法改动。

BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件I的1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还，而是在通电第一个月抵和差价，已做出让步。

请贵司确认。

合同约定：

> 1.4    Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

请贵司于**北京时间7月21日24点前**完成确认，谢谢。

\--------------------

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com

Bitmain Technologies Inc

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-16 22:10:13 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：
请查收修改后的协议，Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中，Old Const已经基于合作诚意向贵方提供了2美分的折扣电费，Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体，其事务并不在Old Const的控制范围内，Old Const也无法对其承担或履行任何付款义务。1969 LLC的采购无论从法律还是实操上，都不是机器上架通电的障碍，不应该将1969 LLC的行为作为托管生效条件。

On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于<span style="color:red">北京时间2025年7月16日（本周三）24:00前</span>返回修改版本；

- <span style="color:red">如逾期未获回复，将视为贵司放弃本次业务合作。</span>

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-11 22:54:38 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司反馈，针对贵司提出的异议，我司已审阅并回复如下：

1. 合同到期时间：

按照贵司要求，修改为补充协议双签后的2年，预计为2027年7月；

2. 合作定金：

按照贵司要求，合作定金差价不再退还，但该部分费用将需从重新通电后的首月电费中扣除；

3. 1969付款：

针对贵司场地原托管机器S21售出给1969 LLC事宜，我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求，文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准；

请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通，补充协议达成一致后，我司将推进机器交割撤出。后双签两份协议，尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见，希望贵司能够理解并考虑事件的紧迫性，推动合同于近期双签与落地。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-09 13:44:36 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意，附件中的两份协议系我方基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于**北京时间2025年7月9日（本周三）24:00前**返回修改版本；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-08 12:29:42 (星期二)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论，目前有以下几点意见和需要进一步确认的内容，烦请协助完善：
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件，Old Const无法接受。由于该实体并不在Old Const的可控范围内，Old Const也无法对其承担或履行任何付款义务，因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未体现具体的说明，需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅，预计还需几天时间。待法律审核完成后，Old Const将尽快给予确认或反馈修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

如我司2025年7月2日邮件所述，我司已根据贵司的意见起草了补充协议和销售终止协议，相关文件请见随附附件。

为确保后续合作顺利开展，我司特向贵司提醒：

- 烦请贵司于**北京时间2025年7月9日（本周三）结束前**审阅并给予确认；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

祝商祺，

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-02 22:19:02 (星期三)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好,

感谢贵司对变更的托管信息进行确认,基于贵司邮件确认及线下沟通:

1. 应贵司要求,大陆端拟定托管机器变更补充协议供贵司审阅。如沟通,如贵司对补充协议内容无异议,大陆端将尽快推进原托管机器交割。机器交割后,将与贵司双签补充协议,共同推进7799台S19XP上架通电;
2. 针对您邮件提出的在架机器销售情况,大陆端过去始终与Old Const团队保持沟通,本次将与补充协议共同签署架上机器销售终止协议。

请贵司于5个工作日内,即<span style="color:red">北京时间2025年7月9日结束前</span>完成补充协议&架上机器销售终止协议内容确认,以尽快恢复托管场地通电,进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-06-11 22:07:49 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好,

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向,并就相关价格与贵司进行了询问与确认。遗憾的是,在关键阶段,贵司未能及时给予实质回应,且后续未能认此前所达成的销售安排,直接导致合作推进受阻,双方因此承受了不必要的经济损失。

在当前基础上,我司仍本着合作共赢的原则,愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old Const场地,我司将不就此前事宜追究贵司责任。同时,Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh,并确认存售折扣单价为US$0.020/kWh,以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署,推进设备入场,争取早日恢复运营,避免进一步损失,并共同巩固双方长期合作基础。

**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好,

BM与贵司合作的托管项目Old Const于2024/11签订托管合同,合同于2026/12到期。

该场地自2025/4/22断电以来,已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系,已就解决方案进行多次沟通。

如近期与贵司的沟通,应贵司要求,现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容如下,我司将在收到您的邮件确认后正式推进负荷填充:

1. 1969 LLC采购的Old Const场地共7,457台S21机器,在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责,且BM和Old Const需同步签署补充协议;

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old场地负荷,North的托管合同需同时终止,应退还给BM的费用须及时退还。此事宜将另起邮件推进,请您知悉 @顺余;

3. 经前期沟通,贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调至US$0.068/kWh。如负荷填充方案达成一致,BM愿同意将其调整为US$0.068/kWh,但是存售折扣单价应为贵司提出的US$0.020/kWh,以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容,并务必于**北京时间6/10 (本周二) 20:00**前完成确认,以便双方更好推进业务落实,早日恢复通电,谢谢!

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**



邹凯文 <kaiwen.zou@bitmain.com>                                                                      Mon, Aug 4, 2025 at 7:13 AM
To: Shawn P <information@1969llc.com>, Ethan W <ethan@hashvalley.us>, 潘相合 <xianghe.pan@bitmain.com>
Cc: 胡慧珍 <huizhen.hu@bitmain.com>, 赫昕然 <xinran.he@bitmain.com>, info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us,
aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal
Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭
<yangming.bai@bitmain.com>

尊敬的1969 LLC / OLD CONST LLC / North Campbell 管理团队，


关于费用支付诉求，请见我司如下回复：

1. 根据在架矿机销售合同条款，1969 LLC原应在合同签约后七天内付全款，且BM有权就采购矿机分批次交付。但考虑贵司的诉求，本次可先交割除故障机外的7,183台在架S21机器；

2. 针对场地274台故障机器，请查看附件机器SN等信息。据与现场运维了解，该部分机器未维修是因为此前Old Const场地暂不具备维修条件且未被允许寄修所致。待贵司支付费用后，请Old Const团队协助，我司将尽快安排维修/对发，机器修好后贵司再支付该部分款项；

3. 测试币20U已收到，请按照更新的发票金额继续付款；

- 此前已支付定金金额为：US1,938,000；

- 机器总款项（含SUT）为：6933台*200T*15U/T* (1+9.75%) =US$22,826,902.50；

- 故障机对应款项（含SUT）：51,065T*15U/T* (1+9.75%) =US$840,657.57

- 首批7,183台待支付尾款为：US$20,048,244.9；

- 已支付测试币：USDT 20；

- 1 USDT=0.999 USD，如此前，款项通过USDT-TRC20支付，应支付款项为**USDT 20,068,293.3；**

- 按照托管场地实际总算力交付，根据总算力情况或可能补算力差价。


综上，请贵司于**北京时间2025年8月5日24:00前**完成**USDT 20,068,293.3**款项支付。


如此前邮件沟通，我司确认收到款项后，将尽快安排S21下架、S19XP机器上架、与Old Const场地双签补充协议、与North campbell结算剩余费用。请Old Const / North Campbell团队知悉。

但若贵司逾期未支付，则将视为1969 LLC、OLD CONST LLC放弃与BM继续合作。我司将通过合法渠道，对合作中的损失向相关主体和责任人索要赔偿，包括但不限于下方附录表格内容。

感谢贵司一直以来的支持，期待与贵司共续合作！

附录：

| 一、业务类应付款 | | | |
|---|---|---|---|
| 序号 | 类目 | 金额/USD | 明细 |
| 1 | 1969 LLC 销售款 | 20,888,882.50 | 1. 根据矿机销售合同要求，应在合同签署后7天内支付全部费用 |
| 2 | Old Const 存售合同矿机销售款 | 3,356,640.00 | 1. 合同要求，漏付336万U，一笔款用到两个订单 |
| 3 | North Campbell托管合同押金预付款 | 2,963,566.80 | 1. 根据双方于2023年7月11日签订的合同【SERVICE FRAMEWORK AGREEMENT】中11.1、3.4、3.5条款，合同应在2025年7月10日结束，剩余押金预付款在合作结束后退回BM。<br>2. 已支付押金USD 1526428.8及预付款USD 1526428.8，抵扣4月费用USD 89290.8后押金预付款余额为USD 2963566.8，应退回BM。 |
| **合计** | | **27,209,089.30** | |
| 二、违约类情况说明及索偿 | | | |
| 序号 | 类目 | 金额/USD | 明细 |
| 1 | 1969 LLC 销售款滞纳金 | 675,407.85 | 1. 根据矿机销售合同要求，应在合同签署后7天内支付全部费用，否则按年12%的利息收滞纳金。<br>2. 原应在4月29日支付销售款USD 20,888,902.50，截止8月3日已延期97天，应赔付USD 675,407.85 = USD 20,888,902.5*12%*97/360。 |
| 2 | Old Const 托管合同停电损失 | BTC 78.85 | 1.自2025年4月14日起矿场由S21 PRO机器采购和托管事项将我方7457台矿机断电，根据双方于2024年11月11日签署的合同【HOSTING SERVICES AGREEMENT】的6.2及9.1，我方有权就因此导致的直接和间接损失进行计算并提出相应的补偿要求。<br>2. 收益损失：BTC 0.704029206304088/日 * 112天≈ BTC 78.85 |
| 3 | North Campbell托管合同停电损失 | BTC 62.06 | 1.自2025年4月15日起矿场将我方7800台矿机断电，根据双方于2023年7月11日签订的合同【SERVICE FRAMEWORK AGREEMENT】中6.1及9.1，我方有权就因此导致的直接和间接损失进行计算并提出相应的补偿要求。<br>2. 收益损失：BTC 0.558560300985945/日 * 111天≈ BTC 62.06 |

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Shawn P" <information@1969llc.com>
**发送时间:** 2025-08-02 00:54:32 (星期六)
**收件人:** 胡慧珍 <huizhen.hu@bitmain.com>
**抄送:** 赫炘然 <xinran.he@bitmain.com>, 潘相合 <xianghe.pan@bitmain.com>, 邹凯文 <kaiwen.zou@bitmain.com>, "Ethan W" <ethan@hashvalley.us>, info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

1969 LLC向发票中列明的地址打了20 USDT作为测试币，Hash值b5543deedba1610d6981ed0b5a08e97ecb29ceb6f9b383c134cd80d3d3322675，请贵方确认是否收到。

1969 LLC方目前已经做好了付款交割的准备，但目前要交割的这批机器中，有数百台机器在前期架上托管的阶段已经出现了故障，此前一直没有得到修理仍处于故障状态。1969 LLC方希望在付款交割前，贵方能协助测试这些机器的状态及修理好这批机器，确保双方交割的机器不存在质量瑕疵。

On Wed, Jul 30, 2025 at 11:28 PM 胡慧珍 <huizhen.hu@bitmain.com> wrote:

1969 LLC团队你们好，

贵司与BM的在架机器采购合同于2025年4月21日完成签署。经过3月有余的沟通确认，已按照贵司要求与托管方Old Const达成一致，即贵司付尾款交割后将采购机器提走。

请查收附件发票，该付款有效期为北京时间8月1日24:00前。请于发票要求时间内完成机器尾款款项支付，请参考以下款项信息：

-此前已支付定金额为：US1,938,000；

-机器总款项（含SUT）为：6933台*200T*15U/T*（1+9.75%）=US$22,826,902.50；

-待支付尾款为：US$20,888,902.50；

-1 USDT=0.999 USD，如此前，款项通过USDT-TRC20支付，应支付款项为USDT 20,909,812.31；

-按照托管场地实际总算力交付，根据总算力情况或可能补算力差价。

按照采购合同约定，逾期未支付款项将按照12%的年利率收取违约利息。请贵司尽快在规定时间内完成款项支付，尽快推进机器交割完成，谢谢！

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-30 23:56:22 (星期三)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

请见Old Const方的签字版本，Old Const方在签字页处，mark了姓名首字母，用于标记该版本是来自我方。因之前贵司发来的都是pdf，并未mark up贵司修改之处，我们容易混淆哪个版本来自我方，哪个版本来自贵方。

待贵方提出的事项进一步推进后，Old Const方将会进一步推进该两份协议的签署。

谢谢

On Tue, Jul 29, 2025 at 11:02 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

1. 针对补充协议，BM对贵司最终修订的内容无异议，并已同步更新协议日期。

2. 针对终止协议，BM也接受增加的mutual release条款，并已同步更新协议日期。对于本文件中其他意义不明确的修改处，我司要求与此前内容保持不变。

考虑Old Const场地已断电多月，为尽快恢复场地通电，附件中的两份文件为最终沟通版本。

请贵司于北京时间7月30日24:00前签回。如逾期未获回复，将视为贵司放弃本次业务合作。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-28 23:54:21 (星期一)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

Old Const方在签署贵方提供的文件时，注意到贵方发来的两份文件中没有修改日期，目前托管合同补充协议仍然写着7月18号，解除协议写着7月9号并将其定义为了生效日，贵方此前同意的将托管协议期限改为合同签署且生效后的两年也没有在托管协议中体现，目前托管协议期限仍然是合同签署后的两年。

Old Const方此前默认贵方会修改协议时间至最新日期，但目前协议中这些日期相关的内容，与事实以及贵方此前的承诺不符，均需要调整为合同实际签署和生效日期，这些修改意见已通过修订模式在附件中体现。

此外，Old Const方在签署页增加了签署人的姓名和title便于届时的签署，并对两份协议的mutual release条款进行了调整，明确协议生效前各方保留/不放弃现有权利。

以上修正内容，若贵方没有问题，请发回pdf版本，Old Const方将在该版本的基础上安排签署。

On Sun, Jul 27, 2025 at 1:31 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，


请Old Const按照7月24日邮件约定尽快签回两份协议。


为确保Old Const场地尽快恢复通电，请于北京时间7月28日(下周一) 24:00点前签回两份文件。

**如逾期未获回复，将视为贵司放弃本次业务合作。**




Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-25 11:14:46 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

针对贵司最新反馈的补充协议修改版本，我司无异议。

请参考附件与贵司达成一致的机器填充补充协议及原架上机器采购终止协议，请贵司于**北京时间2025年7月25日24:00前**签回两份协议。

我司将尽快推进后续流程，尽快推动S19XP机器通电。感谢贵司的支持！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-24 15:41:10 (星期四)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

Old Const方经过审慎考虑，出于推动合作的诚意，决定向贵方作出让步。

Old Const方原则上决定接受贵方托管补充协议中的条件与贵方7月22日邮件中提出的事项处理流程。另外，出于推动合作的诚意，在合同的生效条件上，OLD CONST决定做出最大让步，接受贵方在谈判早期提出的，将1969 LLC的付款与交割作为合同生效前提这一条件，由贵方与1969 LLC处理原托管机器售出&交割的事实。

上述让步，我们已经在本邮件的托管协议附件中体现。另外，我们对原合同第7条除1969 LLC付款外的内容进行了一定修改(增加了mutual release条款，以确保双方在此补充协议生效后都不再有后顾之忧)，供贵方审阅。

如果贵方同意，Old Const一方计划将在北京时间25日中午12：00之前单签该份协议。

请贵方尽快对此封邮件的内容进行回复。

On Tue, Jul 22, 2025 at 2:04 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

以North Campbell（现托管合约已到期）的S19XP机器填充Old Const负荷为贵司最初提出的方案，我司同意该方案且在补充协议中做出多次让步。针对Old Const托管业务&补充协议，请见我司如下确认：

1. 合同期限
Initial date事关合作事实，无法改动。BM已做出让步，同意将合同期限改为合同签署并生效后的两年。

2. 合作定金
针对因BM托管机器更换导致合作定金差异的情况，矿场需及时退还deposit或prepayment的差价，请见合同附件1.4条款约定。BM已做出让步而无需贵司提前退还差异款，仅在通电首月抵出差价。

3.1969 LLC款项问题
BM已接受贵司要求，于协议中删除了1969 LLC的相关付款信息。但BM负荷填充的前提依然是原托管机器S21的售出与交割完成，以从逻辑和法律上约束本协议的合法性。

4. 事项处理流程
Step 1：请贵司参考附件补充协议单签返回；
Step 2：如沟通，BM将与采购主体处理原托管机器售出&交割；
Step 3：如沟通，BM完成协议双签生效，Old Const对其仓库中的S19XP进行负荷填充。

5. 售后事宜
贵司提出的售后事宜与Old Const托管协议无任何关联性。但BM托管部门充分理解贵司诉求，待Old Const恢复通电后，将会积极协同推进事项处理。

针对Old Const场地的断电问题，我司多次向贵司表达希望能够尽快恢复通电降低双方损失。鉴于此，请于北京时间7月25日中午12点前（本周五）返回附件协议的单签版本，逾期未收到将视为业务谈判终止。

感谢贵司一直以来的支持，期待尽快恢复业务合作！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-21 21:23:20 (星期一)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:


对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题,Old Const方仍然认为这不应该成为新托管协议的条件,不应将1969 LLC的付款作为新托管协议的生效条件。


但是于推动合作的诚意及减少双方损失的考虑,Old Const与1969 LLC就贵方提出的条件进行了沟通协商,我们和1969 LLC沟通后,Old Const方和1969 LLC讨论得出的解决方案如下:


1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款,Old Const也可以考虑同意将相关条款纳入新托管合同之中,但需要请贵方答应协助解决以下段落2、3中列出的问题;


2. 1969 LLC提出,其关联公司BitGarden,于2024年1-6月间从贵方采购了数千台S21机器(BitGarden销售合同于附件中提供),贵方对这些机器提供质保服务。在2024年8月,BitGarden在贵方官网下了维修工单,将600台S21机器寄往贵方官方维修网点-DE网点寄修,结果这些寄修机器被挪用并切走了算力,直至2025年年中才陆续得以返还,导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失,1969 LLC方指出,希望贵方能在本次谈判中一并协助解决;


3. 1969 LLC提出,2025年上半年,BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单,要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务(工单号包括但不限于:0332025042507565792 7oP5H0QEF0652、0332025050208580 1147ymn60Jdu06D5等)。但在驻场维修中,贵方及维修网点的人员一直以物料不足等理由拖延,拒绝全部维修,导致这些机器一直无法运行,这其中的损失,1969 LLC方指出,希望贵方能在本次谈判中一并协助解决。


BitGarden方的邮箱也在本次负荷填充沟通的邮件链条中,可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3中的问题,OLD CONST也能够积极推进负荷填充与新托管合同的签订,并协商1969 LLC支付原托管机器采购款,尽早开展新的托管合作弥补双方损失


On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好,


感谢贵司反馈,请见我司如下回复:


1.合同期限

Initial date事关合作事实,无法改动。

BM已做出让步,同意将合同期限改为合同签署并生效后的两年,以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件的1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还，而是在通电第一个月抵扣差价，已做出让步。

请贵司确认。

合同约定：

> 1.4    Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

请贵司于**北京时间7月21日24点前**完成确认，谢谢。

--------------------
Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-16 22:10:13 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿事支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：
请查收修改后的协议，Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中，Old Const已经基于合作诚意向贵方提供了2美分的折扣电费，Old Const认为没必要再返还/抵扣定金金额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体，其事务并不在Old Const的控制范围内，Old Const也无法对其承担或履行任何付款义务。1969 LLC的采购无论从法律还是实操上，都不是机器上架通电的障碍，不应该将1969 LLC的行为作为托管生效条件。

On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于**北京时间2025年7月16日（本周三）24:00前**返回修改版本；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

　-----原始邮件-----
　**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
　**发送时间:** 2025-07-11 22:54:38 (星期五)
　**收件人:** "Ethan W" <ethan@hashvalley.us>
　**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
　**主题:** Re: Re: Re: Re: Re: 【负荷填充确认】美国 Old Const-25MW-风冷存售

王总您好，

感谢贵司反馈，针对贵司提出的异议，我司已审阅并回复如下：

1. 合同到期时间：

按照贵司要求，修改为补充协议双签后的2年，预计为2027年7月；

2. 合作定金：

按照贵司要求，合作定金差价不再退还，但该部分费用需从重新通电后的首月电费中扣除；

3. 1969付款：

针对贵司场地原托管机器S21出给1969 LLC事宜，我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求，文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准；

请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通，补充协议达成一致后，我司将推进机器交割撤出。后双签两份协议，尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见，希望贵司能够理解并考虑事件的紧迫性，推动合同于近期双签与落地。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-09 13:44:36 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意，附件中的两份协议系我方基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于<span style="color:red">北京时间2025年7月9日（本周三）24:00前</span>返回修改版本；

- <span style="color:red">如逾期未获回复，将视为贵司放弃本次业务合作。</span>

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-08 12:29:42 (星期二)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论，目前有以下几点意见和需要进一步确认的内容，烦请协助完善：
1. 关于1969 LLC的付款条款

协议中涉及1969 LLC的付款条件，Old Const无法接受。由于该实体并不在Old Const的可控范围内，Old Const也无法对其承担或履行任何付款义务，因此该部分条款需要调整。

2. 关于托管费用退款问题

协议中未体现具体的说明，需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅，预计还需几天时间。待法律审核完成后，Old Const将尽快给予确认或反馈修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

如我司2025年7月2日邮件所述，我司已根据贵司的意见起草了补充协议及销售终止协议，相关文件请见随附附件。

为确保后续合作顺利开展，我司特向贵司提醒：

- 烦请贵司于**北京时间2025年7月9日（本周三）结束前**审阅并给予确认；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

祝商祺，

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-02 22:19:02 (星期三)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司对变更的托管信息进行确认，基于贵司邮件确认及线下沟通：

1. 应贵司要求，大陆端拟定托管机器变更补充协议供贵司审阅。如沟通，如贵司对补充协议内容无异议，大陆端将尽快推进原托管机器交割。机器交割后，将与贵司双签补充协议，共同推进7799台S19XP上架通电；

2. 针对您邮件提出的在架机器销售情况，大陆端过去始终与Old Const团队保持沟通，本次将与补充协议共同签署架上机器销售终止协议。

请贵司于5个工作日内，即**北京时间2025年7月9日结束前**完成补充协议&架上机器销售终止协议内容确认，以尽快恢复托管场地通电，进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-06-11 22:07:49 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us,
aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍
<huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮
<yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)"
<zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好,

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向,并就相关价格与贵司进行了询问与确认。遗憾的是,在关键阶段,贵司未能及时给予实质回应,且后续未能承认此前所达成的销售安排,直接导致合作推进受阻,双方因此承受了不必要的经济损失。

在当前基础上,我司仍本着合作共赢的原则,愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old Const场地,我司将不就此前事宜追究贵司责任。同时,Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh,并确认存售折扣单价为US$0.020/kWh,以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署,推进设备入场,争取早日恢复运营,避免进一步损失,并共同巩固双方长期合作基础。



**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好,


BM与贵司合作的托管项目Old Const于2024/11签订托管合同,合同于2026/12到期。

该场地自2025/4/22断电以来,已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系,已解决方案进行多次沟通。


如近期与贵司的沟通,应贵司要求,现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容如下,我司将在收到您的邮件确认后正式推进负荷填充:

1. 1969 LLC采购的Old Const场地共7,457台S21机器,在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责,且BM和Old Const需同步签署补充协议;

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old Const场地负荷,North的托管合同需同时终止,应退还给BM的费用须及时退还。此事宜将另起邮件推进,请您知悉 @顺余;

3. 经前期沟通,贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调至US$0.068/kWh。如负荷填充方案达成一致,BM愿同意将其调整为US$0.068/kWh,但是存售折扣单价应为贵司提出的US$0.020/kWh,以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容，并务必于**北京时间6/10（本周二）20:00**前完成确认，以便双方更好推进业务落实，早日恢复通电，谢谢！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

**2 attachments**

📄 **20250804-OLD场地故障S21信息-274台.xlsx**
21K

📄 **0804-invoice-on rack S21-1969 LLC.pdf**
330K

---

**Ethan W** <ethan@hashvalley.us>                                                                                    Tue, Aug 5, 2025 at 11:20 AM
To: 邹凯文 <kaiwen.zou@bitmain.com>
Cc: Shawn P <information@1969llc.com>, 潘相合 <xianghe.pan@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, 赫欣然 <xinran.he@bitmain.com>,
info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘
禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(商政)"
<zheng.shang@bitmain.com>, 黄昕 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

致比特大陆团队：

对于贵方在邮件中提到的问题，Old Const方提请贵方注意，目前各方就负荷填充及在架机器的采购问题进行的谈判，一切均起因于贵方的重大违约。

贵方在今年2-3月份单方拒绝履行Old Const与贵方之间签订的《在架机器采购协议》（见附件1），无视并实质性违反该协议的分批采购承诺，要求Old Const进行一
次性大批量采购。Old Const方曾发送邮件要求贵方遵守协议约定，按照批次采购（见附件2），贵方根本没有回应。贵方的这种做法，既无视了在架机器采购协
议本身的约定，更拒绝导致对托管机器数量减少，让Old Const无法提供足够的托管电费收入来抵扣S21 PRO机器的采购优惠款，实际上是在要求Old Const提前
偿还S21 PRO采购优惠款，变相撕毁S21 PRO采购协议和合作协议。

Old Const方基于推动合作的诚意在当时并未追究贵方的责任，但贵方的这些行为已经根本违反了Old Const方与贵方签署的各份协议的商业目的，导致Old Const
方的合同目的无法实现，并直接导致了后续诸多事项以及双方损失的产生。

另外请贵方注意，Old Const与贵方采购的S21 PRO机器，有1000多台机器本应该在2025年1月到达，贵方在事实上也负责这批机器的运输和清关，Old Const
也为此支付了相关价款和费用，但由于贵方的原因，这批S21 PRO机器中有1000多台直至2025年4月中旬才陆续到达场地，期间Old Const一直无法获取这批机器
的运营收益。除此之外，在与贵方进行负荷填充的谈判中，Old Const也不得不用低廉的电费价格来填充场地负荷。如果贵方要计算损失，那么贵方也给Old Const
带来了大量的损失，Old Const也有权对贵方主张这些损失。

在贵方做出决策前，也请考虑上述因素，谢谢。

On Mon, Aug 4, 2025 at 7:13 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

尊敬的1969 LLC / OLD CONST LLC / North Campbell 管理团队，


关于费用支付诉求，请见我司如下回复：

1. 根据在架矿机销售合同条款，1969 LLC原应在合同签约后七天内付全款，且BM有权就采购矿机分批次交付。但考虑贵司的诉求，本次可先交割
除故障机外的7,183台在架S21机器；

2. 针对场地274台故障机器，请查看附件机器SN等信息。据与现场运维了解，该部分机器未维修是因为此前Old Const场地暂不具备维修条件且未
被允许寄修所致。待贵司支付费用后，请Old Const团队协助，我司将尽快安排维修/对发，机器修好后贵司再支付该部分款项；

3. 测试币20U已收到，请按照更新的发票金额继续付款；

- 此前已支付定金金额为：US1,938,000；

- 机器总款项（含SUT）为：6933台*200T*15U/T*（1+9.75%）=US$22,826,902.50；

- 故障机对应款项（含SUT）：51,065T*15U/T*（1+9.75%）=US$840,657.57

- 首批7,183台待支付尾款：US$20,048,244.9；

- 已支付测试币：USDT 20；

- 1 USDT=0.999 USD，如此前，款项通过USDT-TRC20支付，应支付款项为**USDT 20,068,293.3；**

- 按照托管场地实际总算力交付，根据总算力情况或可能补算力差价。


综上，请贵司于**北京时间2025年8月5日24:00前**完成**USDT 20,068,293.3**款项支付。


如此前邮件沟通，我司确认收到款项后，将尽快安排S21下架、S19XP机器上架、与Old Const场地双签补充协议、与North campbell结算剩余费
用。请Old Const / North Campbell团队知悉。

但若贵司逾期未支付，则将视为1969 LLC、OLD CONST LLC放弃与BM继续合作。我司将通过合法渠道，对合作中的损失向相关主体和责任人索要
赔偿，包括但不限于下方附录表格内容。

感谢贵司一直以来的支持，期待与贵司共续合作！


附录：

## 一、业务类应付款

| 序号 | 类目 | 金额/USD | 明细 |
|---|---|---|---|
| 1 | 1969 LLC 销售款 | 20,888,882.50 | 1. 根据矿机销售合同要求，应在合同签署后7天内支付全部费用 |
| 2 | Old Const 存售合同矿机销售款 | 3,356,640.00 | 1. 合同要求，漏付336万U，一笔款项到两个订单 |
| 3 | North Campbell托管合同押金预付款 | 2,963,566.80 | 1. 根据双方于2023年7月11日签订的合同【SERVICE FRAMEWORK AGREEMENT】中11.1、3.4、3.5条款，合同应在2025年7月10日结束，剩余押金预付款在结束合作后退回至BM。<br>2. 已支付押金USD 1526428.8及预付款USD 1526428.8，抵扣4月费用USD 89290.8后押金预付款余额为USD 2963566.8，应退回BM。 |
| **合计** | | **27,209,089.30** | |

## 二、违约类情况说明及索偿

| 序号 | 类目 | 金额/USD | 明细 |
|---|---|---|---|
| 1 | 1969 LLC 销售款滞纳金 | 675,407.85 | 1. 根据矿机销售合同要求，应在合同签署后7天内支付全部费用，否则按年12%的利息收滞纳金。<br>2. 原应在4月29日支付销售款USD 20,888,902.50，截止8月3日已延期97天，应赔付USD 675,407.85 = USD 20,888,902.5*12%*97/360。 |
| 2 | Old Const 托管合同停电损失 | BTC 78.85 | 1.自2025年4月14日起因由于S21 PRO机器采购和托管事项将我方7457台矿机断电，根据双方于2024年11月11日签署的合同【HOSTING SERVICES AGREEMENT】的9.6.2及9.1，我方有权就此导致的直接和间接损失进行计算并提出相应的补偿要求。<br>2. 收益损失：BTC 0.704029206304088/日 * 112天≈ BTC 78.85 |
| 3 | North Campbell托管合同停电损失 | BTC 62.06 | 1.自2025年4月15日起矿场将我方7800台矿机断电，根据双方于2023年7月11日签订的合同【SERVICE FRAMEWORK AGREEMENT】中6.1及9.1，我方有权就此导致的直接和间接损失进行计算并提出相应的补偿要求。<br>2. 收益损失：BTC 0.558560300985945/日 * 111天≈ BTC 62.06 |

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Shawn P" <information@1969llc.com>
**发送时间:** 2025-08-02 00:54:32 (星期六)
**收件人:** 胡慧珍 <huizhen.hu@bitmain.com>
**抄送:** 赫炘然 <xinran.he@bitmain.com>, 潘相合 <xianghe.pan@bitmain.com>, 邹凯文 <kaiwen.zou@bitmain.com>, "Ethan W" <ethan@hashvalley.us>, info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

1969 LLC向发票中列明的地址打了20 USDT作为测试币，Hash值b5543deedba1610d6981ed0b5a08e97ecb29ceb6f9b38 3c134cd80d3d3322675，请贵方确认是否收到。

1969 LLC方目前已经做好了付款交割的准备，但目前要交割的这批机器中，有数百台机器在前期架上托管的阶段已经出现了故障，此前一直没有得到修理仍处于故障状态。1969 LLC方希望在付款交割前，贵方能协助测试这些机器的状态及修理好这批机器，确保双方交割的机器不存在质量瑕疵。

On Wed, Jul 30, 2025 at 11:28 PM 胡慧珍 <huizhen.hu@bitmain.com> wrote:

1969 LLC团队你们好，

贵司与BM的在架机器采购合同于2025年4月21日完成签署。经过3月有余的沟通确认，已按照贵司要求与托管方Old Const达成一致，即贵司付尾款交割后将采购机器提走。

请查收附件发票，该付款有效期为**北京时间8月1日24:00前**。请于发票要求时间内完成机器尾款款项支付，请参考以下款项信息：

-此前已支付定金金额为：US1,938,000；

-机器总款项（含SUT）为：6933台*200T*15U/T*（1+9.75%）=US$22,826,902.50；

-待支付尾款为：US$20,888,902.50；

-1 USDT=0.999 USD，如此前，款项通过USDT-TRC20支付，应支付款项为**USDT 20,909,812.31；**

-按照托管场地实际总算力交付，根据总算力情况或可能补算力差价。

按照采购合同约定，逾期未支付款项将按照12%的年利率收取违约利息。请贵司尽快在规定时间内完成款项支付，尽快推进机器交割完成，谢谢!

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-30 23:56:22 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

请见Old Const方的签字版本，Old Const方在签字页处，mark了姓名首字母，用于标记该版本是来自我方。因之前贵司发来的都是pdf，并未mark up贵司修改之处，我们容易混淆哪个版本来自我方，哪个版本来自贵方。

待贵方提出的事项进一步推进后，Old Const方将会进一步推进该两份协议的签署。

谢谢

On Tue, Jul 29, 2025 at 11:02 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

1. 针对补充协议，BM对贵司最终修订的内容无异议，并已同步更新协议日期。

2. 针对终止协议，BM也接受增加的mutual release条款，并已同步更新协议日期。对于本文件中其他意义不明确的修改处，我司要求与此前内容保持不变。

考虑Old Const场地已断电多月，为尽快恢复场地通电，附件中的两份文件为最终沟通版本。

请贵司于**北京时间7月30日24:00前签回**。如逾期未获回复，将视为贵司放弃本次业务合作。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-28 23:54:21 (星期一)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

Old Const方在签署贵方提供的文件时，注意到贵方发来的两份文件中没有修改日期，目前托管合同补充协议仍然写着7月18号，解除协议写着7月9号并将其定义为了生效日，贵方此前同意的存托管协议期限改为合同签署并生效后的两年也没有在托管协议中体现，目前托管协议期限仍然是合同签署后的两年。

Old Const方此前默认贵方会修改协议时间至最新日期，但目前协议中这些日期相关的内容，与事实以及贵方此前的承诺不符，均需要调整为合同实际签署和生效日期，这些修改意见已通过修订模式在附件中体现。

此外，Old Const方在签署页增加了签署人的姓名和title便于届时的签署，并对两份协议的mutual release条款进行了调整，明确协议生效前各方保留/不放弃现有权利。

以上修正内容，若贵方没有问题，请发回pdf版本，Old Const方将在该版本的基础上安排签署。

On Sun, Jul 27, 2025 at 1:31 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，


请Old Const按照7月24日邮件约定尽快签回两份协议。


为确保Old Const场地尽快恢复通电，请于北京时间7月28日(下周一) 24:00点前签回两份文件。

**如逾期未获回复，将视为贵司放弃本次业务合作。**




Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-25 11:14:46 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，


针对贵司最新反馈的补充协议修改版本，我司无异议。

请参考附件与贵司达成一致的机器填充补充协议及原架上机器采购终止协议,请贵司于**北京时间2025年7月25日24:00前**签回两份协议。

我司将尽快推进后续流程,尽快推动S19XP机器通电。感谢贵司的支持!

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-24 15:41:10 (星期四)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:

Old Const方经过审慎考虑,出于推动合作的诚意,决定向贵方作出让步。

Old Const方原则上决定接受贵方托管补充协议中的条件与贵方7月22日邮件中提出的事项处理流程。另外,出于推动合作的诚意,在合同的生效条件上,OLD CONST决定做出最大让步,接受贵方在谈判早期提出的,将1969 LLC的付款与交割作为合同生效前提这一条件,由贵方与1969 LLC处理原托管机器售出&交割的事宜。

上述让步,我们已经在本邮件的托管协议附件中体现。另外,我们对原合同第7条除1969 LLC付款外的内容进行了一定修改(增加了mutual release条款,以确保双方在此补充协议生效后都不再有后顾之忧),供贵方审阅。

如果贵方同意,Old Const一方计划将在北京时间25日中午12:00之前单签该份协议。

请贵方尽快对此封邮件的内容进行回复。

On Tue, Jul 22, 2025 at 2:04 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好,

以North Campbell(现托管合约已到期)的S19XP机器填充Old Const负荷为贵司最初提出的方案,我司同意该方案且在补充协议中做出多次让步。针对Old Const托管业务及补充协议,请见我司如下确认:

1. 合同期限
Initial date事关合作事实,无法改动。BM已做出让步,同意将合同期限改为合同签署并生效后的两年。

2. 合作定金
针对因BM托管机器更换导致合作定金差异的情况,矿场需及时退还deposit或prepayment的差价,请见合同附件1.4条款约定。BM已做出让步无需贵司提前退还差异款,仅在通电首月抵扣差价。

3. 1969 LLC款项问题
BM已接受贵司要求,于协议中删除了1969 LLC的相关付款信息。但BM负荷填充的前提依然是原托管机器S21的售出与交割完成,以从逻辑和法律上约束本协议的合法性。

4. 事项处理流程
Step 1: 请贵司参考附件补充协议单签返回;
Step 2: 如沟通,BM将与采购主体处理原托管机器售出&交割;
Step 3: 如沟通,BM完成协议双签生效,Old Const用其仓库中的S19XP进行负荷填充。

5. 售后事宜
贵司提出的售后事宜与Old Const托管协议无任何关联性。但BM托管部门充分理解贵司诉求,待Old Const恢复通电后,将会积极协同推进事项处理。

针对Old Const场地的断电问题,我司多次向贵司表达希望能够尽快恢复通电降低双方损失。鉴于此,请于北京时间7月25日中午12点前(本周五)返回附件协议的单签版本,逾期未收到将视为业务谈判终止。

感谢贵司一直以来的支持,期待尽快恢复复业务合作!

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-21 21:23:20 (星期一)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re:【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题，Old Const方仍然认为这不应该成为新托管协议的条件，不应将1969 LLC的付款作为新托管协议的生效条件。

但基于推动合作的诚意及减少双方损失的考虑，Old Const与1969 LLC就贵方提出的条件进行了沟通协商，我们和1969 LLC沟通后，Old Const方和1969 LLC讨论得出的解决方案如下：

1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款，Old Const也可以考虑同意将相关条款纳入新托管合同之中，但需要请贵方答应协助解决以下段落2、3中列出的问题；

2. 1969 LLC提出，其关联公司BitGarden，于2024年1-6月间从贵方采购了数千台S21机器（BitGarden销售合同于附件中提供），贵方对这些机器提供质保服务。在2024年8月，BitGarden在贵方官网下了维修工单，将600台S21机器寄往贵方官方维修网点-DE网点寄修，结果这些寄修机器被挪用并切走了算力，直至2025年年中才陆续得到返还，导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决；

3. 1969 LLC提出，2025年上半年，BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单，要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务（工单号包括但不限于：03320250425075657927oP5H0QEF0652、03320250502085801147ymn60Jdu06D5等）。但在驻场维修中，贵方及维修网点的人员一直以物料不足等理由拖延，拒绝全部维修，导致这些机器一直无法运行，这其中的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷填充沟通的邮件链条中，可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3中的问题，OLD CONST也能够积极推进负荷填充与新托管合同的签订，并协商1969 LLC支付原托管机器采购款，尽早开展新的托管合作弥补双方损失

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

感谢贵司反馈，请见我司如下回复：

1.合同期限

Initial date事关合作事实，无法改动。

BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件I的1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还，而是在通电第一个月抵扣差价，已做出让步。

请贵司确认。

合同约定：

> 1.4 Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填库的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才生效，从逻辑和法律上约束本协议的合法性。

请贵司于北京时间7月21日24点前完成确认，谢谢。

---------------------

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-16 22:10:13 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：
请查收修改后的协议，Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效的两年。

2.合作定金
在新的托管合作中，Old Const已经基于合作诚意向贵方提供了2美分的折扣电费，Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体，其事务并不在Old Const的控制范围内，Old Const也无法对其承担或履行任何付款义务。1969 LLC的采购无论从法律还是实操上，都不是机器上架通电的障碍，不应该将1969 LLC的行为作为托管生效条件。

On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于**北京时间2025年7月16日（本周三）24:00前**返回修改版本；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-11 22:54:38 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司反馈，针对贵司提出的异议，我司已审阅并回复如下：

1. 合同到期时间：

按照贵司要求，修改为补充协议双签后的2年，预计为2027年7月；

2. 合作定金：

按照贵司要求，合作定金差价不再退还，但该部分费用需从重新通电后的首月电费中扣除；

3. 1969付款：

针对贵司场地原托管机器S21售出给1969 LLC事宜，我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求，文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准；

请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通，补充协议达成一致后，我司将推进机器交割撤出。后双签两份协议，尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见，希望贵司能够理解并考虑事件的紧迫性，推动合同于近期双签与落地。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-09 13:44:36 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意，附件中的两份协议系我方基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于**北京时间2025年7月9日（本周三）24:00前**返回修改版本；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-08 12:29:42 (星期二)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论，目前有以下几点意见和需要进一步确认的内容，烦请协助完善：
1. 关于1969 LLC的付款条款

协议中涉及1969 LLC的付款条件，Old Const无法接受。由于该实体并不在Old Const的可控范围内，Old Const也无法对其承担或履行任何付款义务，因此该部分条款需要调整。

2. 关于托管费用退款问题

协议中未体现具体的说明，需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅，预计还需几天时间。待法律审核完成后，Old Const将尽快给予确认或反馈修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

如我司2025年7月2日邮件所述，我司已根据贵司的意见起草了补充协议及销售终止协议，相关文件请见随附附件。

为确保后续合作顺利开展，我司特向贵司提醒：

- 烦请贵司于**北京时间2025年7月9日（本周三）结束前**审阅并给予确认；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

祝商祺，

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-02 22:19:02 (星期三)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司对变更的托管信息进行确认，基于贵司邮件确认及线下沟通：

1. 应贵司要求，大陆端拟定托管机器变更补充协议供贵司审阅。如沟通，如贵司对补充协议内容无异议，大陆端将尽快推进原托管机器交割。机器交割后，将与贵司双签补充协议，共同推进7799台S19XP上架通电；
2. 针对您邮件提出的在架机器销售情况，大陆端过去始终与Old Const团队保持沟通，本次将与补充协议共同签署架上机器销售终止协议。

请贵司于5个工作日内，即**北京时间2025年7月9日结束前**完成补充协议&架上机器销售终止协议内容确认，以尽快恢复托管场地通电，进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-06-11 22:07:49 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us,
aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍
<huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮
<yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)"
<zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向，并就相关价格与贵司进行了询问与确认。遗憾的是，在关键阶段，贵司未能及时给予实质回应，且后续未能承认此前所达成的销售安排，直接导致合作推进受阻，双方因此承受了不必要的经济损失。

在当前基础上，我司仍本着合作共赢的原则，愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old Const场地，我司将不就此前事宜追究贵司责任。同时，Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh，并确认存售折扣单价为US$0.020/kWh，以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署，推进设备入场，争取早日恢复运营，避免进一步损失，并共同巩固双方长期合作基础。



**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

BM与贵司合作的托管项目Old Const于2024/11签订托管合同，合同于2026/12到期。

该场地自2025/4/22断电以来，已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系，已就解决方案进行多次沟通。

如近期与贵司的沟通，应贵司要求，现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容如下，我司将在收到您的邮件确认后正式推进负荷填充:

1. 1969 LLC采购的Old Const场地共7,457台S21机器，在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责，且BM和Old Const需同步签署补充协议；

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old 场地负荷，North的托管合同需同时终止，应退还给BM的费用须及时退还。此事宜将另起邮件推进，请您知悉 @顺余;

3. 经前期沟通，贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调至US$0.068/kWh。如负荷填充方案达成一致，BM愿意将其调整为US$0.068/kWh，但是存售折扣单价应为贵司提出的US$0.020/kWh，以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容，并务必于**北京时间6/10（本周二）20:00**前完成确认，以便双方更好推进业务落实，早日恢复通电，谢谢！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

---------- Forwarded message ----------
From: Ethan W <ethan@hashvalley.us>

To: "宋佳芮" <jiarui.song@bitmain.com>, "胡慧珍" <huizhen.hu@bitmain.com>
Cc: hostingsupport@bitmain.com, marvelyn.han@bitmian.com, Hash Valley <info@hashvalley.us>
Bcc:
Date: Thu, 6 Mar 2025 09:05:22 -0800
Subject: 298 Miner Purchase at Puryear
尊敬的比特大陆团队，

Old Const需要购入298台架上机器，请告知每T的价格和总价和付款流程

谢谢

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**2 attachments**

附件2-298 Miner Purchase at Puryear.eml
4K

附件1-Georgia Limited-OLD CONST LLC.-7143台S21销售协议HTHZ-20241112-002(1).pdf
8720K

---

**Shawn P** <information@1969llc.com>                                          Tue, Aug 5, 2025 at 1:59 PM
To: 邹凯文 <kaiwen.zou@bitmain.com>

Cc: Ethan W <ethan@hashvalley.us>, 潘相合 <xianghe.pan@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, 赫炘然 <xinran.he@bitmain.com>, info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

比特大陆团队你们好，以下是对贵方提出的一些问题的回复：

1.S21机器采购的问题

对于故障机器的问题，据1969 LLC方了解，贵方提出的Old Const场地暂不具备维修条件这点并不成立，该场地已经满足驻场维修条件，此前已经有维修网点进驻开展过驻场维修，因此本次交易涉及的故障S21机器驻场维修不存在障碍。

关于贵方提出的付款后再处理故障机器的问题，据1969 LLC方所知，1969 LLC的关联方Bit Garden Inc寄修的数百台S21机器，在贵方的官方维修网点--DE网点维修了大半年还没拿回，这些机器甚至还被切走了算力。此前1969 LLC方委托Old Const方在邮件沟通中，要求贵方解决Bit Garden维修机器被挪用损失问题，贵方也没有正面回应（见附件A）。此外，Bit Garden采购的S21机器驻场维修也一直拖延没有得到解决，因此1969 LLC方很自然地难以再无条件地继续信任贵方的维修效率。Bit Garden的问题会由其单独发送邮件向贵方说明。

目前，1969 LLC方已经准备好了付款资金并做好了付款准备，计划待贵方解决相关事项后，向贵方支付机器采购款，1969 LLC方仍然是希望贵方能够先安排修理故障机器并使其质量达标后，双方即可对合同约定的所有机器一并进行交割。

关于贵方提出的滞纳金问题，1969 LLC方要指出的是：在4月签订合同之后双方之所以没有及时付款交割，完全是因为当时贵方一定要求这批S21机器留在场地内、拒绝1969 LLC方交割拉走所导致。截止目前，双方也仍在进行合理的商业谈判，因此贵方并无合理依据要求1969 LLC承担滞纳金。

希望贵方能够理解1969 LLC方在采购产品质量上的合理诉求，一起抱着最大诚意积极推动这笔交易的完成。

2.North Campbell的问题

对于1969 LLC的关联方North Campbell，据1969 LLC方所知，North Campbell与贵方的托管合同之间仍存在争议电费款未解决，且有部分无争议电费款未支付，具体款项待North Campbell方确认后会告知贵方。

此外，以2美分的优惠电费将North Campbell的托管机器托管于Old Const场地也是在双方进行合理的商业谈判后贵方同意的方案，贵方就该谈判期间产生的问题提出的不合理诉求，North Campbell方无法认可。

以上内容，请贵方参考，谢谢。

On Mon, Aug 4, 2025 at 7:13 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

尊敬的1969 LLC / OLD CONST LLC / North Campbell 管理团队,

关于费用支付诉求,请见我司如下回复:

1. 根据在架矿机销售合同条款,1969 LLC原应在合同签约后七天内付全款,且BM有权就采购矿机分批交付。但考虑贵司的诉求,本次可先交割除故障机外的7,183台在架S21机器;

2. 针对现场274台故障机器,请查看附件机器SN等信息。据与现场运维了解,该部分机器未维修是因为此前Old Const场地暂不具备维修条件且未被允许寄修所致。待贵司支付费用后,请Old Const团队协助,我司将尽快安排维修/对发,机器修好后贵司再支付该部分款项;

3. 测试币20U已收到,请按照更新的发票金额继续付款;

- 此前已支付定金金额为:US1,938,000;

- 机器总款项(含SUT)为:6933台*200T*15U/T* (1+9.75%)=US$22,826,902.50;

- 故障机对应款项(含SUT):51,065T*15U/T* (1+9.75%)=US$840,657.57

- 首批7,183台待支付尾款为:US$20,048,244.9;

- 已支付测试币:USDT 20;

- 1 USDT=0.999 USD,如此前,款项通过USDT-TRC20支付,应支付款项为**USDT 20,068,293.3;**

- 按照托管场地实际总算力交付,根据总算力情况或可补算力差价。

综上,请贵司于**北京时间2025年8月5日24:00前**完成**USDT 20,068,293.3**款项支付。

如此前邮件沟通,我司确认收到款项后,将尽快安排S21下架、S19XP机器上架、与Old Const场地双签补充协议、与North campbell结算剩余费用。请Old Const / North Campbell团队知悉。

但若贵司逾期未支付,则视为1969 LLC、OLD CONST LLC放弃与BM继续合作。我司将通过合法渠道,对合作中的损失向相关主体和责任人索要赔偿,包括但不限于下方附录表格内容。

感谢贵司一直以来的支持,期待与贵司共续合作!

附录:

| 一、业务类应付款 | | | |
|---|---|---|---|
| 序号 | 类目 | 金额/USD | 明细 |
| 1 | 1969 LLC 销售款 | 20,888,882.50 | 1. 根据矿机销售合同要求,应在合同签约后7天内支付全部费用 |
| 2 | Old Const 存售合同矿机销售款 | 3,356,640.00 | 1. 合同要求,漏付336万U,一笔款用到两个订单 |
| 3 | North Campbell托管合同押金预付款 | 2,963,566.80 | 1. 根据双方于2023年7月11日签订的合同【SERVICE FRAMEWORK AGREEMENT】中11.1、3.4、3.5条款,合同应在2025年7月10日结束,剩余押金预付款在结束合作后退回至BM。<br>2. 已支付押金USD 1526428.8及预付款USD 1526428.8,抵扣4月费用USD 89290.8后押金预付款余额为USD 2963566.8,应退回BM。 |
| **合计** | | **27,209,089.30** | |
| 二、违约类情况说明及索偿 | | | |
| 序号 | 类目 | 金额/USD | 明细 |
| 1 | 1969 LLC 销售款滞纳金 | 675,407.85 | 1. 根据矿机销售合同要求,应在合同签约后7天内支付全部费用,否则按年12%的利息收滞纳金。<br>2. 原应在4月29日支付销售款USD 20,888,902.50,截止8月3日已延期97天,应赔付USD 675,407.85 = USD 20,888,902.5*12%*97/360。 |
| 2 | Old Const 托管合同停电损失 | BTC 78.85 | 1.自2025年4月14日起矿场由于S21 PRO机器采购和托管事项将我方7457台矿机断电,根据双方于2024年11月11日签署的合同【HOSTING SERVICES AGREEMENT】 的6.2及9.1,我方有权就因此导致的直接和间接损失进行计算并提出相应的补偿要求。<br>2. 收益损失:BTC 0.704029206304088/日 * 112天≈ BTC 78.85 |

| 3 | North Campbell托管合同停电损失 | BTC 62.06 | 1.自2025年4月15日起矿场将我方7800台矿机断电，根据双方于2023年7月11日签订的合同【SERVICE FRAMEWORK AGREEMENT】中6.1及9.1，我方有权就因此导致的直接和间接损失进行计算并提出相应的补偿要求。<br>2. 收益损失：BTC 0.558560300985945/日 * 111天≈ BTC 62.06 |

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Shawn P" <information@1969llc.com>
**发送时间:** 2025-08-02 00:54:32 (星期六)
**收件人:** 胡慧珍 <huizhen.hu@bitmain.com>
**抄送:** 赫炘然 <xinran.he@bitmain.com>, 潘相合 <xianghe.pan@bitmain.com>, 邹凯文 <kaiwen.zou@bitmain.com>, "Ethan W" <ethan@hashvalley.us>, info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：


1969 LLC向发票中列明的地址打了20 USDT作为测试币，Hash值b5543deedba1610d6981ed0b5a08e97ecb29ceb6f9b38 3c134cd80d3d3322675，请贵方确认是否收到。


1969 LLC方目前已经做好了付款交割的准备，但目前要交割的这批机器中，有数百台机器在前期架上托管的阶段已经出现了故障，此前一直没有得到修理仍处于故障状态。1969 LLC方希望在付款交割前，贵方能协助测试这些机器的状态及修理这批机器，确保双方交割的机器不存在质量瑕疵。


On Wed, Jul 30, 2025 at 11:28 PM 胡慧珍 <huizhen.hu@bitmain.com> wrote:

1969 LLC团队你们好：


贵司与BM的在架机器采购合同于2025年4月21日完成签署。经过3月有余的沟通确认，已按照贵司要求与托管方Old Const达成一致，即贵司付尾款交割后将采购机器提走。

请查收附件发票，该付款有效期为<span style="color:red">北京时间8月1日24:00前</span>。请于发票要求时间内完成机器尾款款项支付，请参考以下款项信息：


-此前已支付定金金额为：US1,938,000；

-机器总款项（含SUT）为：6933台*200T*15U/T*（1+9.75%）=US$22,826,902.50；

-待支付尾款为：US$20,888,902.50；

-1 USDT=0.999 USD，如此前，款项通过USDT-TRC20支付，应支付款为<span style="color:red">USDT 20,909,812.31；</span>

-按照托管场地实际总算力交付，根据总算力情况或可能补算力差价。


按照采购合同约定，逾期未支付款项将按照12%的年利率收取违约利息。请贵司尽快在规定时间内完成款项支付，尽快推进机器交割完成，谢谢！

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-30 23:56:22 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

请见Old Const方的签字版本，Old Const方在签字页处，mark了姓名首字母，用于标记该版本是来自我方。因之前贵司发来的都是pdf，并未mark up贵司修改之处，我们容易混淆哪个版本来自我方，哪个版本来自贵方。

待贵方提出的事项进一步推进后，Old Const方将会进一步推进该两份协议的签署。

谢谢

On Tue, Jul 29, 2025 at 11:02 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

1. 针对补充协议，BM对贵司最终修订的内容无异议，并已同步更新协议日期。

2. 针对终止协议，BM也接受增加的mutual release条款，并已同步更新协议日期。对于本文件中其他意义不明确的修改处，我司要求与此前内容保持不变。

考虑Old Const场地已断电多月，为尽快恢复场地通电，附件中的两份文件为最终沟通版本。

请贵司于**北京时间7月30日24:00前签回**。如逾期未获回复，将视为贵司放弃本次业务合作。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-28 23:54:21 (星期一)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

Old Const方在签署贵方提供的文件时，注意到贵方发来的两份文件中没有修改日期，目前托管合同补充协议仍然写着7月18号，解除协议写着7月9号并将其定义为了生效日，贵方此前同意的将托管协议期限改为合同签署并生效后的两年也没有在托管协议期限仍然是合同签署后的两年。

Old Const方此前默认贵方会修改协议时间至最新日期，但目前协议中这些日期相关的内容，与事实以及贵方此前的承诺不符，均需要调整与合同实际签署和生效日期，这些修改意见已通过修订模式在附件中体现。

此外，Old Const方在签署页增加了签署人的姓名和title便于届时的签署，并对两份协议的mutual release条款进行了调整，明确协议生效

前各方保留/不放弃现有权利。

以上修正内容，若贵方没有问题，请发回pdf版本，Old Const方将在该版本的基础上安排签署。

On Sun, Jul 27, 2025 at 1:31 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

请Old Const按照7月24日邮件约定尽快签回两份协议。

为确保Old Const场地尽快恢复通电，请于北京时间7月28日(下周一) 24:00点前签回两份文件。

**如逾期未获回复，将视为贵司放弃本次业务合作。**

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-25 11:14:46 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

针对贵司最新反馈的补充协议修改版本，我司无异议。

请参考附件与贵司达成一致的机器填充补充协议及原架上机器采购终止协议，请贵司于**北京时间2025年7月25日24:00前**签回两份协议。

我司将尽快推进后续流程，尽快推动S19XP机器通电。感谢贵司的支持！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-24 15:41:10 (星期四)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商

政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:

Old Const方经过审慎考虑, 出于推动合作的诚意, 决定向贵方作出让步。

Old Const方原则上决定接受贵方托管补充协议中的条件与贵方7月22日邮件中提出的事项处理流程。另外, 出于推动合作的诚意, 在合同的生效条件上, OLD CONST决定做出最大让步, 接受贵方在谈判早期提出的, 将1969 LLC的付款与交割作为合同生效前提这一条件, 由贵方与1969 LLC处理原托管机器售出&交割的事宜。

上述让步, 我们已经在本邮件的托管协议附件中体现。另外, 我们对原合同第7条除1969 LLC付款外的内容进行了一定修改(增加了 mutual release条款, 以确保双方在此补充协议生效后都不再有后顾之忧), 供贵方审阅。

如果贵方同意, Old Const一方计划将在北京时间25日中午12：00之前单签该份协议。

请贵方尽快对此封邮件的内容进行回复。

On Tue, Jul 22, 2025 at 2:04 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好,

以North Campbell（现托管合约已到期）的S19XP机器填充Old Const负荷为贵司最初提出的方案, 我司同意该方案且在补充协议中做出多次让步。针对Old Const托管业务及补充协议, 请见我司如下确认:

1. 合同期限
Initial date事关合作事实, 无法改动。BM已做出让步, 同意将合同期限改为合同签署并生效后的两年。

2. 合作定金
针对因BM托管机器更换导致合作定金差异的情况, 矿场需及时退还deposit或prepayment的差价, 请见合同附件1.4条款约定。BM已做出让步无需贵司提前退还差异款, 仅在通电首月抵扣差价。

3. 1969 LLC款项回填
BM已接受贵司要求, 于协议中删除了1969 LLC的相关付款信息。但BM负荷填充的前提依然是原托管机器S21的售出与交割完成, 以从逻辑和法律上约束本协议的合法性。

4. 事项处理流程
Step 1: 请贵司参考附件补充协议单签返回;
Step 2: 如沟通, BM将与采购主体处理原托管机器售出&交割;
Step 3: 如沟通, BM完成协议双签生效, Old Const用其仓库中的S19XP进行负荷填充。

5. 售后事宜
贵司提出的售后事宜与Old Const托管协议无任何关联性。但BM托管部门充分理解贵司诉求, 待Old Const恢复通电后, 将会积极协同推进事项处理。

针对Old Const场地的断电问题, 我司多次向贵司表达希望能够尽快恢复通电降低双方损失。鉴于此, 请于北京时间7月25日中午12点前（本周五）返回附件协议的单签版本, 逾期未收到将视为业务谈判终止。

感谢贵司一直以来的支持, 期待尽快恢复业务合作!

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-21 21:23:20 (星期一)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:

对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题, Old Const方仍然认为这不应该成为新托管协议的条件, 不应将1969 LLC的付款作为新托管协议的生效条件。

但基于推动合作的诚意及减少双方损失的考虑，Old Const与1969 LLC就贵方提出的条件进行了沟通协商，我们和1969 LLC沟通后，Old Const方和1969 LLC讨论得出的解决方案如下：

1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款，Old Const也可以考虑同意将相关条款纳入新托管合同之中，但需要请贵方答应协助解决以下段落2、3中列出的问题；

2. 1969 LLC提出，其关联公司BitGarden，于2024年1-6月间从贵方采购了数千台S21机器（BitGarden销售合同于附件中提供），贵方对这些机器提供质保服务。在2024年8月，BitGarden在贵方官网下了维修工单，将600台S21机器寄往贵方官方维修网点-DE网点寄修，结果这些寄修机器被挪用并切走了算力，直至2025年年中才陆续得到返还，导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决；

3. 1969 LLC提出，2025年上半年，BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单，要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务（工单号包括但不限于：03320250425075657927oP5H0QEF0652、03320250502085801147ymn60Jdu06D5等）。但在驻场维修中，贵方及维修网点的人员一直以物料不足等理由拖延、拒绝全部维修，导致这些机器一直无法运行，这其中的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷填充沟通的邮件链条中，可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3中的问题，OLD CONST也能够积极推进负荷填充与新托管合同的签订，并协商1969 LLC支付原托管机器采购款，尽早开展新的托管合作弥补双方损失

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

感谢贵司反馈，请见我司如下回复：

1.合同期限

Initial date事关合作事实，无法改动。

BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件I的1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还，而是在通电第一个月抵扣差价，已做出让步。

请贵司确认。

合同约定：

> 1.4 Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

请贵司于**北京时间7月21日24点前**完成确认，谢谢。


\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**


-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-16 22:10:13 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售


比特大陆团队你们好：
请查收修改后的协议，Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中，Old Const已经基于合作诚意向贵方提供了2美分的折扣电费，Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体，其事务并不在Old Const的控制范围内，Old Const也无法对其承担或履行任何付款义务。1969 LLC的采购无论从法律还是实操上，都不是机器上架通电的障碍，不应该将1969 LLC的行为作为托管生效条件。


On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，


为确保后续合作顺利开展：

- 烦请贵司于**北京时间2025年7月16日（本周三）24:00前**返回修改版本；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**


请王总尽早回复，以便我们及时跟进后续事宜。


Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>

**发送时间:** 2025-07-11 22:54:38 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售


王总您好,


感谢贵司反馈,针对贵司提出的异议,我司已审阅并回复如下:


1. 合同到期时间:

按照贵司要求,修改为补充协议双签后的2年,预计为2027年7月;

2. 合作定金:

按照贵司要求,合作定金差价不再退还,但该部分费用需从重新通电后的首月电费中扣除;

3. 1969付款:

针对贵司场地原托管机器S21售出给1969 LLC事宜,我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求,文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准;


请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通,补充协议达成一致后,我司将推进机器交割撤出。后双签两份协议,尽快推进S19XP通电。


请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见,希望贵司能够理解并考虑事件的紧迫性,推动合同于近期双签与落地。


Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-09 13:44:36 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意，附件中的两份协议内容基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于 **北京时间2025年7月9日（本周三）24:00前**返回修改版本；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-08 12:29:42 (星期二)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us,
aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍
<huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮
<yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)"
<zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论，目前有以下几点意见和需要进一步确认的内容，烦请协助完善：
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件，Old Const无法接受。由于该实体并不在Old Const的可控范围内，Old Const也无法对其承担或履行任何付款义务，因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未体现具体的说明，需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅，预计还需几天时间。待法律审核完成后，Old Const将尽快给予确认或反馈修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

如我司2025年7月2日邮件所述，我司已根据贵司的意见起草了补充协议及销售终止协议，相关文件请见随附附件。

为确保后续合作顺利开展，我司特向贵司提醒：

- 烦请贵司于 **北京时间2025年7月9日（本周三）结束前**审阅并给予确认；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

祝商祺，

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: 邹凯文 <kaiwen.zou@bitmain.com>
发送时间: 2025-07-02 22:19:02 (星期三)
收件人: "Ethan W" <ethan@hashvalley.us>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司对变更的托管信息进行确认，基于贵司邮件确认及线下沟通：

1. 应贵司要求，大陆端拟定托管机器变更补充协议供贵司审阅。如沟通，如贵司对补充协议内容无异议，大陆端将尽快推进原托管机器交割。机器交割后，将与贵司双签补充协议，共同推进7799台S19XP上架通电；
2. 针对您before提出的在架机器销售情况，大陆端过去始终与Old Const团队保持沟通，本次将与补充协议共同签署架上机器销售终止协议。

请贵司于5个工作日内，即**北京时间2025年7月9日结束前**完成补充协议&架上机器销售终止协议内容确认，以尽快恢复托管场地通电，进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-06-11 22:07:49 (星期三)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向，并就相关价格与贵司进行了询问与确认。遗憾的是，在关键阶段，贵司未能及时给予实质回应，且后续未能承认认此前所达成的销售安排，直接导致合作推进受阻，双方因此承受了不必要的经济损失。

在当前基础上，我司仍本着合作共赢的原则，愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old Const场地，我司将不就此前事宜追究贵司责任。同时，Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh，并确认存售折扣单价为US$0.020/kWh，以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署，推进设备入场，争取早日恢复运营，避免进一步损失，并共同巩固双方长期合作基础。



**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

BM与贵司合作的托管项目Old Const于2024/11签订托管合同，合同于2026/12到期。

该场地自2025/4/22断电以来，已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系，已就解决方案进行多次沟通。

如近期与贵司的沟通，应贵司要求，现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容如下，我司将在收到您的邮件确认后正式推进负荷填充：

1. 1969 LLC采购的Old Const场地共7,457台S21机器，在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责，且BM和Old Const需同步签署补充协议；

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old场地负荷，North的托管合同需同时终止，应退还给BM的费用须及时退还。此事宜将另起邮件推进，请您知悉 @顺余;

3. 经前期沟通，贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调整至US$0.068/kWh。如负荷填充方案达成一致，BM愿意接受其调整为US$0.068/kWh，但是存售折扣单价应为贵司提出的US$0.020/kWh，以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容，并务必于**北京时间6/10（本周二）20:00**前完成确认，以便双方更好推进业务落实，早日恢复通电，谢谢！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**



---------- Forwarded message ----------
From: Ethan W <ethan@hashvalley.us>
To: "邹凯文" <kaiwen.zou@bitmain.com>
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, "矿场支持" <hostingsupport@bitmain.com>, "胡慧珍" <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, "郭翼亮" <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, "黄新" <xin.huang01@bitmain.com>, "白洋铭" <yangming.bai@bitmain.com>
Bcc:
Date: Mon, 21 Jul 2025 21:23:20 +0800
Subject: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:


对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题，Old Const方仍然认为这不应该成为新托管协议的条件，不应将1969 LLC的付款作为新托管协议的生效条件。


但基于推动合作的诚意及减少双方损失的考虑，Old Const与1969 LLC就贵方提出的条件进行了沟通协商，我们和1969 LLC沟通后，Old Const方和1969 LLC讨论得出的解决方案如下:


1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款，Old Const也可以考虑同意将相关款纳入新托管合同之中，但需要请贵方答应协助解决以下段落2、3中列出的问题;


2. 1969 LLC提出，其关联公司BitGarden，于2024年1-6月间从贵方采购了数千台S21机器（BitGarden销售合同于附件中提供），贵方对这些机器提供质保服务。在2024年8月，BitGarden在贵方官网下了维修工单，将600台S21机器寄往贵方官方维修网点-DE网点寄修，结果这些寄修机器被挪用并切走了算力，直至2025年

年中才陆续得到返还，导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协调解决；

3. 1969 LLC提出，2025年上半年，BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单，要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务（工单号包括但不限于：033202504250756579270P5H0QEF0652、0332025050208580147ymn60Jdu06D5等）。但在驻场维修中，贵方及维修网点的人员一直以物料不足等理由拖延，拒绝全部维修，导致这些机器一直无法运行，这其中的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷填充沟通的邮件链条中，可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3中的问题，OLD CONST也能够积极推进负荷填充与新托管合同的签订，并协商1969 LLC支付原托管机器采购款，尽早开展新的托管合作弥补双方损失

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

感谢贵方反馈，请见我司如下回复：

1.合同期限

Initial date事关合作事实，无法改动。

BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件的1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还，而是在通电第一个月抵때差价，已做出让步。

请贵司确认。

合同约定：

> 1.4　Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

请贵司于北京时间7月21日24点前完成确认，谢谢。

---------------------
Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>

**发送时间:** 2025-07-16 22:10:13 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:
请查收修改后的协议, Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中, Old Const已经基于合作诚意向贵方提供了2美分的折扣电费, Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体, 其事务并不在Old Const的控制范围内, Old Const也无法对其承担或履行任何付款义务。1969 LLC的采购无论从法律还是实操上, 都不是机器上架通电的障碍, 不应该将1969 LLC的行为作为托管生效条件。

On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

> 王总您好,
>
> 为确保后续合作顺利开展:
>
> - 烦请贵司于北京时间2025年7月16日（本周三）24:00前返回修改版本;
>
> - 如逾期未获回复, 将视为贵司放弃本次业务合作。
>
> 请王总尽早回复, 以便我们及时跟进后续事宜。
>
>
> Best Regards,
> Kaiwen Zou
> *Project Manager, Mining Farm Operation*
> M: +86 17853146487
> E: kaiwen.zou@bitmain.com
> **Bitmain Technologies Inc**
>> -----原始邮件-----
>> **发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
>> **发送时间:** 2025-07-11 22:54:38 (星期五)
>> **收件人:** "Ethan W" <ethan@hashvalley.us>
>> **抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
>> **主题:** Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售
>>
>>
>> 王总您好,
>>
>> 感谢贵司反馈, 针对贵司提出的异议, 我司已审阅并回复如下:
>>
>> 1. 合同到期时间:
>>
>> 按照贵司要求, 修改为补充协议双签后的2年, 预计为2027年7月;
>>
>> 2. 合作定金:
>>
>> 按照贵司要求, 合作定金差价不再退还, 但该部分费用将需从重新通电后的首月电费中扣除;

3. 1969付款：

针对贵司场地原托管机器S21售出给1969 LLC事宜，我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求，文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准；

请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通，补充协议达成一致后，我司将推进机器交割撤出。后双签两份协议，尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见，希望贵司能够理解并考虑事件的紧迫性，推动合同于近期双签与落地。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-09 13:44:36 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意，附件中的两份协议系我方基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于北京时间2025年7月9日（本周三）24:00前返回修改版本；

- 如逾期未获回复，将视为贵司放弃本次业务合作。

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-08 12:29:42 (星期二)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好,

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论,目前有以下几点意见和需要进一步确认的内容,烦请协助完善:
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件,Old Const无法接受。由于该实体并不在Old Const的可控范围内,Old Const也无法对其承担或履行任何付款义务,因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未体现具体的说明,需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅,预计还需几天时间。待法律审核完成后,Old Const将尽快给予确认或反馈修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好,

如我司2025年7月2日邮件所述,我司已根据贵司的意见起草了补充协议及销售终止协议,相关文件请见随附附件。

为确保后续合作顺利开展,我司特向贵司提醒:

- 烦请贵司于<span style="color:red">北京时间2025年7月9日(本周三)结束前</span>审阅并给予确认;

- <span style="color:red">如逾期未获回复,将视为贵司放弃本次业务合作。</span>

请王总尽早回复,以便我们及时跟进后续事宜。

祝商祺,

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-02 22:19:02 (星期三)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好,

感谢贵司对变更的托管信息进行确认,基于贵司邮件确认及线下沟通:

1. 应贵司要求，大陆端拟定托管机器变更补充协议供贵司审阅。如沟通，如贵司对补充协议内容无异议，大陆端将尽快推进原托管机器交割。机器交割后，将与贵司双签补充协议，共同推进7799台S19XP上架通电；
2. 针对您部所提出的在架机器销售情况，大陆端过去始终与Old Const团队保持沟通，本次将与补充协议共同签署架上机器销售终止协议。

请贵司于5个工作日内，即<span style="color:red">**北京时间2025年7月9日结束前**</span>完成补充协议&架上机器销售终止协议内容确认，以尽快恢复托管场地通电，进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-06-11 22:07:49 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向，并就相关价格与贵司进行了询问与确认。遗憾的是，在关键阶段，贵司未能及时给予实质回应，且后续未能承认此前所达成的销售安排，直接导致合作推进受阻，双方因此承受了不必要的经济损失。

在当前基础上，我司仍本着合作共赢的原则，愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old Const场地，我司将不就此前事宜追究贵司责任。同时，Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh，并确认存售折扣单价为US$0.020/kWh，以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署，推进设备入场，争取早日恢复运营，避免进一步损失，并共同巩固双方长期合作基础。


**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

BM与贵司合作的托管项目Old Const于2024/11签订托管合同，合同于2026/12到期。

该场地自2025/4/22断电以来，已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系，已就解决方案进行多次沟通。

如近期与贵司的沟通，应贵司要求，现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容如下，我司将在收到您的邮件确认后正式推进负荷填充：

1. 1969 LLC采购的Old Const场地共7,457台S21机器，在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责，且BM和Old Const需同步签署补充协议；

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old场地负荷，North的托管合同需同时终止，应退还给BM的费用须及时退còn。此事宜将另起邮件推进，请您知悉 @顺余；

3. 经前期沟通，贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调至US$0.068/kWh。如负荷填充方案达成一致，BM愿同意将其调整为US$0.068/kWh，但是存售折扣单价应为贵司提出的US$0.020/kWh，以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容，并务必于**北京时间6/10（本周二）20:00**前完成确认，以便双方更好推进业务落实，早日恢复通电，谢谢！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
<

...

[Message clipped]  View entire message

---

**2 attachments**

📄 **SALES_20231008_465_Delaware_Limited_Bit_Garden_Inc_S21销售合同.pdf**
8874K

📄 **附件A-Re_ Re_ Re_ Re_ Re_ Re_【负荷填充确认】美国Old Const-25MW-风冷存售.eml**
12573K

---

邹凯文 <kaiwen.zou@bitmain.com>                                                Wed, Aug 6, 2025 at 11:35 AM
To: Shawn P <information@1969llc.com>
Cc: Ethan W <ethan@hashvalley.us>, 潘相台 <xianghe.pan@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, 赫炘然 <xinran.he@bitmain.com>,
info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

潘总您好，

我司不认同贵司回复的相关内容，请我司如下回复：
1. 款项问题
我司已多次说明，根据销售合同贵司应在合同双签后7天内付全款，BM有权分批交割机器。
即使我司理解1969对产品质量上的诉求，已做出止步允许贵司仅先支付7,183台良品机款项并交割，**但贵司至今尚未完成相应的付款义务。**

2. 维修机器问题
针对274台故障机，我司是针对贵司提出"一直没有维修"做出的回复，说明之前没有维修是因为贵司的关联方Old拒绝按合同寄修，要求在场地维修室建成后由BM派人现场维修。但之后Old断电，禁止BM运维入场，在Old拒绝配合的前提下，BM无法对故障机器提供维修服务。

3. 在架机采购 变更为 下架批准方案 的问题
双方的采购合作初期以"采购合采机器并做代托"方案为前提进行沟通，其代托TS等均已与贵司沟通并确认。但1969因股东要求，临时改变代托方案并要求机器拉走。请注意操作顺序，避免混淆。
另外，并非我司拒绝1969拉走采购机器，拉走的前提是1969 LLC按照合同约定支付全款。

4. Bitgarden和North Campbell的问题
Bitgarden和BM之间关于维修的争议与1969履行合同义务无关，不应将BM和Bitgarden 间争议的解决作为1969付款的前置条件。
关于North Campbell事件，请见我司在"Re: North Campbell BM-Unpaid INVOICE"邮件中的回复，不在本封邮件赘述。

以上，贵司至今尚未完成相应的付款义务，且我司不认同贵司回复的相关内容，请贵司参考。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Shawn P" <information@1969llc.com>
**发送时间:** 2025-08-06 01:59:51 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** "Ethan W" <ethan@hashvalley.us>、潘相合 <xianghe.pan@bitmain.com>，胡慧珍 <huizhen.hu@bitmain.com>，赫炘然 <xinran.he@bitmain.com>，info@hashvalley.us，pan@hashvalley.us，legal@bitgarden.us，fen@bitgarden.us，aaa567678111@qq.com，矿场支持 <hostingsupport@bitmain.com>，"YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>，郭翼亮 <yiliang.guo@bitmain.com>，"Legal Support" <legal.support@bitmain.com>，"ZhengShang(商政)" <zheng.shang@bitmain.com>，黄新 <xin.huang01@bitmain.com>，白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，以下是对贵方提出的一些问题的回复：

1.S21机器采购的问题

对于故障机器的问题，据1969 LLC方了解，贵方提出的Old Const场地暂不具备维修条件这点并不成立，该场地已经满足驻场维修条件，此前已经有维修网点进驻开展过驻场维修，因此本次交易涉及的故障S21机器驻场维修不存在障碍。

关于贵方提出的付款后再处理故障机器的问题，据1969 LLC方所知，1969 LLC的关联方Bit Garden Inc寄修的数百台S21机器，在贵方的官方维修网点--DE网点维修了大半年也没拿回，这些机器甚至还被切走了算力。此前1969 LLC方委托Old Const方在邮件沟通中，要求贵方解决Bit Garden维修机器被挪用损失问题，贵方也没有正面回应（见附件A）。此外，Bit Garden采购的S21机器驻场维修也一直拖延没有得到解决，因此1969 LLC方很自然地难以用无条件地继续信任贵方的维修效率。Bit Garden的问题会由其单独发送邮件向贵方说明。

目前，1969 LLC方已经准备好了付款资金并做好了付款准备，计划待贵方解决相关事项后，向贵方支付机器采购款，1969 LLC方仍然是希望贵方能够先安排修理故障机器并使其质量达标后，双方即可对合同约定的所有机器一并进行交割。

关于贵方提出的滞纳金问题，1969 LLC方要指出的是：在4月签订合同之后双方之所以没有及时付款交割，完全是因为当时贵方一定要求这批S21机器留在场地内、拒绝1969 LLC方交割拉走所导致。截止目前，双方也仍在进行合理的商业谈判，因此贵方并无合理依据要求1969 LLC承担滞纳金。

希望贵方能够理解1969 LLC方在采购产品质量上的合理诉求，一起抱着最大诚意积极推动这笔交易的完成。

2.North Campbell的问题

对于1969 LLC的关联方North Campbell，据1969 LLC方所知，North Campbell与贵方的托管合同之间仍存在争议电费款未解决，且有部分无争议电费款未支付，具体款项待North Campbell方确认后会告知贵方。

此外，以2美分的优惠电费将North Campbell的托管机器托管于Old Const场地也是在双方进行合理的商业谈判后贵方同意的方案，贵方就谈判期间产生的问题提出的不合理诉求，North Campbell方无法认可。

以上内容，请贵方参考，谢谢。

On Mon, Aug 4, 2025 at 7:13 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

> 尊敬的1969 LLC / OLD CONST LLC / North Campbell 管理团队，
>
> 关于费用支付诉求，请见我司如下回复：
>
> 1. 根据在架矿机销售合同条款，1969 LLC原应在合同签约后七天内付全款，且BM有权就采购矿机分批次交付。但考虑贵司的诉求，本次可先交割除故障机外的7,183台在架S21机器；
>
> 2. 针对场地274台故障机器，请查看附件机器SN等信息。据与现场运维了解，该部分机器未维修是因为此前Old Const场地暂不具备维修条件且未被允许寄修所致。待贵司支付款项后，请Old Const团队协助，我司将尽快安排维修/对发，机器修好后贵司再支付该部分款项；
>
> 3. 测试币20U已收到，请按照更新的发票金额继续付款；
>
> - 此前已支付定金金额为：US$1,938,000；
>
> - 机器总款项（含SUT）为：6933台*200T*15U/T*（1+9.75%）=US$22,826,902.50；

- 故障机对应款项（含SUT）：51,065T*15U/T*（1+9.75%）=US$840,657.57

- 首批7,183台待支付尾款：US$20,048,244.9；

- 已支付测试币：USDT 20；

- 1 USDT=0.999 USD，如此前，款项通过USDT-TRC20支付，应支付款项为**USDT 20,068,293.3；**

- 按照托管场地实际总算力交付，根据总算力情况或可能补算力差价。

综上，请贵司于**北京时间2025年8月5日24:00前**完成**USDT 20,068,293.3**款项支付。

如此前邮件沟通，我司确认收到款项后，将尽快安排S21下架、S19XP机器上架、与Old Const场地双签补充协议、与North campbell结算剩余费用。**请Old Const / North Campbell团队知悉。**

但若贵司逾期未支付，则将视为1969 LLC、OLD CONST LLC放弃与BM继续合作。我司将通过合法渠道，对合作中的损失向相关主体和责任人索要赔偿，包括但不限于下方附录表格内容。

感谢贵司一直以来的支持，期待与贵司共续合作！

附录：

| 一、业务类应付款 | | | |
|---|---|---|---|
| 序号 | 类目 | 金额/USD | 明细 |
| 1 | 1969 LLC 销售款 | 20,888,882.50 | 1. 根据矿机销售合同要求，应在合同签署后7天内支付全部费用 |
| 2 | Old Const 存售合同矿机销售款 | 3,356,640.00 | 1. 合同要求，漏付336万U，一笔款到两个订单 |
| 3 | North Campbell托管合同押金预付款 | 2,963,566.80 | 1. 根据双方于2023年7月11日签订的合同【SERVICE FRAMEWORK AGREEMENT】中11.1、3.4、3.5条款，合同应在2025年7月10日结束，剩余押金预付款在结束合同后退回至BM。<br>2. 已支付押金USD 1526428.8及预付款USD 1526428.8，抵扣4月费用USD 89290.8后押金预付款余额为USD 2963566.8，应退回BM。 |
| **合计** | | **27,209,089.30** | |
| 二、违约类情况说明及索偿 | | | |
| 序号 | 类目 | 金额/USD | 明细 |
| 1 | 1969 LLC 销售款滞纳金 | 675,407.85 | 1. 根据矿机销售合同要求，应在合同签署后7天内支付全部费用，否则按年12%的利息收滞纳金。<br>2. 原应在4月29日支付销售款USD 20,888,902.50，截止8月3日已延期97天，应赔付USD 675,407.85 = USD 20,888,902.5*12%*97/360。 |
| 2 | Old Const 托管合同停电损失 | BTC 78.85 | 1.自2025年4月14日起矿场由于S21 PRO机器采购和托管事项将我方7457台矿机断电，根据双方于2024年11月11日签署的合同【HOSTING SERVICES AGREEMENT】 的6.2及9.1，我方有权因此导致的直接和间接损失进行计算并提出相应的补偿要求。<br>2. 收益损失：BTC 0.704029206304088/日 * 112天≈ BTC 78.85 |
| 3 | North Campbell托管合同停电损失 | BTC 62.06 | 1.自2025年4月15日起矿场将我方7800台矿机断电，根据双方于2023年7月11日签订的合同【SERVICE FRAMEWORK AGREEMENT】中6.1及9.1，我方有权就因此导致的直接和间接损失进行计算并提出相应的补偿要求。<br>2. 收益损失：BTC 0.558560300985945/日 * 111天≈ BTC 62.06 |

Best Regards,
Kaiwen Zou

*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Shawn P" <information@1969llc.com>
**发送时间:** 2025-08-02 00:54:32 (星期六)
**收件人:** 胡慧珍 <huizhen.hu@bitmain.com>
**抄送:** 赫炘所 <xinran.he@bitmain.com>, 潘相合 <xianghe.pan@bitmain.com>, 邹凯文 <kaiwen.zou@bitmain.com>, "Ethan W" <ethan@hashvalley.us>, info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:

1969 LLC向发票中列明的地址打了20 USDT作为测试币,Hash值b5543deedba1610d6981ed0b5a08e97ecb29ceb6f9b38 3c134cd80d3d3322675,请贵方确认是否收到。

1969 LLC方目前已经做好了付款交割的准备,但目前要交割的这批机器中,有数百台机器在前期架上托管的阶段已经出现了故障,此前一直没 有得到修理仍处于故障状态。1969 LLC方希望在付款交割前,贵方能协助测试这些机器的状态及修理好这批机器,确保双方交割的机器不存在 质量瑕疵。

On Wed, Jul 30, 2025 at 11:28 PM 胡慧珍 <huizhen.hu@bitmain.com> wrote:

1969 LLC团队你们好,

贵司与BM的在架机器采购合同于2025年4月21日完成签署。经过3月有余的沟通确认,已按照贵司要求与托管方Old Const达成一致,即贵司 付尾款交割后将采购机器提走。

请查收附件发票,该付款有效期为北京时间8月1日24:00前。请于发票要求时间内完成机器尾款款项支付,请参考以下款项信息:

-此前已支付定金金额为:US1,938,000;

-机器总款项(含SUT)为:6933台*200T*15U/T*(1+9.75%)=US$22,826,902.50;

-待付支付尾款为:US$20,888,902.50;

-1 USDT=0.999 USD,如此前,款项通过USDT-TRC20支付,应按定付款项为USDT 20,909,812.31;

-按照托管场地实际总算力交付,根据总算力情况或可能补算力差价。

按照采购合同约定,逾期未支付款项将按照12%的年利率收取违约利息。请贵司尽快在规定时间内完成款项支付,尽快推进机器交割完成,谢 谢!

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-30 23:56:22 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:

请见Old Const方的签字版本,Old Const方在签字页板,mark了姓名首字母,用于标记该版本是来自我方。因之前贵司发来的都是pdf,并 未mark up贵司修改之处,我们容易混淆哪个版本来自我方,哪个版本来自贵方。

待贵方提出的事项进一步推进后，Old Const方将会进一步推进该两份协议的签署。

谢谢

On Tue, Jul 29, 2025 at 11:02 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

1. 针对补充协议，BM对贵司最终修订的内容无异议，并已同步更新协议日期。

2. 针对终止协议，BM也接受增加的mutual release条款，并已同步更新协议日期。对于本文件中其他意义不明确的修改处，我司要求与此前内容保持不变。

考虑Old Const场地已断电多月，为尽快恢复场地通电，附件中的两份文件为最终沟通版本。

**请贵司于北京时间7月30日24:00前签回**。如逾期未获回复，将视为贵司放弃本次业务合作。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-28 23:54:21 (星期一)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

Old Const方在签署贵方提供的文件时，注意到贵方发来的两份文件中没有修改日期，目前托管合同补充协议仍然写着7月18号，解除协议写着7月9号并将其定义为生效日，贵方此前同意的将托管协议期限改为合同签署并生效后的两年也没有在托管协议中体现，目前托管协议期限仍然是合同签署后的两年。

Old Const方此前默认贵方会修改协议时间至最新日期，但目前协议中这些日期相关的内容，与事实以及贵方此前的承诺不符，均需要调整为合同实际签署和生效日期，这些修改意见已通过修订模式在附件中体现。

此外，Old Const方在签署页增加了签署人的姓名和title便于届时的签署，并对两份协议的mutual release条款进行了调整，明确协议生效前各方保留/不放弃现有权利。

以上修正内容，若贵方没有问题，请发回pdf版本，Old Const方将在该版本的基础上安排签署。

On Sun, Jul 27, 2025 at 1:31 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

请Old Const按照7月24日邮件约定尽快签回两份协议。

为确保Old Const场地尽快恢复通电，请于北京时间7月28日(下周一) 24:00点前签回两份文件。

**如逾期未获回复，将视为贵司放弃本次业务合作。**

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-25 11:14:46 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567567@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re:【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

针对贵司最新反馈的补充协议修改版本，我司无异议。

请参考附件与贵司达成一致的机器填充补充协议及原架上机器采购终止协议，请贵司于**北京时间2025年7月25日24:00前**签回两份协议。

我司将尽快推进后续流程，尽快推动S19XP机器通电。感谢贵司的支持！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-24 15:41:10 (星期四)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567567@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re:【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

Old Const方经过审慎考虑，出于推动合作的诚意，决定向贵方作出让步。

Old Const方原则上决定接受贵方托管补充协议中的条件与贵方7月22日邮件中提出的事项处理流程。另外，出于推动合作的诚意，在合同的生效条件上，OLD CONST决定做出最大让步，接受贵方在谈判早期提出的，将1969 LLC的付款与交割作为合同生效前提这一条件，由贵方与1969 LLC处理原托管机器售出&交割的事宜。

上述让步，我们已经在本邮件的托管协议附件中体现。另外，我们对原合同第7条除1969 LLC付款外的内容进行了一定修改（增加了mutual release条款，以确保双方在此补充协议生效后都不再有后顾之忧），供贵方审阅。

如果贵方同意，Old Const一方计划将在北京时间25日中午12：00之前单签该份协议。

请贵方尽快对此封邮件的内容进行回复。

On Tue, Jul 22, 2025 at 2:04 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

以North Campbell（现托管合约已到期）的S19XP机器填充Old Const负荷为贵司最初提出的方案，我司同意该方案且在补充协议中做出多次让步。针对Old Const托管业务及补充协议，请见我司如下确认：

1. 合同期限
Initial date事关合作事实，无法改动。BM已做出让步，同意将合同期限改为合同签署并生效后的两年。

2. 合作定金
针对因BM托管机器更换导致合作定金差异的情况，矿场需及时退还deposit或prepayment的差价，请见合同附件1.4条款约定。BM已做出让步无需贵司提前退还差异款，仅在通电首月抵扣差价。

3.1969 LLC款项问题
BM已接受贵司要求，于协议中删除了1969 LLC的相关付款信息。但BM负荷填充的前提依然是原托管机器S21的售出与交割完成，以从逻辑和法律上约束本协议的合法性。

4. 事项处理流程
Step 1: 请贵司参考附件补充协议单签返回；
Step 2: 如沟通，BM将与采购主体处理原托管机器售出&交割；
Step 3: 如沟通，BM完成协议双签生效，Old Const用其仓库中的S19XP进行负荷填充。

5. 售后事宜
贵司提出的售后事宜与Old Const托管协议无任何关联性。但BM托管部门充分理解贵司诉求，待Old Const恢复通电后，将会积极协同推进事项处理。

针对Old Const场地的断电问题，我司多次向贵司表达希望能够尽快恢复通电降低双方损失。鉴于此，请于北京时间7月25日中午12点前（本周五）返回附件协议的单签版本，逾期未收到将视为业务谈判终止。

感谢贵司一直以来的支持，期待尽快恢复业务合作！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-21 21:23:20 (星期一)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题，Old Const方仍然认为这不应该成为新托管协议的条件，不应将1969 LLC的付款作为新托管协议的生效条件。

但基于推动合作的诚意及减少双方损失的考虑，Old Const与1969 LLC就贵方提出的条件进行了沟通协商，我们和1969 LLC沟通后，Old Const和1969 LLC讨论得出的解决方案如下：

1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款，Old Const也可以考虑同意将相关条款纳入新托管合同之中，但需要请贵方答应协助解决以下段落2、3中列出的问题；

2. 1969 LLC提出，其关联公司BitGarden，于2024年1-6月间从贵方采购了数千台S21机器（BitGarden销售合同于附件中提供），贵方将这些机器提供质保服务。在2024年8月，BitGarden在贵方官网下了维修工单，将600台S21机器寄往贵方官方维修网点-DE网点寄修，结果这些寄修机器被挪用并切走了算力，直至2025年年中才陆续得到返还，导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决；

3. 1969 LLC提出，2025年上半年，BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单，要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务（工单号包括但不限于：0332025042507565792 7oP5H0QEF0652、0332025050208580 1147ymn60Jdu06D5等）。但在驻场维修中，贵方及维修网点的人员一直以物料不足等理由拖延，拒绝全部维修，导致这些机器一直无法运行，这其中的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷填充沟通的邮件链条中，可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3中的问题，OLD CONST也能够积极推进负荷填充与新托管合同的签订，并协商1969 LLC支付原托管机器采购款，尽早开展新的托管合作弥补双方损失。

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

感谢贵司反馈，请见我司如下回复：

1.合同期限

Initial date事关合作事实，无法改动。

BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件III的1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件III中同意贵司无需提前退还，而是在通电第一个月抵扣差价，已做出让步。

请贵司确认。

合同约定：

> 1.4    Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

请贵司于北京时间7月21日24点前完成确认，谢谢。

--------------------
Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-16 22:10:13 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售


比特大陆团队你们好：
请查收修改后的协议，Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中，Old Const已经基于合作诚意向贵方提供了2美分的折扣电费，Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体，其事务并不在Old Const的控制范围内，Old Const也无法对其承担或履行任何付款义务。1969 LLC的采购无论从法律还是实操上，都不是机器上架通电的障碍，不应该将1969 LLC的行为作为托管生效条件。


On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，


为确保后续合作顺利开展：

- 烦请贵司于北京时间2025年7月16日（本周三）24:00前返回修改版本；

- 如逾期未获回复，将视为贵司放弃本次业务合作。


请王总尽早回复，以便我们及时跟进后续事宜。




Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-11 22:54:38 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售


王总您好，

感谢贵司反馈，针对贵司提出的异议，我司已审阅并回复如下：

1. 合同到期时间：

按照贵司要求，修改为补充协议双签后的2年，预计为2027年7月；

2. 合作定金：

按照贵司要求，合作定金差价不再退还，但该部分费用需从重新通电后的首月电费中扣除；

3. 1969付款：

针对贵司场地原托管机器S21售出给1969 LLC事宜，我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求，文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准；

请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通，补充协议达成一致后，我司将推进机器交割撤出。后双签两份协议，尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见，希望贵司能够理解并考虑事件的紧迫性，推动合同于近期双签与落地。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-09 13:44:36 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意，附件中的两份协议系我方基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于**北京时间2025年7月9日（本周三）24:00前**返回修改版本；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-08 12:29:42 (星期二)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us,
aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍
<huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮
<yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)"
<zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论，目前有以下几点意见和需要进一步确认的内容，烦请协助完善：
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件，Old Const无法接受。由于该实体并不在Old Const的可控范围内，Old Const也无法对其承担或履行任何付款义务，因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未体现具体的说明，需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅，预计还需几天时间。待法律审核完成后，Old Const将尽快给予确认或反馈修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

如我司2025年7月2日邮件所述，我司已根据贵司的意见起草了补充协议及销售终止协议，相关文件请见随附附件。

为确保后续合作顺利开展，我司特向贵司提醒：

- 烦请贵司于<span style="color:red">北京时间2025年7月9日（本周三）结束前</span>审阅并给予确认；

- <span style="color:red">如逾期未获回复，将视为贵司放弃本次业务合作。</span>

请王总尽早回复，以便我们及时跟进后续事宜。

祝商祺，

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-02 22:19:02 (星期三)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好,

感谢贵司对变更的托管信息进行确认,基于贵司邮件确认及线下沟通:

1. 应贵司要求,大陆端拟定托管机器变更补充协议供贵司审阅。如沟通,如贵司对补充协议内容无异议,大陆端将尽快推进原托管机器交割。机器交割后,将与贵司双签补充协议,共同推进7799台 S19XP上架通电;
2. 针对您邮件提出的在架机器销售情况,大陆端过去始终与Old Const团队保持沟通,本次将与补充协议共同签署架上机器销售终止协议。

请贵司于5个工作日内,即**<span style="color:red">北京时间2025年7月9日结束前</span>**完成补充协议&架上机器销售终止协议内容确认,以尽快恢复托管场地通电,进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-06-11 22:07:49 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好,

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向,并就相关价格与贵司进行了询问与确认。遗憾的是,在关键阶段,贵司未能及时给予实质回应,且后续未能承认此前所达成的销售安排,直接导致合作推进受阻,双方因此承受了不必要的经济损失。

在当前基础上,我司仍本着合作共赢的原则,愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old Const场地,我司将不就此前事宜追究贵司责任。同时,Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh,并确认存售折扣单价为US$0.020/kWh,以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署,推进设备入场,争取早日恢复运营,避免进一步损失,并共同巩固双方长期合作基础。



**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

BM与贵司合作的托管项目Old Const于2024/11签订托管合同，合同于2026/12到期。

该场地自2025/4/22断电以来，已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系，已就解决方案进行多次沟通。

如近期与贵司的沟通，应贵司要求，现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容如下，我司将在收到您的邮件确认后正式推进负荷填充：

1. 1969 LLC采购的Old Const场地共7,457台S21机器，在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责，且BM和Old Const需同步签署补充协议；

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old场地负荷，North的托管合同需同时终止，应退还给BM的费用须及时退还。此事宜将另起邮件推进，请您知悉 @顾余；

3. 经前期沟通，贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调整至US$0.068/kWh。如负荷填充方案达成一致，BM愿意将其调整为US$0.068/kWh，但是存售折扣单价应为贵司提出的US$0.020/kWh，以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容，并务必于**北京时间6/10（本周二）20:00**前完成确认，以便双方更好推进业务落实，早日恢复通电，谢谢！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**



---------- Forwarded message ----------
From: Ethan W <ethan@hashvalley.us>
To: "邹凯文" <kaiwen.zou@bitmain.com>
Cc: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, "矿场支持" <hostingsupport@bitmain.com>, "胡慧珍" <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, "郭翼亮" <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, "黄新" <xin.huang01@bitmain.com>, "白洋铭" <yangming.bai@bitmain.com>
Bcc:
Date: Mon, 21 Jul 2025 21:23:20 +0800
Subject: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：


对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题，Old Const方仍然认为这不应该成为新托管协议的条件，不应将1969 LLC的付款作为新托管协议的生效条件。


但基于推动合作的诚意及减少双方损失的考虑，Old Const与1969 LLC就贵方提出的条件进行了沟通协商，我们和1969 LLC沟通后，Old Const方和1969 LLC讨论得出的解决方案如下：


1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款，Old Const也可以考虑同意将相关条款纳入新托管合同之中，但需要请贵方答应协助解决以下段落2、3中列出的问题；


2. 1969 LLC提出，其关联公司BitGarden，于2024年1-6月间从贵方采购了数千台S21机器（BitGarden销售合同于附件中提供），贵方对这些机器提供质保服务。在2024年8月，BitGarden在贵方官网下了维修工单，将600台S21机器寄往贵方官方维修网点-DE网点寄修，结果这些寄修机器被挪用并切走了算力，直至2025年年中才陆续得到返还，导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决；


3. 1969 LLC提出，2025年上半年，BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单，要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务（工单号包括但不限于：03320250425075657927oP5H0QEF0652、033202505020858011147ymn60Jdu06D5等）。但在驻场维修中，贵方及维修网点的人员一直以物料不足等理由拖延，拒绝全部维修，导致这些机器一直无法运行，这其中的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷填充沟通的邮件链条中，可以看到我们的沟通。若贵方愿意推进解决上述段落2、3中的问题，OLD CONST也能够积极推进负荷填充与新托管合同的签订，并协商1969 LLC支付原托管机器采购款，尽早开展新的托管合作弥补双方损失

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

感谢贵司反馈，请见我司如下回复：

1.合同期限

Initial date事关合作事实，无法改动。

BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件i的1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还，而是在通电第一个月抵扣差价，已做出让步。

请贵司确认。

合同约定：

> 1.4 Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

请贵司于**北京时间7月21日24点前**完成确认，谢谢。


\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**


　-----原始邮件-----
　**发件人:** "Ethan W" <ethan@hashvalley.us>
　**发送时间:** 2025-07-16 22:10:13 (星期三)
　**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
　**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
　**主题:** Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：
请查收修改后的协议，Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中，Old Const已经基于合作诚意向贵方提供了2美分的折扣电费，Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体，其事务并不在Old Const的控制范围内，Old Const也无法对其承担或履行任何付款义务。1969 LLC的采购无论从法律还是实操上，都不是机器上架通电的障碍，不应该将1969 LLC的行为作为托管生效条件。

On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于**北京时间2025年7月16日（本周三）24:00前**返回修改版本；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-11 22:54:38 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司反馈，针对贵司提出的异议，我司已审阅并回复如下：

1. 合同到期时间：

按照贵司要求，修改为补充协议双签后的2年，预计为2027年7月；

2. 合作定金：

按照贵司要求，合作定金差价不再退还，但该部分费用将需从重新通电后的首月电费中扣除；

3. 1969付款：

针对贵司场地原托管机器S21售出给1969 LLC事宜，我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求，文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准；

请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通，补充协议达成一致后，我司将推进机器交割撤出。后双签两份协议，尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见，希望贵司能够理解并考虑事件的紧迫性，推动合同于近期双签与落地。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-09 13:44:36 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意，附件中的两份协议系我方基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于北京时间2025年7月9日（本周三）24:00前返回修改版本；

- 如逾期未获回复，将视为贵司放本次业务合作。

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-08 12:29:42 (星期二)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论，目前有以下几点意见和需要进一步确认的内容，烦请协助完善：
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件，Old Const无法接受。由于该实体并不在Old Const的可控范围内，Old Const也无法对其承担或履行任何付款义务，因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未体现具体的说明，需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅，预计还需几天时间。待法律审核完成后，Old Const将尽快给予确认或反馈修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:
> 王总您好，
>
> 如我司2025年7月2日邮件所述，我司已根据贵司的意见起草了补充协议及销售终止协议，相关文件请见随附附件。
>
> 为确保后续合作顺利开展，我司特向贵司提醒：
>
> - 烦请贵司于北京时间2025年7月9日（本周三）结束前审阅并给予确认；
>
> - 如逾期未获回复，将视为贵司放弃本次业务合作。
>
> 请王总尽早回复，以便我们及时跟进后续事宜。
>
>
> 祝商祺，
>
>
>
> Best Regards,
> Kaiwen Zou
> *Project Manager, Mining Farm Operation*
> M: +86 17853146487
> E: kaiwen.zou@bitmain.com
> **Bitmain Technologies Inc**
>
>> -----原始邮件-----
>> **发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
>> **发送时间:** 2025-07-02 22:19:02 (星期三)
>> **收件人:** "Ethan W" <ethan@hashvalley.us>
>> **抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
>> **主题:** Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售
>>
>>
>> 王总您好，
>>
>> 感谢贵司对变更的托管信息进行确认，基于贵司邮件确认及线下沟通：
>>
>>> 1. 应贵司要求，大陆端拟定托管机器变更补充协议供贵司审阅。如沟通，如贵司对补充协议内容无异议，大陆端将尽快推进原托管机器交割。机器交割后，将与贵司双签补充协议，共同推进7799台S19XP上架通电；
>>> 2. 针对您前期提出的在架机器销售情况，大陆端过去始终与Old Const团队保持沟通，本次将与补充协议共同签署架上机器销售终止协议。
>>
>> 请贵司于5个工作日内，即北京时间2025年7月9日结束前完成补充协议&架上机器销售终止协议内容确认，以尽快恢复托管场地通电，进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-06-11 22:07:49 (星期三)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向，并就相关价格与贵司进行了询问与确认。遗憾的是，在关键阶段，贵司未能及时给予实质回应，且后续未能承认此前所达成的销售安排，直接导致合推进受阻，双方因此承受了不必要的经济损失。

在当前基础上，我司仍本着合作共赢的原则，愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old Const场地，我司将不就此前事宜追究贵司责任。同时，Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh，并确认存售折扣单价为US$0.020/kWh，以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署，推进设备入场，争取早日恢复运营，避免进一步损失，并共同巩固双方长期合作基础。



**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

BM与贵司合作的托管项目Old Const于2024/11签订托管合同，合同于2026/12到期。

该场地自2025/4/22断电以来，已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系，已就解决方案进行多次沟通。

如近期与贵司的沟通，应贵司要求，现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容如下，我司将在收到您的邮件确认后正式推进负荷填充：

1. 1969 LLC采购的Old Const场地共7,457台S21机器，在付清全款后即可交割场地。但前提是Old Const须承诺不会对BM追责，且BM和Old Const需同步签署补充协议；

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old场地负荷，North的托管合同需同时终止，应退还给BM的费用须及时退还。此事宜将另起邮件推进，请您知悉 @顺余；

3. 经前期沟通，贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调至US$0.068/kWh。如负荷填充方案达成一致，BM愿同意将其调整为US$0.068/kWh，但是存售折扣单价应为贵司提出的US$0.020/kWh，以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容，并务必于**北京时间6/10（本周二）20:00**前完成确认，以便双方更好推进业务落实，早日恢复通电，谢谢！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
<

...

[Message clipped]  View entire message

**2 attachments**

📄 SALES_20231008_465_Delaware_Limited_Bit_Garden_Inc_S21销售合同.pdf
8874K

📄 附件A-Re_ Re_ Re_ Re_ Re_ Re_【负荷填充确认】美国Old Const-25MW-风冷存售.eml
12573K

---

邹凯文 <kaiwen.zou@bitmain.com>                                              Wed, Aug 6, 2025 at 11:36 AM
To: Ethan W <ethan@hashvalley.us>
Cc: Shawn P <information@1969llc.com>, 潘相合 <xianghe.pan@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, 赫炘然 <xinran.he@bitmain.com>, info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

王总您好，

我司不认同贵司回复相关内容，请见我司如下回复：

1. Old Const销售、存售、托管合同
针对存售销售合同，贵司至今未足额履行合同约定的付款义务。
针对托管合同，BM在Old托管的机器现在仍然位于Old托管场地上。但自2025年4月23日起贵司未经BM同意擅自断电，BM多次沟通要求恢复通电，但至今尚未恢复，已严重违反托管合同约定。

2. 要求一次性采购事项
针对原架上机器采购协议，我司通过邮件/会议/微信已与您多次说明情况。BM自2024年12月5日与贵司指定对接人Adam持续沟通器采购事宜，从未强制贵司一次性采购，始终尊重贵司采购意愿。
经过多月沟通，贵司实控人陈总确认换主体1969 LLC采购该批机器；因此，BM与Old之间不存在架上机器采购合同下的法律问题。

3. 运输清关事项
销售合同中的贸易术语为FCA，即为货交承运人后，买方承担风险。
根据销售合同2.2(a)条的约定，一旦 BM 将货物装载至Old指定的运输工具上，BM 在本合同项下的所有运输义务即告履行完毕。此后，清关及其他相关事宜应由 Old 自行承担。

以上，我司不认同贵司上一封邮件中的内容，请贵司参考。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-08-05 23:20:58 (星期二)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** "Shawn P" <information@1969llc.com>, 潘相合 <xianghe.pan@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, 赫炘然 <xinran.he@bitmain.com>, info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

主题: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

致比特大陆团队:

对于贵方在邮件中提到的问题, Old Const方提请贵方注意, 目前各方就负荷填充及在架机器的采购问题进行的谈判, 一切均起因于贵方的重大违约。

贵方在今年2-3月份单方拒绝履行Old Const与贵方之间签订的《在架机器采购协议》(见附件1), 无视并实质性违反该协议的分批采购约定, 要求Old Const进行一次性大批量的采购。Old Const方曾发送邮件要求贵方遵守协议约定, 按照批次采购(见附件2), 贵方根本没有回应。贵方的做法, 既无视了在架机器采购协议当中的约定, 同时又将导致托管机器数量减少, 让Old Const无法提供足够的托管电费收入来抵扣S21 PRO机器的采购优惠款, 实际上是在要求Old Const提前偿还S21 PRO采购优惠款, 变相撕毁S21 PRO采购协议和合作协议。

Old Const方基于推动合作的诚意在当时并未追究贵方的责任, 但贵方的这些行为已经根本违反了Old Const方与贵方签署的各份协议的商业目的, 导致Old Const方的合同目的无法实现, 并直接导致了后续诸多事项以及双方损失的产生。

另外请贵方注意, Old Const与贵方采购的S21 PRO机器, 在贵方违约后到2025年1月到达, 贵方在事实上也负责这批机器的运输和清关, 与Old Const也为此支付了相关价款和费用, 但由于贵方的原因, 这批S21 PRO机器中有1000多台直至2025年4月中旬才陆续到达场地, 期间Old Const一直无法获取这批机器的运营收益。除此之外, 在与贵方进行负荷填充的谈判中, Old Const也不得不用低廉的电费价格来填充场地负荷。如果贵方要计算损失, 那么贵方也给Old Const带来了大量的损失, Old Const也有权对贵方主张这些损失。

在贵方做出决策前, 也请考虑上述因素, 谢谢。

On Mon, Aug 4, 2025 at 7:13 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

尊敬的1969 LLC / OLD CONST LLC / North Campbell 管理团队,


关于费用支付诉求, 请见我司如下回复:

1. 根据在架矿机销售合同条款, 1969 LLC应应在合同签约后七天内付全款, 且BM有权就采购矿机分批次交付。但考虑贵司的诉求, 本次可先交割除故障机外的7,183台在架S21机器;

2. 针对场地274台故障机器, 请查看附件机器SN等信息。据与现场运维了解, 该部分机器未维修是因为此前Old Const场地暂不具备维修条件且未被允许寄修所致。待贵司支付费用后, 请Old Const团队协助, 我司将尽快安排维修/对发, 机器修好后贵司再支付该部分款项;

3. 测试币20U已收到, 请按照更新的发票金额继续付款;

- 此前已支付定金金额为: US1,938,000;

- 机器总款项(含SUT) 为: 6933台*200T*15U/T* (1+9.75%) =US$22,826,902.50;

- 故障机对应款项(含SUT): 51,065T*15U/T* (1+9.75%) =US$840,657.57

- 首批7,183台待支付尾款为: US$20,048,244.9;

- 已支付测试币: USDT 20;

- 1 USDT=0.999 USD, 如此前, 款项通过USDT-TRC20支付, 应支付款项为**USDT 20,068,293.3;**

- 按照托管场地实际总算力交付, 根据总算力情况或可能补算力差价。


综上, 请贵司于**北京时间2025年8月5日24:00前**完成**USDT 20,068,293.3**款项支付。


如此前邮件沟通, 我司确认收到款项后, 尽将快安排S21下架、S19XP机器上架、与Old Const场地双签补充协议、与North campbell结算剩余费用。请Old Const / North Campbell团队知悉。

但若贵司逾期未支付, 则视为1969 LLC、OLD CONST LLC放弃与BM继续合作。我司将通过合法渠道, 对合作中的损失向相关主体和责任人索要赔偿, 包括但不限于下方附录表格内容。

感谢贵司一直以来的支持, 期待与贵司共续合作!


附录:

| 一、业务类应付款 | | | |
|---|---|---|---|
| 序号 | 类目 | 金额/USD | 明细 |
| 1 | 1969 LLC 销售款 | 20,888,882.50 | 1. 根据矿机销售合同要求, 应在合同签署后7天内支付全部费用 |
| 2 | Old Const 存售合同矿机销售款 | 3,356,640.00 | 1. 合同要求, 漏付336万U, 一笔款用到两个订单 |
| 3 | North Campbell托管合同押金预付款 | 2,963,566.80 | 1. 根据双方于2023年7月11日签订的合同【SERVICE FRAMEWORK AGREEMENT】中11.1、3.4、3.5条款, 合同应在2025年7月10日结束, 剩余押金预付款在结束合作后退回至BM。 |

| | | | 2. 已支付押金USD 1526428.8及预付款USD 1526428.8, 抵付4月费用USD 89290.8后押金预付款余额为USD 2963566.8, 应退回BM。 |
|---|---|---|---|
| **合计** | | **27,209,089.30** | |
| | | 二、违约类情况说明及索偿 | |
| 序号 | 类目 | 金额/USD | 明细 |
| 1 | 1969 LLC 销售款滞纳金 | 675,407.85 | 1. 根据矿机销售合同要求, 应在合同签署后7天内支付全部费用, 否则按年12%的利息收滞纳金。<br>2. 原应在4月29日支付销售款USD 20,888,902.50, 截止8月3日已延期97天, 应赔付USD 675,407.85 = USD 20,888,902.5*12%*97/360。 |
| 2 | Old Const 托管合同停电损失 | BTC 78.85 | 1.自2025年4月14日起矿场由于S21 PRO矿机采购和托管事项将我方7457台矿机断电, 根据双方于2024年11月11日签署的合同【HOSTING SERVICES AGREEMENT】 的6.2及9.1, 我方有权就因此导致的直接和间接损失进行计算并提出相应的补偿要求。<br>2. 收益损失: BTC 0.704029206304088/日 * 112天≈ BTC 78.85 |
| 3 | North Campbell托管合同停电损失 | BTC 62.06 | 1.自2025年4月15日起矿场将我方7800台矿机断电, 根据双方于2023年7月11日签订的合同【SERVICE FRAMEWORK AGREEMENT】中6.1及9.1, 我方有权就因此导致的直接和间接损失进行计算并提出相应的补偿要求。<br>2. 收益损失: BTC 0.558560300985945/日 * 111天≈ BTC 62.06 |

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Shawn P" <information@1969llc.com>
**发送时间:** 2025-08-02 00:54:32 (星期六)
**收件人:** 胡慧珍 <huizhen.hu@bitmain.com>
**抄送:** 赫炘然 <xinran.he@bitmain.com>, 潘相合 <xianghe.pan@bitmain.com>, 邹凯文 <kaiwen.zou@bitmain.com>, "Ethan W" <ethan@hashvalley.us>, info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:

1969 LLC向发票中列明的地址打了20 USDT作为测试币, Hash值b5543deedba1610d6981ed0b5a08e97ecb29ceb6f9b38 3c134cd80d3d3322675, 请贵方确认是否收到。

1969 LLC方目前已经做好了付款交割的准备, 但目前要交割的这批机器中, 有数百台机器在前期架上托管的阶段已经出现了故障, 此前一直没有得到修理仍处于故障状态。1969 LLC方希望在付款交割前, 贵方能协助测试这些机器的状态及修理好这批机器, 确保双方交割的机器不存在质量瑕疵。

On Wed, Jul 30, 2025 at 11:28 PM 胡慧珍 <huizhen.hu@bitmain.com> wrote:

1969 LLC团队你们好,

贵司与BM的在架机器采购合同于2025年4月21日完成签署。经过3月有余的沟通确认, 已按照贵司要求与托管方Old Const达成一致, 即贵司付尾款交割后将采购机器走走。

请查收附件发票，该付款有效期为北京时间8月1日24:00前。请于发票要求时间内完成机器尾款款项支付，请参考以下款项信息：

-此前已支付定金金额为：US1,938,000；

-机器总款项（含SUT）为：6933台*200T*15U/T*（1+9.75%）=US$22,826,902.50；

-待支付尾款为：US$20,888,902.50；

-1 USDT=0.999 USD，如此前，款项通过USDT-TRC20支付，应支付款项为USDT 20,909,812.31；

-按照托管场地实际总算力交付，根据总算力情况或可能补算力差价。

按照采购合同约定，逾期未支付款项将按照12%的年利率收取违约利息。请贵司尽快在规定时间内完成款项支付，尽快推进机器交割完成，谢谢!

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-30 23:56:22 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

请见Old Const方的签字版本，Old Const方在签字页处，mark了姓名首字母，用于标记该版本是来自我方。因之前贵司发来的都是pdf，并未mark up贵司修改之处，我们容易混淆哪个版本来自我方，哪个版本来自贵方。

待贵方提出的事项进一步推进后，Old Const方将会进一步推进该两份协议的签署。

谢谢

On Tue, Jul 29, 2025 at 11:02 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

1. 针对补充协议，BM对贵司最终修订的内容无异议，并已同步更新协议日期。

2. 针对终止协议，BM也接受增加的mutual release条款，并已同步更新协议日期。对于本文件中其他意义不明确的修改处，我司要求与此前内容保持不变。

考虑Old Const场地已断电多月，为尽快恢复场地通电，附件中的两份文件为最终沟通版本。

请贵司于北京时间7月30日24:00前签回。如逾期未获回复，将视为贵司放弃本次业务合作。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-28 23:54:21 (星期一)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:

Old Const方在签署贵方提供的文件时,注意到贵方发来的两份文件中没有修改日期,目前托管合同补充协议仍然写着7月18号,解除协议写着7月9号并将其定义为了生效日,贵方此前同意的将托管协议期限改为合同签署并生效后的两年也没有在托管协议中体现,目前托管协议期限仍然是合同签署后的两年。

Old Const方此前默认贵方会修改协议时间至最新日期,但目前协议中这些日期相关的内容,与事实以及贵方此前的承诺不符,均需要调整为合同实际签署和生效日期,这些修改意见已通过修订模式在附件中体现。

此外,Old Const方在签署页增加了签署人的姓名和title便于届时的签署,并对两份协议的mutual release条款进行了调整,明确协议生效前各方保留/不放弃现有权利。

以上修正内容,若贵方没有问题,请发回pdf版本,Old Const方将在该版本的基础上安排签署。

On Sun, Jul 27, 2025 at 1:31 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好,


请Old Const按照7月24日邮件约定尽快签回两份协议。


为确保Old Const场地尽快恢复通电,请于北京时间7月28日(下周一) 24:00点前签回两份文件。

**如逾期未获回复,将视为贵司放弃本次业务合作。**




Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: 邹凯文 <kaiwen.zou@bitmain.com>
发送时间: 2025-07-25 11:14:46 (星期五)
收件人: "Ethan W" <ethan@hashvalley.us>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好,




针对贵司最新反馈的补充协议修改版本,我司无异议。


请参考附件与贵司达成一致的机器填充补充协议及原架上机器采购终止协议,请贵司于**北京时间2025年7月25日24:00前**签回两份协议。

我司将尽快推进后续流程，尽快推动S19XP机器通电。感谢贵司的支持!

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-24 15:41:10 (星期四)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:

Old Const方经过审慎考虑，出于推动合作的诚意，决定向贵方作出让步。

Old Const原则上决定接受贵方托管补充协议中的条件与贵方7月22日邮件中提出的事项处理流程。另外，出于推动合作的诚意，在合同的生效条件上，OLD CONST决定做出最大让步，接受贵方在谈判早期提出的，将1969 LLC的付款与交割作为合同生效前提这一条件，由贵方与1969 LLC处理原托管机器售出&交割的事宜。

上述让步，我们已经在本邮件的托管协议附件中体现。另外，我们对原合同第7条除1969 LLC付款外的内容进行了一定修改(增加了mutual release条款，以确保双方在此补充协议生效后都不再有后顾之忧)，供贵方审阅。

如果贵方同意，Old Const一方计划将在北京时间25日中午12：00之前单签该协议。

请贵方尽快对此封邮件的内容进行回复。

On Tue, Jul 22, 2025 at 2:04 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

以North Campbell（现托管合约已到期）的S19XP机器填充Old Const负荷为贵司最初提出的方案，我司同意该方案且在补充协议中做出多次让步。针对Old Const托管业务及补充协议，请见我司如下确认；

1. 合同期限
Initial date事关合作事实，无法改动。BM已做出让步，同意将合同期限改为合同签署并生效后的两年。

2. 合作定金
针对因BM托管机器更换导致合作定金差别的情况，矿场需及时退还deposit或prepayment的差价，请见合同附件1.4条款约定。BM已做出让步无需贵司提前退还差异款，仅在通电首月抵扣差价。

3. 1969 LLC款项问题
BM已接受贵司要求，于协议中删除了1969 LLC的相关付款信息。但BM负荷填充的前提依然是原托管机器S21的售出与交割完成，以从逻辑和法律上约束本协议的合法性。

4. 事项处理流程
Step 1：请贵司参考附件补充协议单签返回；
Step 2：如沟通，BM将与采购主体处理原托管机器售出&交割；
Step 3：如沟通，BM完成协议双签生效，Old Const用其仓库中的S19XP进行负荷填充。

5. 售后事宜
贵司提出的售后事宜与Old Const托管协议无任何关联性。但BM托管部门充分理解贵司诉求，待Old Const恢复通电后，将会积极协同推进事项处理。

针对Old Const场地的断电问题，我司多次向贵司表达希望能够尽快恢复通电降低双方损失。鉴于此，请于北京时间7月25日中午12点前（本周五）返回附件协议的单签版本，逾期未收到将视为业务谈判终止。

感谢贵司一直以来的支持，期待尽快恢复业务合作!

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com

Bitmain Technologies Inc

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-21 21:23:20 (星期一)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题，Old Const方仍然认为这不应该成为新托管协议的条件，不应将1969 LLC的付款作为新托管协议的生效条件。

但基于推动合作的诚意及减少双方损失的考虑，Old Const与1969 LLC就贵方提出的条件进行了沟通协商，我们和1969 LLC沟通后，Old Const方和1969 LLC讨论得出的解决方案如下：

1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款，Old Const也可以考虑同意将相关条款纳入新托管合同之中，但需要请贵方答应协助解决以下段落2、3中列出的问题；

2. 1969 LLC提出，其关联公司BitGarden，于2024年1-6月间从贵方采购了数千台S21机器（BitGarden销售合同于附件中提供），贵方对这些机器提供质保服务。在2024年8月，BitGarden在贵方官网下了维修工单，将600台S21机器寄往贵方官方维修网点-DE网点寄修，结果这些寄修机器被挪用并切走了算力，直至2025年年中才陆续得到返还，导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决；

3. 1969 LLC提出，2025年上半年，BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单，要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务（工单号包括但不限于：03320250425075657927oP5H0QEF0652、03320250502085801147ymn60Jdu06D5等）。但在驻场维修中，贵方及维修网点的人员一直以物料不足等理由拖延，拒绝全部维修，导致这些机器一直无法运行，这其中的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷填充沟通的邮件链条中，可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3中的问题，OLD CONST也能够积极推进负荷填充与新托管合同的签订，并协商1969 LLC支付原托管机器采购款，尽早开展新的托管合作弥补双方损失

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

感谢贵司反馈，请见我如下回复：

1.合同期限

Initial date事关合作事实，无法改动。

BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件I的1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退款，而是在通电第一个月抵扣差价，已做出让步。

请贵司确认。

合同约定：

> 1.4  Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

请贵司于**北京时间7月21日24点前**完成确认，谢谢。

---------------------
Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-16 22:10:13 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：
请查收修改后的协议，Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中，Old Const已经基于合作诚意向贵方提供了2美分的折扣电费，Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体，其事务并不在Old Const的控制范围内，Old Const也无法对其承担或履行任何付款义务。1969 LLC的采购无论从法律还是实操上，都不是机器上架通电的障碍，不应该将1969 LLC的行为作为托管生效条件。

On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

> 王总您好，

> 为确保后续合作顺利开展：

- 烦请贵司于**北京时间2025年7月16日（本周三）24:00前**返回修改版本；

**- 如逾期未获回复，将视为贵司放弃本次业务合作。**


请王总尽早回复，以便我们及时跟进后续事宜。



Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-11 22:54:38 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售



王总您好，


感谢贵司反馈，针对贵司提出的异议，我司已审阅并回复如下：


1. 合同到期时间：

按照贵司要求，修改为补充协议双签后的2年，预计为2027年7月；

2. 合作定金：

按照贵司要求，合作定金差价不再退还，但该部分费用需从重新通电后的首月电费中扣除；

3. 1969付款：

针对贵司场地原托管机器S21售出给1969 LLC事宜，我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求，文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准；


请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通，补充协议达成一致后，我司将推进机器交割撤出。后双签两份协议，尽快推进S19XP通电。


请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见，希望贵司能够理解并考虑事件的紧迫性，推动合同于近期双签与落地。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-09 13:44:36 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意，附件中的两份协议系我方基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于<span style="color:red">北京时间2025年7月9日（本周三）24:00前</span>返回修改版本；

- <span style="color:red">如逾期未获回复，将视为贵司放弃本次业务合作。</span>

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-08 12:29:42 (星期二)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论，目前有以下几点意见和需要进一步确认的内容，烦请协助完善：
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件，Old Const无法接受。由于该实体并不在Old Const的可控范围内，Old Const也无法对其承担或履行任何付款义务，因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未体现具体的说明，需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅，预计还需几天时间。待法律审核完成后，Old Const将尽快给予确认或反馈修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

如我司2025年7月2日邮件所述，我司已根据贵司的意见起草了补充协议及销售终止协议，相关文件请见随附附件。

为确保后续合作顺利开展，我司特向贵司提醒：

- 烦请贵司于**北京时间2025年7月9日（本周三）结束前**审阅并给予确认；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

祝商祺，

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-02 22:19:02 (星期三)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼添 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(政商)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re:【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司对变更的托管信息进行确认，基于贵司邮件确认及线下沟通：

1. 应贵司要求，大陆端拟定托管机器变更补充协议供贵司审阅。如沟通，如贵司对补充协议内容无异议，大陆端将尽快推进原托管机器交割。机器交割后，将与贵司双签补充协议，共同推进7799台S19XP上架通电；
2. 针对您邮件提出的在架机器销售情况，大陆端过去始终与Old Const团队保持沟通，本次将与补充协议共同签署架上机器销售终止协议。

请贵司于5个工作日内，即**北京时间2025年7月9日结束前**完成补充协议&架上机器销售终止协议内容确认，以尽快恢复托管场地通电，进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487

E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-06-11 22:07:49 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us,
aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍
<huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮
<yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)"
<zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭
<yangming.bai@bitmain.com>
**主题:** Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好,

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合
同。我司亦于2025年3月7日明确表达了采购意向,并就相关价格与贵司进行了询问与确认。遗憾的是,
在关键阶段,贵司未能及时给予实质回应,且后续未能承认此前所达成的销售安排,直接导致合作推进
受阻,双方因此承受了不必要的经济损失。

在当前基础上,我司仍本着合作共赢的原则,愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填
充至Old Const场地,我司将不就此前事宜追究贵司责任。同时,Old Const接受将Settlement Hosting
Unit Price调整为US$0.068/kWh,并确认存售折扣单价为US$0.020/kWh,以支持整体合作安排顺利落
实。

烦请贵司尽快完成相关部署,推进设备入场,争取早日恢复运营,避免进一步损失,并共同巩固双方长
期合作基础。



**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may
contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of
this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and
then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination,
copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好,

BM与贵司合作的托管项目Old Const于2024/11签订托管合同,合同于2026/12到期。

该场地自2025/4/22断电以来,已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作
关系,已就解决方案进行多次沟通。

如近期与贵司的沟通,应贵司要求,现BITMAIN就用North Campbell托管场地7799台S19XP机器填
充Old Const场地负荷基本达成一致。核心内容如下,我司将在收到您的邮件确认后正式推进负荷填
充:

1. 1969 LLC采购的Old Const场地共7,457台S21机器,在付清全款后即可交割提货。但前提是
   Old Const须承诺不会对BM追责,且BM和Old Const需同步签署补充协议;

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充
   Old场地负荷,North的托管合同需同时终止,应退还给BM的费用须及时退还。此事宜将另起
   邮件推进,请您知悉 @顺余;

3. 经前期沟通,贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调至US$0.068/
   kWh。如负荷填充方案达成一致,BM愿同意将其调整为US$0.068/kWh,但是存售折扣单价应
   为贵司提出的US$0.020/kWh,以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容，并务必于**北京时间6/10（本周二）20:00**前完成确认，以便双方更好推进业务落实，早日恢复通电，谢谢！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

---------- Forwarded message ----------
From: Ethan W <ethan@hashvalley.us>
To: "宋佳芮" <jiarui.song@bitmain.com>, "胡慧珍" <huizhen.hu@bitmain.com>
Cc: hostingsupport@bitmain.com, marvelyn.han@bitmian.com, Hash Valley <info@hashvalley.us>
Bcc:
Date: Thu, 6 Mar 2025 09:05:22 -0800
Subject: 298 Miner Purchase at Puryear
尊敬的比特大陆团队，

Old Const需要购入298台架上机器，请告知每T的价格和总价和付款流程

谢谢

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**2 attachments**

📄 **附件2-298 Miner Purchase at Puryear.eml**
4K

📄 **附件1-Georgia Limited-OLD CONST LLC.-7143台S21销售协议HTHZ-20241112-002(1).pdf**
8720K

---

**Legal Garden** <legal@bitgarden.us>                                                    Thu, Aug 7, 2025 at 3:09 PM
To: 邹凯文 <kaiwen.zou@bitmain.com>
Cc: Shawn P <information@1969llc.com>, Ethan W <ethan@hashvalley.us>, 潘相合 <xianghe.pan@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, 赫炘然 <xinran.he@bitmain.com>, info@hashvalley.us, pan@hashvalley.us, fen@bitgarden.us, aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

比特大陆的各位：

2023年10月，BIT GARDEN INC（以下简称"我司"）与贵司签订了S21机器预售协议（BM Ref: USDE-XS-00120231006001，已提供于邮件附件）。基于该协议约定，贵司有义务向我司采购的S21机器提供为期一年的质保服务。

基于对比特大陆售后服务的信任，我司在2024年6月、8月、10月、12月时间陆续在贵司官网下了寄修工单，将我司采购的数百台S21机器寄往贵司的官网维修网点DE网点进行维修。但基于我司的预料，这些寄修的S21机器在DE网点滞留了半年以上的时间，迟迟未返还给我司，给我司带来了巨大的损失。

2025年，我司尝试了各种交流手段要求返还机器，这批机器才在2025年年中全部返送我司。在收到这些机器后，我司检查了机器的后台信息，发现有机器算力被彻底被切割盗用算力，为我司之中的第三方运行。显然，我司之所以迟迟无法取回这些机器，完全是因为有人恶意挪用偷跑、故意不返还，这严重侵害了我司的权益。作为质保服务的提供方，贵司理应对这种售后服务中发生的重大问题承担责任，我司有权要求贵司赔偿我司的损失。

另外在2025年，基于此前的寄修数问，我司通过员工以及关联公司1969 LLC在比特大陆的官网又提交了驻场维修工单，希望贵司能协助维修我司采购的近千台S21机器。但是，在驻场维修的过程中，贵司的维修网点以及售后服务的工作人员又以缺乏管理而拖延维修，并拒绝向我司提供维修所需的全部物料，这使得我司的故障机器又迟迟无法运行，给我司进一步带来了损失。贵司拖延、拒绝提供售后服务的行为，又一次违反了贵方在销售协议中对于质保服务的保证，我司亦有权要求贵司赔偿我司的损失。

贵司在与我司的采购合同中明文约定了质保服务的内容，但在实际操作中，无论是寄修服务还是驻场维修，贵司提供的满是缺陷的售后质保服务反而给我司带来了更大的损失，已经实质上违反了采购合同的质保条款。我司请求贵司承担责任，解决贵司在维修中给我司造成的损失。

另外，请贵司注意，对于上述的对贵司的索赔权利，我司已经将其转让给我司的关联公司1969 LLC，由其与贵方进行具体事项的磋商。希望贵司能够承担起大公司应有的责任，就贵司在售后服务中发生的问题积极与1969 LLC协商，弥补我司的损失。

谢谢

On Wed, Aug 6, 2025 at 11:36 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
潘总您好，

我司不认同贵司回复的相关内容，请见我司如下回复：
1. 款项问题
我司已多次说明，根据销售合同贵司应在合同双签后7天内付全款，BM有权分批交割机器。
即使我司理解1969对产品质量上的诉求，已做出让步允许贵司仅先支付7,183台良品机款项并交割，但贵司至今尚未完成相应的付款义务。

2. 维修机器问题
针对274台故障机，我司是针对贵司提出"一直没有维修"做出的回复，说明之前没有维修是因为贵司的关联方Old拒绝按合同寄修，要求在场地维修客建成后由BM派人现场维修。而且上Old断电，禁止BM进入，这是Old拒绝配合的前提下，BM无法对故障机器提供维修服务。

3. 在架机器采购 变更为下架提走方案 的问题
双方的采购合作初期以"采购在架机器并做代托"方案为前提进行沟通，其代托TS等均已与贵司沟通承认。但1969因股东要求，临时改变代托方案并要求机器拉走。请注意时间顺序，避免混淆。
另外，并非我司拒绝1969拉走采购机器，拉走的前提是是1969 LLC按照合同约定支付全款。

4. Bitgarden和North Campbell的问题
Bitgarden和BM之间关于维修的争议与1969履行合同义务无关，不应将BM和Bitgarden间争议的解决作为1969付款的前置条件。
关于North Campbell事件，请见我司在"Re: North Campbell BM-Unpaid INVOICE"邮件中的回复，不在本封邮件赘述。

以上，贵司至今尚未完成相应的付款义务，且我司不认同贵司回复的相关内容，请贵司参考。

Best Regards,

Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Shawn P" <information@1969llc.com>
发送时间: 2025-08-06 01:59:51 (星期三)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: "Ethan W" <ethan@hashvalley.us>, 潘相合 <xianghe.pan@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, 赫炘然 <xinran.he@bitmain.com>, info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，以下是对贵方提出的一些问题的回复：

1.S21机器采购的问题

对于故障机器的问题，据1969 LLC方了解，贵方提出的Old Const场地暂不具备维修条件这点并不成立，该场地已经满足驻场维修条件，此前已经有维修网点进驻开展过驻场维修，因此本次交易涉及的故障S21机器驻场维修不存在障碍。

关于贵方提出的付款后再处理故障机器的问题，据1969 LLC方所知，1969 LLC的关联方Bit Garden Inc寄修的数百台S21机器，在贵方的官方维修网点--DE网点维修了大半年也没拿回，这些机器甚至还被切走了算力。此前1969 LLC方委托Old Const方在邮件沟通中，要求贵方解决Bit Garden维修机器被挪用损失问题，贵方也没有正面回应（见附件A）。此外，Bit Garden采购的S21机器驻场维修也一直拖延没有得到解决，因此1969 LLC方很自然地难以再无条件地继续信任贵方的维修效率。Bit Garden的问题会由其单独发送邮件向贵方说明。

目前，1969 LLC方已经准备好了付款资金并做好了付款准备，计划待贵方解决相关事项后，向贵方支付机器采购款，1969 LLC方仍然是希望贵方能够先安排修理故障机器并使其质量达标后，双方即可对合同约定的所有机器一并进行交割。

关于贵方提出的滞纳金问题，1969 LLC方要指出的是：在4月签订合同之后双方之所以没有及时付款交割，完全是因为当时贵方一定要求这批S21机器留在场地内、拒绝1969 LLC方交割拉走所导致。截止目前，双方也仍在进行合理的商业谈判，因此贵方并无合理依据要求1969 LLC承担滞纳金。

希望贵方能够理解1969 LLC方在采购产品质量上的合理诉求，一起抱着最大诚意积极推动这笔交易的完成。

2.North Campbell的问题

对于1969 LLC的关联方North Campbell，据1969 LLC方所知，North Campbell与贵方的托管合同之间仍存在争议电费款未解决，且有部分无争议电费款未支付，具体款项待North Campbell方确认后会告知贵方。

此外，以2美分的优惠电费将North Campbell的托管机器托管于Old Const场地也是在双方进行合理的商业谈判后贵方同意的方案，贵方就谈判期间产生的问题提出的不合理诉求，North Campbell方无法认可。

以上内容，请贵方参考，谢谢。

On Mon, Aug 4, 2025 at 7:13 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

尊敬的1969 LLC / OLD CONST LLC / North Campbell 管理团队，

关于费用支付诉求，请见我司如下回复：

1. 根据在架矿机销售合同条款，1969 LLC原应在合同签约后七天内付全款，且BM有权就采购矿机分批交付。但考虑贵司的诉求，本次可先交割除故障机外的7,183台在架S21机器；

2. 针对场地274台故障机器，请查看附件机器SN等信息。据与现场运维了解，该部分机器未维修是因为此前Old Const场地暂不具备维修条件且未被允许寄修所致。待贵司支付维修费用后，请Old Const团队协助，我司将尽快安排维修/对发，机器修好后贵司再支付该部分款项：

3. 测试币20U已收到，请按照更新的发票金额继续付款：

- 此前已支付定金金额为：US$1,938,000；

- 机器总款项（含SUT）为：6933台*200T*15U/T* （1+9.75%）=US$22,826,902.50；

- 故障机对应款项（含SUT）：51,065T*15U/T* （1+9.75%）=US$840,657.57

- 首批7,183台待支付尾款为：US$20,048,244.9；

- 已支付测试币：USDT 20；

- 1 USDT=0.999 USD，如此前，款项通过USDT-TRC20支付，应支付款项为USDT 20,068,293.3；

- 按照托管场地实际总算力交付，根据总算力情况或可能补算力差价。

综上，请贵司于北京时间2025年8月5日24:00前完成USDT 20,068,293.3款项支付。

如此前邮件沟通，我司确认收到款项后，将尽快安排S21下架、S19XP机器上架、与Old Const场地双签补充协议、与North campbell结算剩余费用。请Old Const / North Campbell团队知悉。

但若贵司逾期未支付，则将视为1969 LLC、OLD CONST LLC放弃与BM继续合作。我司将通过合法渠道，对合作中的损失向相关主体和责任人索要赔偿，包括但不限于下方附录表格内容。

感谢贵司一直以来的支持，期待与贵司共续合作！

附录：

| 一、业务类应付款 | | | |
|---|---|---|---|
| 序号 | 类目 | 金额/USD | 明细 |
| 1 | 1969 LLC 销售款 | 20,888,882.50 | 1. 根据矿机销售合同要求，应在合同签约后7天内支付全部费用 |
| 2 | Old Const 存售合同矿机销售款 | 3,356,640.00 | 1. 合同要求，漏付336万U，一笔款项到两个订单 |
| 3 | North Campbell托管合同押金预付款 | 2,963,566.80 | 1. 根据双方于2023年7月11日签订的合同【SERVICE FRAMEWORK AGREEMENT】中11.1、3.4、3.5各款，合同应在2025年7月10日结束，剩余押金预付款在结束合作后退回至BM。<br>2. 已支付押金USD 1526428.8及预付款USD 1526428.8，抵扣4月费用USD 89290.8后押金预付款余额为USD 2963566.8，应退回BM。 |
| 合计 | | 27,209,089.30 | |
| 二、违约类情况说明及索偿 | | | |
| 序号 | 类目 | 金额/USD | 明细 |
| 1 | 1969 LLC 销售款滞纳金 | 675,407.85 | 1. 根据矿机销售合同要求，应在合同签约后7天内支付全部费用，否则按年12%的利息收滞纳金。<br>2. 原应在4月29日支付销售款USD 20,888,902.50，截止8月3日已延期97天，应赔付USD 675,407.85 = USD 20,888,902.5*12%*97/360。 |
| 2 | Old Const 托管合同停电损失 | BTC 78.85 | 1.自2025年4月14日起矿场由于对S21 PRO机器采购和托管事项将我方7457台矿机断电，根据双方于2024年11月11日签署的合同【HOSTING SERVICES AGREEMENT】 的6.2及9.1，我方有权就因此导致的直接和间接损失进行计算并提出相应的补偿要求。<br>2. 收益损失：BTC 0.704029206304088/日 * 112天≈ BTC 78.85 |
| 3 | North Campbell托管合同停电损失 | BTC 62.06 | 1.自2025年4月15日起矿场将我方7800台矿机断电，根据双方于2023年7月11日签订的合同【SERVICE FRAMEWORK AGREEMENT】中6.1及9.1，我方有权就因此导致的直接和间接损失进行计算并提出相应的补偿要求。<br>2. 收益损失：BTC 0.558560300985945/日 * 111天≈ BTC 62.06 |

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人："Shawn P" <information@1969llc.com>
发送时间：2025-08-02 00:54:32 (星期六)
收件人：胡慧珍 <huizhen.hu@bitmain.com>
抄送：赫炘然 <xinran.he@bitmain.com>，潘相合 <xianghe.pan@bitmain.com>，邹凯文 <kaiwen.zou@bitmain.com>，"Ethan W" <ethan@hashvalley.us>，

info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国 Old Const-25MW-风冷存售

比特大陆团队你们好，

1969 LLC向发票中列明的地址打了20 USDT作为测试币，Hash值b5543deedba1610d6981ed0b5a08e97ecb29ceb6f9b383c134cd80d3d322675，请贵方确认是否收到。

1969 LLC方目前已经做好了付款交割的准备，但目前要交割的这批机器中，有数百台机器在前期架上托管的阶段已经出现了故障，此前一直没有得到修理仍处于故障状态。1969 LLC方希望在付款交割前，贵方能协助测试这些机器的状态及修理好这批机器，确保双方交割的机器不存在质量瑕疵。

On Wed, Jul 30, 2025 at 11:28 PM 胡慧珍 <huizhen.hu@bitmain.com> wrote:

1969 LLC团队你们好，

贵公司与BM的在架机器采购合同于2025年4月21日完成签署。经过3月有余的沟通确认，已按照贵司要求与托管方Old Const达成一致，即贵司付尾款交割后将采购机器提走。

请查收附件发票，该付款有效期为北京时间8月1日24:00前。请于发票要求时间内完成机器尾款款项支付，请参考以下款项信息：

-此前已支付定金金额为：US1,938,000；

-机器总款项（含SUT）为：6933台*200T*15U/T*（1+9.75%）=US$22,826,902.50；

-待支付尾款为：US$20,888,902.50；

-1 USDT=0.999 USD，如此前，款项通过USDT-TRC20支付，应支付款项为USDT 20,909,812.31；

-按照托管场地实际总算力交付，根据总算力情况或可能补算力差价。

按照采购合同约定，逾期未支付款项将按照12%的年利率收取违约利息。请贵司尽快在规定时间内完成款项支付，尽快推进机器交割完成，谢谢！

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-30 23:56:22 (星期三)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国 Old Const-25MW-风冷存售

比特大陆团队你们好，

请见Old Const方的签字版本，Old Const方在签字页处，mark了姓名首字母，用于标记该版本是来自我方。因之前贵司发来的都是pdf，并未mark up贵司修改之处，我们容易混淆哪个版本来自我方，哪个版本来自贵方。

待贵方提出的事项进一步推进后，Old Const方将会进一步推进该两份协议的签署。

谢谢

On Tue, Jul 29, 2025 at 11:02 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

1. 针对补充协议，BM对贵司最终修订的内容无异议，并已同步更新协议日期。

2. 针对终止协议，BM也接受增加的mutual release条款，并已同步更新协议日期。对于本文件中其他意义不明确的修改处，我司要求与此前内容保持不变。

考虑Old Const场地已断电多月，为尽快恢复场地通电，附件中的两份文件为最终沟通版本。

请贵司于北京时间7月30日24:00前签回。如逾期未获回复，将视为贵司放弃本次业务合作。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-28 23:54:21 (星期一)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队伙们你们好:

Old Const方在签署贵方提供的文件时，注意到贵方发来的两份文件中没有修改日期，目前托管合同补充协议仍然写着7月18号，解除协议写着7月9号并将其定义为了生效日，贵方此前同意的将托管协议期限改为合同签署并生效后的两年也没有在托管协议中体现，目前托管协议期限仍然是合同签署后的两年。

Old Const方此前默认贵方会修改协议时间至最新日期，但目前协议中这些日期相关的内容，与事实以及贵方此前的承诺不符，均需要调整为合同实际签署和生效日期，这些修改意见已通过修订模式在附件中体现。

此外，Old Const方在签署页增加了签署人的姓名和title便于届时的签署，并对两份协议的mutual release条款进行了调整，明确协议生效前各方保留/不放弃现有权利。

以上修正内容，若贵方没有问题，请发回pdf版本，Old Const方将在该版本的基础上安排签署。

On Sun, Jul 27, 2025 at 1:31 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好,

请Old Const按照7月24日邮件约定尽快签回两份协议。

为确保Old Const场地尽快恢复通电，请于北京时间7月28日(下周一）24:00点前签回两份文件。

如逾期未获回复，将视为贵司放弃本次业务合作。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: 邹凯文 <kaiwen.zou@bitmain.com>
发送时间: 2025-07-25 11:14:46 (星期五)
收件人: "Ethan W" <ethan@hashvalley.us>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好,

针对贵司最新反馈的补充协议修改版本，我司无异议。

请参考附件与贵司达成一致的机器填充补充协议及原架上机器采购终止协议，请贵司于北京时间**2025年7月25日24:00**前签回两份协议。

我司将尽快推进后续流程，尽快推动S19XP机器通电。感谢贵司的支持！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-24 15:41:10 (星期四)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好:

Old Const方经过审慎考虑, 出于推动合作的诚意, 决定向贵方作出让步。

Old Const方原则上决定接受贵方托管补充协议中的条件与贵方7月22日邮件中提出的事项处理流程。另外, 出于推动合作的诚意, 在合同的生效条件上, OLD CONST决定做出最大让步, 接受贵方在谈判早期提出的, 将1969 LLC的付款与交割作为合同生效前提这一条件, 由贵方与1969 LLC处理原托管机器售出&交割的事宜。

上述让步, 我们已经在本邮件的托管协议附件中体现。另外, 我们对原合同第7条除1969 LLC付款外的内容进行了一定修改(增加了mutual release条款, 以确保双方在此补充协议生效后都不再有后顾之忧), 供贵方审阅。

如果贵方同意, Old Const一方计划将在北京时间25日中午12: 00之前单签该份协议。

请贵方尽快对此封邮件的内容进行回复。

On Tue, Jul 22, 2025 at 2:04 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好,

以North Campbell (现托管合约已到期) 的S19XP机器填充Old Const负荷为贵司最初提出的方案, 我司同意该方案且在补充协议中做出多次让步。针对Old Const托管业务及补充协议, 请见我司如下确认:

1.合同期限
Initial date事关合作事实, 无法改动。BM已做出让步, 同意将合同期限改为合同签署并生效后的两年。

2.合作定金
针对因BM托管机器更换导致合作定金差异的情况, 矿场需及时退还deposit或prepayment的差价, 请见合同附件1.4条款约定。BM已做出让步无需贵司提前退还差异款, 仅在通电首月抵扣差价。

3.1969 LLC款项问题
BM已接受贵司要求, 于协议中删除了1969 LLC的相关付款信息。但BM负荷填充的前提依然是原托管机器S21的售出与交割完成, 以从逻辑和法律上约束本协议的合法性。

4.事项处理流程
Step 1: 请贵司参考附件补充协议单签返回;
Step 2: 如沟通, BM将与采购主体处理原托管机器售出&交割;
Step 3: 如沟通, BM完成协议双签生效, Old Const则用其仓库中的S19XP进行负荷填充。

5.售后事宜
贵司提出的售后事宜与Old Const托管协议无任何关联性。但BM托管部门充分理解贵司诉求, 待Old Const恢复通电后, 将会积极协同推进事项处理。

针对Old Const场地的断电问题, 我司多次向贵司表达希望尽快恢复通电降低双方损失。鉴于此, 请于北京时间7月25日中午12点前 (本周五) 返回附件协议的单签版本, 逾期未收到将视为业务谈判终止。

感谢贵司一直以来的支持, 期待尽快恢复业务合作!

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-21 21:23:20 (星期一)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题，Old Const方仍然认为这不应该成为新托管协议的条件，不应将1969 LLC的付款作为新托管协议的生效条件。

但基于推动合作的诚意及减少双方损失的考虑，Old Const与1969 LLC就贵方提出的条件进行了沟通协商，我们和1969 LLC沟通后，Old Const方和1969 LLC讨论得出的解决方案如下：

1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款，Old Const也可以考虑同意将相关条款纳入新托管合同之中，但需要请贵方答应协助解决以下段落2、3中列出的问题：

2. 1969 LLC提出，其关联公司BitGarden，于2024年1-6月间从贵方采购了数千台S21机器（BitGarden销售合同予附件中提供），贵方对这些机器提供质保服务。在2024年8月，BitGarden在贵方官网下了维修工单，将600台S21机器寄往贵方官方维修网点-DE网点寄修，结果这些寄修机器被挪用并切走了算力，直至2025年年中才陆续得到返还，导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决；

3. 1969 LLC提出，2025年上半年，BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单，要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务（工单号包括但不限于：033202504250756057927oP5H0QEF0652、033202505020858011147ymn60Jdu06D5等）。但在驻场维修中，贵方及维修网点的人员一直以物料不足等理由拖延，拒绝全部维修，导致这些机器一直无法运行，这其中的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷填充沟通的邮件链接中，可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3中的问题，OLD CONST也能够积极推进负荷填充与新托管合同的签订，并协商1969 LLC支付原托管机器采购款，尽早开展新的托管合作弥补双方损失

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

感谢贵司反馈，请见我司如下回复：

1.合同期限

Initial date事关合作事实，无法改动。

BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件I的1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还，而是在通电第一个月抵扣差价，已做出让步。

请贵司确认。

合同约定：

> 1.4  Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

请贵司于北京时间7月21日24点前完成确认，谢谢。

--------------------
Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-16 22:10:13 (星期三)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售


比特大陆团队你们好,
请查收修改后的协议, Old Const主要有以下修改意见

1.合同期限
Old Const希望将期限改为合同签署并生效后的两年。

2.合作定金
在新的托管合作中, Old Const已经基于合作诚意向贵方提供了2美分的折扣电费, Old Const认为没必要再返还/抵扣定金数额。

3.1969 LLC的问题
1969 LLC与Old Const是不同的法律主体, 其事务并不在Old Const的控制范围内, Old Const也无法对其承担或履行任何付款义务。1969 LLC的采购无论是从法律还是实操上, 都不是机器上架通电的障碍, 不应该将1969 LLC的行为作为托管生效条件。


On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好,


为确保后续合作顺利开展,

- 烦请贵司于北京时间2025年7月16日（本周三）24:00前返回修改版本:

- 如逾期未获回复, 将视为贵司放弃本次业务合作。


请王总尽早回复, 以便我们及时跟进后续事宜。


Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: 邹凯文 <kaiwen.zou@bitmain.com>
发送时间: 2025-07-11 22:54:38 (星期五)
收件人: "Ethan W" <ethan@hashvalley.us>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售


王总您好,


感谢贵司反馈, 针对贵司提出的异议, 我司已审阅并回复如下:

1. 合同到期时间:

按照贵司要求,修改为补充协议双签后的2年,预计为2027年7月;

2. 合作定金:

按照贵司要求,合作定金差价不再退还,但该部分费用用需从重新通电后的首月电费中扣除;

3. 1969付款:

针对贵司场地原托管机器S21售出给1969 LLC事宜,我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求,文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准:

请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通,补充协议达成一致后,我司将推进机器交割撤出。后双签两份协议,尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见,希望贵司能够理解并考虑事件的紧迫性,推动合同于近期双签与落地。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-09 13:44:36 (星期三)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re:【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意,附件中的两份协议系我方基于目前讨论内容提出的初步修改意见,其内容不应被视为Old Const的最终立场或承诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

> 王总您好,
>
> 为确保后续合作顺利开展:
>
> - 烦请贵司于北京时间2025年7月9日（本周三）24:00前返回修改版本;
>
> - 如逾期未获回复,将视为贵司放弃本次业务合作。
>
> 请王总尽早回复,以便我们及时跟进后续事宜。
>
> Best Regards,
> Kaiwen Zou
> *Project Manager, Mining Farm Operation*
> M: +86 17853146487
> E: kaiwen.zou@bitmain.com
> **Bitmain Technologies Inc**
>
> -----原始邮件-----
> 发件人: "Ethan W" <ethan@hashvalley.us>

发送时间: 2025-07-08 12:29:42 (星期二)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com,
information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)"
<yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商
政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re:【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论，目前有以下几点意见和需要进一步确认的内容，烦请协助完善:
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件，Old Const无法接受。由于该实体并不在Old Const可控范围内，Old Const也无法对其承担或履
行任何付款义务，因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未提供具体的说明，需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅，预计还需几天时间。待法律审核完成后，Old Const将尽快给予确认或反馈
修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

如我司2025年7月2日邮件所述，我司已根据贵司的意见起草了补充协议及销售终止协议，相关文件请见随附附件。

为确保后续合作顺利开展，我司特向贵司提醒:
- 烦请贵司于北京时间2025年7月9日（本周三）结束前审阅并给予确认;
- 如逾期未获回复，将视为贵司放弃本次业务合作。

请王总尽早回复，以便我们及时跟进后续事宜。

祝商棋，

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**
-----原始邮件-----
发件人: 邹凯文 <kaiwen.zou@bitmain.com>
发送时间: 2025-07-02 22:19:02 (星期三)
收件人: "Ethan W" <ethan@hashvalley.us>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com,
information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹
昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>,
"ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭
<yangming.bai@bitmain.com>
主题: Re: Re:【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司对变更的托管信息进行确认，基于贵司邮件确认及线下沟通:
  1. 应贵司要求，大陆端拟定托管机器变更补充协议供贵司审阅。如沟通，如贵司对补充协议内容无异议，大陆端将尽快
     推进原托管机器交割。机器交割后，将与贵司双签补充协议，共同推进7799台S19XP上架通电;
  2. 针对您邮件提出的在架机器销售情况，大陆端过去始终与Old Const团队保持沟通，本次将与补充协议共同签署架上机
     器销售终止协议。

请贵司于5个工作日内，即北京时间2025年7月9日结束前完成补充协议&架上机器销售终止协议内容确认，以尽快恢复托管
场地通电，进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-06-11 22:07:49 (星期三)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com,
information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>,
"ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭
<yangming.bai@bitmain.com>
主题: Re:【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好,

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向,并就相关价格与贵司进行了询问与确认。遗憾的是,在关键阶段,贵司未能及时给予实质回应,且后续未能承认此前所达成的销售安排,直接导致合作推进受阻,双方因此承受了不必要的经济损失。

在当前基础上,我司仍本着合作共赢的原则,愿意积极协同项目恢复。只要贵司尽快将托管负荷填充至Old Const场地,我司将不就此前事宜追究贵司责任。同时,Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh,并确认存售折扣单价为US$0.020/kWh,以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署,推进设备入场,争取早日恢复运营,避免进一步损失,并共同巩固双方长期合作基础。

**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好,

BM与贵司合作的托管项目Old Const于2024/11签订托管合同,合同于2026/12到期。

该场地自2025/4/22断电以来,已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系,已就解决方案进行多次沟通。

如近期与贵司的沟通,应贵司要求,现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容如下,我司将在收到您的邮件确认后正式推进负荷填充:

1. 1969 LLC采购的Old Const场地共7,457台S21机器,在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责,且BM和Old Const需同步签署补充协议;

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old场地负荷,North的托管合同需同时终止,应退还给BM的费用须及时退还。此事宜将另起邮件推进,请您知悉 @顺余;

3. 经前期沟通,贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调至US$0.068/kWh。如负荷填充方案达成一致,BM愿同意将其调整为US$0.068/kWh,但是存售折扣单价应为贵司提出的US$0.020/kWh,以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容,并务必于北京时间**6/10 (本周二) 20:00**前完成确认,以便双方更好推进业务落实,早日恢复通电,谢谢!

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487



E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

📄 **SALES_20231008_465_Delaware_Limited_Bit_Garden_Inc_S21销售合同.pdf**
8874K

---

**Ethan W** <ethan@hashvalley.us>                                                                Mon, Aug 11, 2025 at 1:25 PM
To: 邹凯文 <kaiwen.zou@bitmain.com>
Cc: Shawn P <information@1969llc.com>, 潘相合 <xianghe.pan@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, 赫炘然 <xinran.he@bitmain.com>,
info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘禹
昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, Legal Support <legal.support@bitmain.com>, "ZhengShang(商政)"
<zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>

致比特大陆团队：

就上封邮件中贵方提到的Old Const采购问题，贵方和Old Const签订的采购合同中写明了，Old Const是按照每次数百台的节奏分批采购S21机器，
是贵方单方违反合同，要求Old Const一次性采购数千台S21机器。贵方在此前的交流中，也曾向Old Const方提出过，如果Old Const不一次性购买

这些S21机器就会卖给第三方，甚至提出过采购合同无效等没有任何依据的主张，这些都是贵方强加给旧工程的采购要求。Old Const曾按照合同约定，向贵方发出邮件要求按照合同采购，贵方也没有回复我们的采购要求，这些都是贵方违约在先的证明。

此外，运输清关的问题，事实上就是由贵方负责运输清关，贵方也从来没有给Old Const明确发出过要求Old Const来运输的邮件，甚至没有给Old Const提供过任何用于清关的文件，没有这些文件Old Const不可能完成清关，事实上运输清关的环节都在贵方的掌控之中，贵方掌握着一切信息和材料且没有分享给Old Const，由此产生的问题应由贵方承担。

Old Const希望贵方作为大公司，能正视事态发展的流程，双方正视过去发生的事实，这样更有利于双方积极解决问题促成交易。

另外，就陈总与Old Const的关系，陈总是Old Const的业务合作伙伴，但非Old Const的实际控制人，Old Const是我本人100%控股的企业，请贵司不要搞混陈总与Old Const之间的关系。

On Wed, Aug 6, 2025 at 11:37 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

我司不认同贵司回复相关内容，请见我司如下回复：

1. Old Const销售、存售、托管合同
针对存售销售合同，贵司至今未足额履行合同约定的付款义务。
针对托管合同，BM在Old托管的机器现在仍然位于Old托管场地上。但自2025年4月23日起贵司未经BM同意擅自断电，BM多次沟通要求恢复通电，但至今尚未恢复，已严重违反托管合同约定。

2. 要求一次性采购事项
针对原架上机器采购协议，我司通过邮件/会议/微信已与您多次说明情况。BM自2024年12月5日与贵司指定对接人Adam持续沟通机器采购事宜，从未强制贵司一次性采购，始终尊重贵司采购意愿。
经过多月沟通，贵司实控人陈总确认换主体 1969 LLC 采购该批机器；因此，BM与Old之间不存在架上机器采购合同下的法律问题。

3. 运输清关事项
销售合同中的贸易术语为FCA，即为货交承运人后，买方承担风险。
根据销售合同第 2.2(a) 条的约定，一旦 BM 将货物装载至Old指定的运输工具上，BM 在本合同项下的所有运输义务即告履行完毕。此后，清关及其他相关事宜应由 Old 自行承担。

以上，我司不认同贵司上一封邮件中的内容，请贵司参考。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-08-05 23:20:58 (星期二)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: "Shawn P" <information@1969llc.com>, 潘相合 <xianghe.pan@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, 赫炘然 <xinran.he@bitmain.com>, info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

致比特大陆团队：

对于贵方在邮件中提到的问题，Old Const方提请贵方注意，目前各方就负荷填充及在架机器的采购问题进行的谈判，一切均起因于贵方的重大违约。

贵方在今年2-3月份单方拒绝履行Old Const与贵方之间签订的《在架机器采购协议》（见附件1），无视并实质性违反该协议的分批采购约定，要求Old Const进行一次性大批量的采购。Old Const方曾发送邮件要求贵方遵守协议约定，按照批次采购（见附件2），贵方根本没有回应。贵方的这种做法，既无视了在架机器采购协议本身的约定，同时又将导致托管机器数量减少，让Old Const无法提供足够的托管电费收入来抵扣S21 PRO机器的采购优惠款，实际上是在要求Old Const提前偿还S21 PRO采购优惠款，变相撕毁S21 PRO采购协议和合作协议。

Old Const方基于推动合作的诚意在当时并未追究贵方的责任，但贵方的这些行为已经根本违反了Old Const方与贵方签署的各份协议的商业目的，导致Old Const方的合同目的无法实现，并直接导致了后续诸多事项以及双方损失的产生。

另外请贵方注意，Old Const与贵方采购的S21 PRO机器，有1000多台机器本来应该在2025年1月到达，贵方在事实上也负责这批机器的运输和清关，Old Const也为此支付了相关价款和费用，但由于贵方的原因，这批S21 PRO机器有1000多台直至2025年4月中旬才陆续到达场地，期间Old Const一直无法获取这批机器的运营收益。除此之外，在与贵方进行负荷填充的谈判中，Old Const也不得不用低廉的电费价格来填充场地负荷。如果贵方要计算损失，那么贵方也给Old Const带来了大量的损失，Old Const也有权对贵方主张这些损失。

在贵方做出决策前，也请考虑上述因素，谢谢。

On Mon, Aug 4, 2025 at 7:13 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

尊敬的1969 LLC / OLD CONST LLC / North Campbell 管理团队，

关于费用支付诉求，请见我司如下回复：

1. 根据在架矿机销售合同条款，1969 LLC原应在合同签约后七天内付全款，且BM有权就采购矿机分批次交付。但考虑贵司的诉求，本次可先交割除故障机外的7,183台在架S21机器；

2. 针对场地274台故障机器，请查看附件机器SN等信息。据与现场运维了解，该部分机器未维修是因为此前Old Const场地暂不具备维修条件且未被允许寄修所致。待贵司支付费用后，请Old Const团队协助，我司将尽快安排维修/对发，机器修好后贵司再支付该部分款项；

3. 测试币20U已收到，请按照更新的发票金额继续付款；

- 此前已支付定金金额为：US1,938,000；

- 机器总款项（含SUT）为：6933台*200T*15U/T* (1+9.75%) =US$22,826,902.50；

- 故障机对应款项（含SUT）：51,065T*15U/T* (1+9.75%) =US$840,657.57

- 首批7,183台待支付尾款为：US$20,048,244.9；

- 已支付测试币：USDT 20；

- 1 USDT=0.999 USD，如此前，款项通过USDT-TRC20支付，应支付款项为**USDT 20,068,293.3;**

- 按托管场地实际总算力交付，根据算力情况或可能补算力差价。

综上，请贵司于**北京时间2025年8月5日24:00前**完成**USDT 20,068,293.3**款项支付。

如此前邮件沟通，我司确认收到款项后，将尽快安排S21下架、S19XP机器上架、与Old Const场地双签补充协议、与North campbell结算剩余费用。

但若贵司逾期未支付，则将视为1969 LLC、OLD CONST LLC放弃与BM继续合作。我司将通过合法渠道，对合作中的损失向相关主体和责任人索要赔偿，包括但不限于下方附录表格内容。

感谢贵司一直以来的支持，期待与贵司共续合作!

附录：

| 一、业务类应付款 | | | |
|---|---|---|---|
| 序号 | 类目 | 金额/USD | 明细 |
| 1 | 1969 LLC 销售款 | 20,888,882.50 | 1. 根据矿机销售合同要求，应在合同签署后7天内支付全部费用 |
| 2 | Old Const 存售合同矿机销售款 | 3,356,640.00 | 1. 合同要求，漏付336万U，一笔款用到两个订单 |
| 3 | North Campbell托管合同押金预付款 | 2,963,566.80 | 1. 根据双方于2023年7月11日签订的合同【SERVICE FRAMEWORK AGREEMENT】中11.1、3.4、3.5条款，合同应在2025年7月10日结束，剩余押金预付款在结束合作后退回BM。<br>2. 已支付押金USD 1526428.8及预付款USD 1526428.8，抵扣4月费用USD 89290.8后押金预付款余额为USD 2963566.8，应退回BM。 |
| **合计** | | **27,209,089.30** | |
| 二、违约类情况说明及索偿 | | | |
| 序号 | 类目 | 金额/USD | 明细 |
| 1 | 1969 LLC 销售款滞纳金 | 675,407.85 | 1. 根据矿机销售合同要求，应在合同签署后7天内支付全部费用，否则按年12%的利息收滞纳金。<br>2. 原应在4月29日支付销售款USD 20,888,902.50，截止8月3日已延期97天，应赔付USD 675,407.85 = USD 20,888,902.5*12%*97/360。 |
| 2 | Old Const 托管合同停电损失 | BTC 78.85 | 1.自2025年4月14日起矿场由于S21 PRO机器采购和托管事项将我方7457台矿机断电，根据双方于2024年11月11日签署的合同【HOSTING SERVICES AGREEMENT】的6.2及9.1，我方有权就因此导致的直接和间接损失进行计算并提出相应的补偿要求。<br>2. 收益损失：BTC 0.704029206304088/日 * 112天≈ BTC 78.85 |
| 3 | North Campbell托管合同停电损失 | BTC 62.06 | 1.自2025年4月15日起矿场将我方7800台矿机断电，根据双方于2023年7月11日签订的合同【SERVICE FRAMEWORK AGREEMENT】中6.1及9.1，我方有权就因此导致的直接和间接损失进行计算并提出相应的补偿要求。<br>2. 收益损失：BTC 0.558560300985945/日 * 111天≈ BTC 62.06 |

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Shawn P" <information@1969llc.com>
发送时间: 2025-08-02 00:54:32 (星期六)
收件人: 胡慧珍 <huizhen.hu@bitmain.com>
抄送: 赫炘然 <xinran.he@bitmain.com>, 潘相合 <xianghe.pan@bitmain.com>, 邹凯文 <kaiwen.zou@bitmain.com>, "Ethan W" <ethan@hashvalley.us>, info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, 矿场支持 <hostingsupport@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

1969 LLC向发票中列明的地址打了20 USDT作为测试币，Hash值b5543deedba1610d6981ed0b5a08e97ecb29ceb6f9b38 3c134cd80d3d3322675，请贵方确认是否收到。

1969 LLC方目前已经做好了付款交割的准备，但目前要交割的这批机器中，有数百台机器在前期架上托管的阶段已经出现了故障，此前一直没有得到修理仍处于故障状态。1969 LLC方希望在付款交割前，贵方能协助测试这些机器的状态及修理好这批机器，确保双方交割的机器不存在质量瑕疵。

On Wed, Jul 30, 2025 at 11:28 PM 胡慧珍 <huizhen.hu@bitmain.com> wrote:

1969 LLC团队你们好，

贵司与BM在架机器采购合同于2025年4月21日完成签署。经过3月有余的沟通确认，已按照贵司要求与托管方Old Const达成一致，即贵司付尾款交割后将采购机器提走。

请查收附件发票，该付款有效期为<span style="color:red">北京时间8月1日24:00前</span>。请于发票要求时间内完成机器尾款款项支付，请参考以下款项信息：

-此前已支付定金金额为：US1,938,000；

-机器总款项（含SUT）为：6933台*200T*15U/T*（1+9.75%）=US$22,826,902.50；

-待支付尾款为：US$20,888,902.50；

-1 USDT=0.999 USD，如此前，款项通过USDT-TRC20支付，应支付款项为<span style="color:red">USDT 20,909,812.31；</span>

-按照托管场地实际总算力交付，根据总算力情况或可能补算力差价。

按照采购合同约定，逾期未支付款项将按照12%的年利率收取违约利息。请贵司尽快在规定时间内完成款项支付，尽快推进机器交割完成，谢谢！

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-30 23:56:22 (星期三)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>

抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

请见Old Const方的签字版本，Old Const方在签字页处，mark了姓名首字母，用于标记该版本是来自我方。因之前贵司发来的都是pdf，并未mark up贵司修改之处，我们容易混淆哪个版本来自我方，哪个版本来自贵方。

待贵方提出的事项进一步推进后，Old Const方将会进一步推进该两份协议的签署。

谢谢

On Tue, Jul 29, 2025 at 11:02 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

1. 针对补充协议，BM对贵司最终修订的内容无异议，并已同步更新协议日期。

2. 针对终止协议，BM也接受增加的mutual release条款，并已同步更新协议日期。对于本文件中其他意义不明确的修改处，我司要求与此前内容保持不变。

考虑Old Const场地已断电多月，为尽快恢复场地通电，附件中的两份文件为最终沟通版本。

请贵司于**北京时间7月30日24:00前签回**。如逾期未获回复，将视为贵司放弃本次业务合作。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-28 23:54:21 (星期一)
收件人: 邹凯文 <kaiwen.zou@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

Old Const方在签署贵方提供的文件时，注意到贵方发来的两份文件中没有修改日期，目前托管合同补充协议仍然写着7月18号，解除协议写着7月9号并将其定义为了生效日，贵方此前同意的将托管协议期限改为合同签署并生效后的两年也没有在托管协议中体现，目前托管协议期限仍然是合同签署后的两年。

Old Const方此前默认贵方会修改协议时间至最新日期，但目前协议中这些日期相关的内容，与事实以及贵方此前的承诺不符，均需要调整为合同实际签署和生效日期，这些修改意见已通过修订模式在附件中体现。

此外，Old Const方在签署页增加了签署人的姓名和title便于届时的签署，并对两份协议的mutual release条款进行了调整，明确协议生效前各方保留/不放弃现有权利。

以上修正内容，若贵方没有问题，请发回pdf版本，Old Const方将在该版本的基础上安排签署。

On Sun, Jul 27, 2025 at 1:31 AM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

请Old Const按照7月24日邮件约定尽快签回两份协议。

为确保Old Const场地尽快恢复通电，请于北京时间7月28日(下周一）24:00点前签回两份文件。**如逾期未获回复，将视为贵司放弃本次业务合作。**

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-25 11:14:46 (星期五)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

针对贵司最新反馈的补充协议修改版本，我司无异议。

请参考附件与贵司达成一致的机器填充补充协议及原架上机器采购终止协议，请贵司于**北京时间2025年7月25日24:00前**签回两份协议。

我司将尽快推进后续流程，尽快推动S19XP机器通电。感谢贵司的支持！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-24 15:41:10 (星期四)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

Old Const方经过审慎考虑，出于推动合作的诚意，决定向贵方作出让步。

Old Const方原则上决定接受贵方托管补充协议的条件与贵方7月22日邮件中提出的事项处理流程。另外，出于推动合作的诚意，在合同的生效条件上，OLD CONST决定做出最大让步，接受贵方在谈判早期提出的，将1969 LLC的付款与交割作为合同生效前提这一条件，由贵方与1969 LLC处理原托管机器售出&交割的事宜。

上述让步，我们已经在本邮件的托管协议附件中体现。另外，我们对原合同第7条除1969 LLC付款外的内容进行了一定修改(增加了mutual release条款，以确保双方在此补充协议生效后都不再有后顾之忧)，供贵方审阅。

如果贵方同意，Old Const一方计划将在北京时间25日中午12：00之前单签该份协议。

请贵方尽快对此封邮件的内容进行回复。

On Tue, Jul 22, 2025 at 2:04 PM 邹凯文 <kaiwen@bitmain.com> wrote:

王总您好，

以North Campbell（现托管合约已到期）的S19XP机器填充Old Const负荷为贵司最初提出的方案，我司同意该方案且在补充协议中做出多次让步。针对Old Const托管业务&补充协议，请见我司如下确认：

1. 合同期限
Initial date事关合作事实，无法改动。BM已做出让步，同意将合同期限改为合同签署并生效后的两年。

2. 合作定金
针对因BM托管机器置换导致合作定金差异的情况，矿场需及时退还deposit或prepayment的差价，请见合同附件1.4条款约定。BM已做出让步无需贵司提前退还差异款，仅在通电首月抵扣差价。

3. 1969 LLC款项问题
BM已接受贵司要求，<span style="color:red">于协议中删除了1969 LLC的相关付款信息</span>。但BM负荷填充的前提依然是原托管机器S21的售出与交割完成，以从逻辑和法律上约束本协议的合法性。

4. 事项处理流程
Step 1：请贵司参考附件补充协议<span style="color:red">单签返回</span>；
Step 2：如沟通，BM将与采购主体变现原托管机器售出&交割；
Step 3：如沟通，BM完成协议双签生效，Old Const用其仓库中的S19XP进行负荷填充。

5. 售后事宜
贵司提出的售后事宜与Old Const托管协议无任何关联性。但BM托管部门充分理解贵司诉求，待Old Const恢复通电后，将会积极协同推进售后事宜。

针对Old Const场地的断电问题，我司多次向贵司表达希望能够尽快恢复通电降低双方损失。鉴于此，请于<span style="color:red">北京时间7月25日中午12点前（本周五）</span>返回附件协议的单签版本，逾期未收到将视为业务谈判终止。

感谢贵司一直以来的支持，期待尽快恢复业务合作！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
发件人: "Ethan W" <ethan@hashvalley.us>
发送时间: 2025-07-21 21:23:20 (星期一)
收件人: 邹凯文 <kaiwen@bitmain.com>
抄送: info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
主题: Re: Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好：

对于贵方上一封邮件中提出的第2点合作定金与第3点1969 LLC的问题，Old Const仍仍然认为这不应该成为新托管协议的条件，不应将1969 LLC的付款作为新托管协议的生效条件。

但基于推动合作的诚意及减少双方损失的考虑，Old Const与1969 LLC就贵方提出的条件进行了沟通协商，我们和1969 LLC沟通后，Old Const方和1969 LLC讨论得出的解决方案如下：

1.1969 LLC一方可以答应在负荷填充机器通电前支付原托管机器采购款，Old Const也可以考虑同意将相关条款纳入新托管合同之中，但需要请贵方答应协助解决以下2段落、3中列出的问题；

2. 1969 LLC提出，其关联公司BitGarden，于2024年1-6月间从贵方采购了数千台S21机器（BitGarden销售合同于附件中提供），贵方对这些机器提供质保服务。在2024年8月，BitGarden在贵方官网下了维修工单，将600台S21机器寄往贵方官方维修网点-DE网点寄修，结果这些寄修机器被挪用并切走了算力，直至2025年年中才陆续得到返还，导致这些机器一直没办法给BitGarden带来收益。这其中造成的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决；

3. 1969 LLC提出，2025年上半年，BitGarden通过员工及其关联公司1969 LLC陆续在贵方官网上下了数个驻场维修工单，要求贵方为BitGarden 2024年采购的S21机器提供驻场维修服务（工单号包括但不限于：03320250425075657927oP5H0QEF0652、0332025050208580114 7ymn60Jdu06D5等）。但在驻场维修中，贵方及维修网点的人员一直以物料不足等理由拖延、拒绝全部维修，导致这些机器一直无法运行，这其中的损失，1969 LLC方指出，希望贵方能在本次谈判中一并协助解决。

BitGarden方的邮箱也在本次负荷填充沟通的邮件链条中，可以看到我们的邮件沟通。若贵方愿意推进解决上述段落2、3中的问题，OLD CONST也能够积极推进负荷填充与新托管合同的签订，并协商1969 LLC支付原托管机器采购款，尽早开展新的托管合作弥补双方损失

On Fri, Jul 18, 2025 at 22:39 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

感谢贵司反馈，请见我司如下回复：

1.合同期限

Initial date事关合作事实，无法改动。

BM已做出让步，同意将合同期限改为合同签署并生效后的两年，以降低矿场的资金压力。

请贵司确认。

2.合作定金

根据合同附件的1.4中的条款约定，BM更换机器导致合作定金产生差异后，矿场需要及时退还deposit或prepayment的差价。我方已在上封邮件的合同附件中同意贵司无需提前退还，而是在通电第一个月抵扣差价，已做出让步。

请贵司确认。

合同约定：

1.4   Service Provider shall cooperate with BITMAIN to on-rack and/or de-rack of the Hosted Servers, power on additional Hosted Servers as applicable, and adjust the amount of the Deposit and Prepayment in accordance with the calculation methods provided in the Agreement. In the event where there is a decrease in the Deposit or Prepayment, as applicable, Service Provider shall return the difference between the pre-adjustment Deposit or Prepayment, as applicable, and the post-adjustment Deposit or Prepayment, as applicable, in full to BITMAIN in accordance with Section 3.4(e) of the Agreement.

3.1969 LLC的问题

我方已按照贵司要求，删减1969 LLC的采购事项。

但再次强调：我司负荷填充的前提是原托管机器S21的售出与交割完成。

因此双方需要在协议中约定只有机器售出转移后，补充协议才可生效，从逻辑和法律上约束本协议的合法性。

请贵司于**北京时间7月21日24点前**完成确认，谢谢。

--------------------
Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

> -----原始邮件-----
> **发件人:** "Ethan W" <ethan@hashvalley.us>
> **发送时间:** 2025-07-16 22:10:13 (星期三)
> **收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
> **抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
> **主题:** Re: Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售
>
> 比特大陆团队你们好：
> 请查收修改后的协议，Old Const主要有以下修改意见
>
> 1.合同期限
> Old Const希望将期限改为合同签署并生效后的两年。
>
> 2.合作定金
> 在新的托管合作中，Old Const已经基于合作诚意向贵方提供了2美分的折扣电费，Old Const认为没必要再返还/抵扣定金数额。
>
> 3.1969 LLC的问题
> 1969 LLC与Old Const是不同的法律主体，其事务并不在Old Const的控制范围内，Old Const也无法对其承担或履行任何付款义务。1969 LLC的采购无论从法律还是实操上，都不是机器上架通电的障碍，不应该将1969 LLC的行为作为托管生效条件。
>
>
> On Tue, Jul 15, 2025 at 18:34 邹凯文 <kaiwen.zou@bitmain.com> wrote:
>
> > 王总您好，
> >
> >
> > 为确保后续合作顺利开展：
> >
> > - 烦请贵司于**北京时间2025年7月16日（本周三）24:00前**返回修改版本；
> >
> > - **如逾期未获回复，将视为贵司放弃本次业务合作。**
> >
> >
> > 请王总尽早回复，以便我们及时跟进后续事宜。
> >
> >
> >
> > Best Regards,
> > Kaiwen Zou
> > *Project Manager, Mining Farm Operation*
> > M: +86 17853146487
> > E: kaiwen.zou@bitmain.com
> > **Bitmain Technologies Inc**
> >
> > > -----原始邮件-----
> > > **发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
> > > **发送时间:** 2025-07-11 22:54:38 (星期五)

**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司反馈，针对贵司提出的异议，我司已审阅并回复如下：

1. 合同到期时间：

按照贵司要求，修改为补充协议双签后的2年，预计为2027年7月；

2. 合作定金：

按照贵司要求，合作定金差价不再退还，但该部分费用需从重新通电后的首月电费中扣除；

3. 1969付款：

针对贵司场地原托管机器S21售出给1969 LLC事宜，我司自沟通以来一直与贵司保持信息同步。

但我司理解贵司诉求，文件中删除1969付款信息。两份文件的签署及生效以原托管机器交割为准；

请贵司于北京时间2025年7月16日24:00前最终确认补充协议内容。如此前沟通，补充协议达成一致后，我司将推进机器交割撤出。后双签两份协议，尽快推进S19XP通电。

请贵司在北京时间7月16日晚24:00前向我方反馈贵司对于本合同的修改意见，希望贵司能够理解并考虑事件的紧迫性，推动合同于近期双签与落地。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-09 13:44:36 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

请查收留意，附件中的两份协议系我方基于目前讨论内容提出的初步修改意见，其内容不应被视为Old Const的最终立场或承诺。

On Tue, Jul 8, 2025 at 16:13 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

为确保后续合作顺利开展：

- 烦请贵司于**北京时间2025年7月9日（本周三）24:00前**返回修改版本；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-07-08 12:29:42 (星期二)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢你们提供的合同草稿。Old Const团队已就此进行初步讨论，目前有以下几点意见和需要进一步确认的内容，烦请协助完善：
1. 关于1969 LLC的付款条款
协议中涉及1969 LLC的付款条件，Old Const无法接受。由于该实体并不在Old Const的可控范围内，Old Const也无法对其承担或履行任何付款义务，因此该部分条款需要调整。
2. 关于托管费用退款问题
协议中未体现具体的说明，需要进一步告知计算的原因和过程。

两份补充协议仍需由Old Const的律师团队进一步审阅，预计还需几天时间。待法律审核完成后，Old Const将尽快给予确认或反馈修改意见。

On Mon, Jul 7, 2025 at 16:51 邹凯文 <kaiwen.zou@bitmain.com> wrote:
王总您好，

如我司2025年7月2日邮件所述，我司已根据贵司的意见起草了补充协议及销售终止协议，相关文件请见随附附件。

为确保后续合作顺利开展，我司特向贵司提醒：

- 烦请贵司于**北京时间2025年7月9日（本周三）结束前**审阅并给予确认；

- **如逾期未获回复，将视为贵司放弃本次业务合作。**

请王总尽早回复，以便我们及时跟进后续事宜。

祝商祺，

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**发送时间:** 2025-07-02 22:19:02 (星期三)
**收件人:** "Ethan W" <ethan@hashvalley.us>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

王总您好，

感谢贵司对变更的托管信息进行确认，基于贵司邮件确认及线下沟通：

1. 应贵司要求，大陆端拟定托管机器变更补充协议供贵司审阅。如沟通，如贵司对补充协议内容无异议，大陆端将尽快推进原托管机器交割。机器交割后，将与贵司双签补充协议，共同推进7799台S19XP上架通电；
2. 针对您邮件提出的在架机器销售情况，大陆端过去始终与Old Const团队保持沟通，本次将与补充协议共同签署架上机器销售终止协议。

请贵司于5个工作日内，即**北京时间2025年7月9日结束前**完成补充协议&架上机器销售终止协议内容确认，以尽快恢复托管场地通电，进一步降低双方损失。

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

-----原始邮件-----
**发件人:** "Ethan W" <ethan@hashvalley.us>
**发送时间:** 2025-06-11 22:07:49 (星期三)
**收件人:** 邹凯文 <kaiwen.zou@bitmain.com>
**抄送:** info@hashvalley.us, pan@hashvalley.us, legal@bitgarden.us, fen@bitgarden.us, aaa567678111@qq.com, information@1969llc.com, 矿场支持 <hostingsupport@bitmain.com>, 胡慧珍 <huizhen.hu@bitmain.com>, "YuhaoLiu(刘禹昊)" <yuhao.liu@bitmain.com>, 郭翼亮 <yiliang.guo@bitmain.com>, "Legal Support" <legal.support@bitmain.com>, "ZhengShang(商政)" <zheng.shang@bitmain.com>, 黄新 <xin.huang01@bitmain.com>, 白洋铭 <yangming.bai@bitmain.com>
**主题:** Re: 【负荷填充确认】美国Old Const-25MW-风冷存售

比特大陆团队你们好，

感谢贵司持续就Old Const项目与我司保持沟通。Old Const与BM已于2024年11月正式签署托管及存售合同。我司亦于2025年3月7日明确表达了采购意向，并就相关价格与贵司进行了询问与确认。遗憾的

是，在关键阶段，贵司未能及时给予实质回应，且后续未能承认此前所达成的销售安排，直接导致合作推进受阻，双方因此承受了不必要的经济损失。

在当前基础上，我司仍本着合作共赢的原则，愿意积极协同推动项目恢复。只要贵司尽快将托管负荷填充至Old Const场地，我司将不就此前事宜追究贵司责任。同时，Old Const接受将Settlement Hosting Unit Price调整为US$0.068/kWh，并确认存售折扣单价为US$0.020/kWh，以支持整体合作安排顺利落实。

烦请贵司尽快完成相关部署，推进设备入场，争取早日恢复运营，避免进一步损失，并共同巩固双方长期合作基础。



**Ethan Wang**

**Business Development & Project Manager**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Mon, Jun 9, 2025 at 6:44 PM 邹凯文 <kaiwen.zou@bitmain.com> wrote:

王总您好，

BM与贵司合作的托管项目Old Const于2024/11签订托管合同，合同于2026/12到期。

该场地自2025/4/22断电以来，已给双方造成巨大经济损失。考虑不必要的损失及双方多业务的合作关系，已就解决方案进行多次沟通。

如近期与贵司的沟通，应贵司要求，现BITMAIN就用North Campbell托管场地7799台S19XP机器填充Old Const场地负荷基本达成一致。核心内容如下，我司将在收到您的邮件确认后正式推进负荷填充：

1. 1969 LLC采购的Old Const场地共7,457台S21机器，在付清全款后即可交割提货。但前提是Old Const须承诺不会对BM追责，且BM和Old Const需同步签署补充协议；

2. North Campbell-7,799台S19XP托管机器现位于Old Const场地仓库。如用North机器填充Old场地负荷，North的托管合同需同时终止，应退还给BM的费用须及时退还。此事宜将另起邮件推进，请您知悉 @顺余；

3. 经前期沟通，贵司要求将Settlement Hosting Unit Price从US$0.065/kWh调至US$0.068/kWh。如负荷填充方案达成一致，BM愿同意将其调整为US$0.068/kWh，但是存售折扣单价应为贵司提出的US$0.020/kWh，以确保存售折扣可于存售期内偿还完毕。

请您参考以上内容，并务必于**北京时间6/10（本周二）20:00**前完成确认，以便双方更好推进业务落实，早日恢复通电，谢谢！

Best Regards,
Kaiwen Zou
*Project Manager, Mining Farm Operation*
M: +86 17853146487
E: kaiwen.zou@bitmain.com
**Bitmain Technologies Inc**

